| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **5171 Campbells Land Co., Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2488070** |
|---|---|---|

**4. Debtor's address**

**Principal place of business**

**252 4th Ave**
**Rankin, PA 15104**
Number, Street, City, State & ZIP Code

**Allegheny**
County

**Mailing address, if different from principal place of business**

**18276 Conneaut Lake Rd**
**Meadville, PA 16335**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | 5171 Campbells Land Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Debtor    **5171 Campbells Land Co., Inc.**                    Case number (*if known*) _____
          Name

**11. Why is the case filed in**
     ***this district?***           *Check all that apply:*

     ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ☑  No
     **have possession of any**
     **real property or personal**  ☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**               **Why does the property need immediate attention?** (*Check all that apply.*)

                                            ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                 What is the hazard? _____

                                            ☐  It needs to be physically secured or protected from the weather.

                                            ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                            ☐  Other _____

                                            **Where is the property?** _____
                                                                        Number, Street, City, State & ZIP Code

                                            **Is the property insured?**

                                            ☐  No

                                            ☐  Yes.    Insurance agency _____

                                                       Contact name    _____

                                                       Phone           _____

---

 **Statistical and administrative information**

**13. Debtor's estimation of**       *Check one:*
     **available funds**
                                     ☑  Funds will be available for distribution to unsecured creditors.

                                     ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ☐ 1-49               ☐ 1,000-5,000           ☐ 25,001-50,000
     **creditors**            ☐ 50-99              ☐ 5001-10,000           ☐ 50,001-100,000
                              ☐ 100-199            ☐ 10,001-25,000         ☐ More than100,000
                              ☑ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000               ☑ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000               ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                               ☐  $50,001 - $100,000        ☑ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **5171 Campbells Land Co., Inc.**                                  Case number (*if known*) _____
_____Name_____

### Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  8, 2019**
_____
MM / DD / YYYY

X  **/s/ William T. Kane**                                          **William T. Kane**
_____                _____
Signature of authorized representative of debtor            Printed name

Title    **President**
_____

**18. Signature of attorney**

X  **/s/ Robert O Lampl**                                          Date **July  8, 2019**
_____                _____
Signature of attorney for debtor                            MM / DD / YYYY

**Robert O Lampl 19809**
_____
Printed name

**Robert O Lampl Law Office**
_____
Firm name

**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**
_____
Number, Street, City, State & ZIP Code

Contact phone    **412-392-0330**        Email address    **rlampl@lampllaw.com**
_____                _____

**19809 PA**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 5171 Campbells Land Co., Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Edward Peters 1717 N. Bayshore Dr., #2637 Miami, FL 33132 | | | Unliquidated Disputed | | | $50,000.00 |
| Erie County Tax Claim Bureau 140 West 6th Street, Rm. 110 Erie, PA 16501 | | | Unliquidated | | | $41,636.60 |
| Foundation Building Materials 6872 Paysphere Circle Chicago, IL 60674-6872 | | | Unliquidated | | | $42,925.30 |
| Greg Greco Heating and Cooling P.O. Box 79036 Pittsburgh, PA 15216 | | | Unliquidated | | | $62,983.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | Unliquidated | | | $350,000.00 |
| L-Four L.P. 924 Valleyview Road Pittsburgh, PA 15243 | | | Contingent Unliquidated Disputed | | | $500,000.00 |
| LED Solution 120 Applegate Court Pelham, AL 35124 | | | Unliquidated | | | $175,809.48 |
| Mahoning County Treasurer Daniel R. Yemma 120 Market Street Youngstown, OH 44503 | | | Unliquidated | | | $82,188.41 |

Debtor   **5171 Campbells Land Co., Inc.**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Meadville Plate Glass Co., Inc. 299 Pine Street Meadville, PA 16335 | | | Unliquidated | | | $86,829.50 |
| MGI Risk Management P.O. Box 62185 Pittsburgh, PA 15241 | | | Unliquidated | | | $43,440.00 |
| NY Department of Taxation and Finance P.O. Box 15148 Albany, NY 12212 | | | Unliquidated | | | $90,811.00 |
| Ohio Department of Taxation PO Box 2678 Columbus, OH 43216-2678 | | | Unliquidated | | | $835,786.00 |
| One Call Rentals 309 Foothills Lane Mount Pleasant, PA 15666 | | | Unliquidated | | | $47,552.67 |
| PA Department of Revenue P.O. Box 280509 Harrisburg, PA 17218 | | | Unliquidated | | | $1,325,489.00 |
| Perkins 6075 Poplar Ave-#800 Memphis, TN 38119 | | | Unliquidated Disputed | | | $1,500,000.00 |
| Perkins Holdings LLC Attn: Ben Mitchell 14875 N.E. Tangen Rd. Newberg, OR 97132 | | | Unliquidated | | | $55,097.72 |
| Reinhart Food Service 226 East View Dr. Mount Pleasant, PA 15666 | | | Unliquidated | | | $435,361.29 |
| United Healthcare UHS Premium Billing P.O. Box 94017 Palatine, IL 60094-4017 | | | Unliquidated | | | $79,627.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    5171 Campbells Land Co., Inc.                                          Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Foodservice Rec Corp. P.O. Box 642561 Pittsburgh, PA 15264 | | | Unliquidated | | | $1,000,000.00 |
| W T. Spaeder Co., Inc. 1602 East 18th Street P.O. Box 10066 Erie, PA 16514 | | | Unliquidated | | | $151,582.89 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  __5171 Campbells Land Co., Inc.__ _____    Case No. _____
                                    Debtor(s)                Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __July  8, 2019_____        __/s/ William T. Kane_____
                                        __William T. Kane/President__
                                        Signer/Title

3D Acquisitions LP
1520 Gilmore Drive
Clairton, PA 15025

5171 Campbells Land Co.
231 Chestnut St.
Meadville, PA 16335

A.J. Demor & Sons
2150 Eldo Rd.
Monroeville, PA 15146

Access Point
P.O. Box 382828
Pittsburgh, PA 15251

Ace Contractor Center
10944 Perry Hwy.
Rt. 19 So
Meadville, PA 16335

Affiliated Grounds Maint.
5148 Peach Street, Ste, 311
Erie, PA 16509

AIS Comm Parts
1005 Parkway View Dr.
Pittsburgh, PA 15205-1214

Al Farnham Maintenance LLC
1738 Cottage St.
Ashland, OH 44805

All Pro Landscaping
P.O. Box 360762
Strongsville, OH 44136

Allen Flag & Flagpole
P.O. Box 6254
Cape Elizabeth, ME 04107

Amanda Bittinger
2078 Township Rd. 1095
Ashland, OH 44805

American Choice Apparel
618 Anderson Drive
Romeoville, IL 60446

American Electric Power
P.O. Box 371496
Pittsburgh, PA 15250-7496

Amtrust North America
P.O. Box 6939
Cleveland, OH 44101-1939

Aqua Ohio
762 W. Lancaster Ave.
Bryn Mawr, PA 19010

Aqua Ohio Inc.
P.O. Box 1229
Newark, NJ 07101-1229

Armstrong
P.O. Box 37749
Philadelphia, PA 19101-5049

Ascentium Capital, LLC
23970 Hwy. 59N
Kingwood, TX 77339-1535

Ashland Area C of C
211 Claremont Ave.
Ashland, OH 44805

Ashland Comfort Control Inc.
805 East Main Street
Ashland, OH 44805

Ashland County Income Tax
Ashland Income Tax
218 Luther Street
Ashland, OH 44805

Ashtabula Co Treasurer
25 West Jefferson St.
Jefferson, OH 44047

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

B. E. Stahlman - Tax Collector
14932 Route 68
Sligo, PA 16255

B.Y. Lawncare
P.O. Box 1943
Cranberry Twp, PA 16066

Bainbridge LP
10245 Nancy Drive
Meadville, PA 16335

Barone Murth Shonber
4701 Baptist Road
Pittsburgh, PA 15227

Basically Blinds
2790 Dry Valley Rd.
Lewistown, PA 17044

Berkheimer
P.O. Box 25132
Lehigh Valley, PA 18002

Berkheimer-Foster Twp LST/Dawn Bobcock
1185 Est Main Street
Bradford, PA 16701

Berkheimer-Harborcreek Twp LST
LST Collector Shelley Hull
5601 Buffalo Rd.
Harborcreek, PA 16421

Borough of Edinboro
124 Meadville Street
Edinboro, PA 16412

Borough of Grove City
123 W. Main St.
Grove City, PA 16127

Borough of Indiana Util.
80 N. 8th St., Ste 102
Indiana, PA 15701

Burmac Commercial Roofing
322 North Street
Springdale, PA 15144

Burrier Service Co.
P.O. Box 661
Mentor, OH 44061-0661

Canfield City Income Tax
City of Canfield
104 Lisbon Street
Canfield, OH 44406

Carbons Golden Malted
P.O. Box 129
Concordville, PA 19331

Careworkscomp
P.O. Box 8101
Dublin, OH 43016

Case Sabatini
470 Streets Run Road
Pittsburgh, PA 15236

Casella Waste Service 60
P.O. Box 1372
Williston, VT 05495-1372

Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

Cintas
PO Box 630910
Cincinnati, OH 45263

City of Ashtabula Waste Water
P.O. Box 2210
Ashtabula, OH 44005-2210

City of Bradford Treasurer
P.O. Box 15
Bradford, PA 16701

City of Canfield Utility Dept.
104 Lisbon St.
Canfield, OH 44406

City of Cleveland Div. of Water
P.O. Box 94540
Cleveland, OH 44101-4540

City of Corry - Rot Lst
100 S. Center St.
Corry, PA 16407

City of Corry Water
100 S. Center St.
Corry, PA 16407

City of Erie Treasurer
P.O. Box 1534
Hermitage, PA 16148

City of Hermitage
800 N. Hermitage Rd.
Hermitage, PA 16148

City of Hermitage Sewer
P. O. Box 6078
Hermitage, PA 16148-1078

City of Olean
P.O. Box 31
Warsaw, NY 14569

City of Olean Water/Sewer
P.O. Box 668
Olean, NY 14760

City of Titusville Treasurer
107 N Franklin St.
Titusville, PA 16354

City of Warren, Util. Serv.
580 Laird Ave., S.E.
Warren, OH 44482

City Treasurer-Meadville
City Hall
894 Diamond Park
Meadville, PA 16335

Clarion Co. Tax Claim Bureau
330 Main St., Room 101
Clarion, PA 16214

Clark Electric Inc.
53 South 4th Ave.
Clarion, PA 16214

Clearpoint IT Management
3001 Waterdam Plaza
Suite 280
Canonsburg, PA 15317

Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063

Coca Cola N. Amer.
P.O. Box 102703
Atlanta, GA 30368

Columbia Gas
P.O. Box 742537
Cincinnati, OH 45274

Commonwealth of PA
Dept. of Agriculture
3201 N. Cameron St.
Harrisburg, PA 17110

Conneaut City Income Tax
Conneaut Income Tax Department
294 Main Street
Conneaut, OH 44030

Conneaut Water & Sewer Dept.
294 Main St. - City Hall Bldg.
Conneaut, OH 44030

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018

Cranberry Township
2525 Rochester Rd., Suite 400
Cranberry Twp, PA 16066

Crawford Co. Tax Claim Bureau
903 Diamond Square
Meadville, PA 16335

Crawford County Treasurer
Courthousem 903 Diamond Park
Meadville, PA 16335

Curt Hall
649 County Road 1802
Ashland, OH 44805

Dalton's San-Ser
140 Norwood Dr.
Beaver Falls, PA 15010

Dan Buxton Roofing
5020 Southway St., S.W.
Canton, OH 44706

Daniel Sayers
2141 S. Manor Drive
Erie, PA 16505

Darling Int Inc.
P.O. Box 552210
Detroit, MI 48255-2210

Datatek Services Inc.
P.O. Box 918
Oak Forest, IL 60452

Dawn Pavlik
231 Chestnut St. - #302
Meadville, PA 16335

Daymark
12836 South Dixie Hwy.
Bowling Green, OH 43402

Doctor Dead-Bug Inc.
225 6th St.
Ellwood City, PA 16117

Dollar Bank
Three Gateway Center
Pittsburgh, PA 15222

Dominion Energy Ohio
P.O. Box 26785
Richmond, VA 23261-6785

Edison Landscape & Deck Lighting LLC
9883 South Avenue
Poland, OH 44514

Edward Peters
1717 N. Bayshore Dr., #2637
Miami, FL 33132

Elmhurst Prop Inc.
2170 Millennium Blvd., Suite K
Cortland, OH 44410

Enviro Master of Pittsburgh
PO Box 12350
Charlotte, NC 28220

Erie County Tax Claim Bureau
140 West 6th Street, Rm. 110
Erie, PA 16501

Erie Water Works
P.O. Box 4170
Woburn, MA 01888-4170

Field Club Commons
Rosecroft Center LLC
20950 Maple Heights
Maple Heights, OH 44137

Fine Print
287 Chestnut St.
Meadville, PA 16335

First National Bank
Attn: Legal Dept.
3015 Glimcher Blvd.
Hermitage, PA 16148

Foster Twp. Sewer Fund
1185 East Main St.
Bradford, PA 16701

Foulk's Flooring America
15627 Conneaut Lake Rd.
Meadville, PA 16335

Foundation Building Materials
6872 Paysphere Circle
Chicago, IL 60674-6872

Franklin Machine Products LLC
P.O. Box 74007311
Chicago, IL 60674-7311

Frantz & Russell Inc.
1428 Foote Ave Ext.
Jamestown, NY 14701

Gerald R. Fry Co., Inc.
170 Hadley Rd.
Greenville, PA 16125

Give Kids the World
c/o Perkins-Anita Gates
6075 Poplar Ave
Memphis, TN 38119

Grainger
Dept. 871892600
Palatine, IL 60038-0001

Great American Financial Svcs.
P.O. Box 660831
Dallas, TX 75266-0831

Greater Olean Area C of C
301 N. Union St., Suite 101
Olean, NY 14760

Greenville Water Authority
44 Clinton St.
Greenville, PA 16125

Greg Greco Heating and Cooling
P.O. Box 79036
Pittsburgh, PA 15216

Guardian Alarm Co.
75 Remittance Dr., Dept 1376
Chicago, IL 60675-1376

Hagan Business Machines-Meadville
P.O. Box 1428
Meadville, PA 16335

Harborcreek Twp. Tax Collector
5601 Buffalo Rd.
Harborcreek, PA 16421

Hempfield Twp. Authority
278 South Mercer St.
Greenville, PA 16125

Heppner-Pritt & Assoc. Inc.
3407-A Kuemerle Ave., N.E.
Canton, OH 44705

Heritage Food Service Group
P.O. Box 71595
Chicago, IL 60694-1595

Hermitage Treasurer
800 N. Hermitage Rd.
Hermitage, PA 16148

Huberty Electric
7685 Arlington Rd., N.W.
Massillon, OH 44646

IEMFS d/b/a GSG Financial
53 West 36th St.
Suite 701
New York, NY 10018

Imperial Glazing Concepts, Inc.
234 Robbins Ave.
Niles, OH 44446

Indiana County Tax Collector
2275 Philadelphia St.
Indiana, PA 15701

Inglewood Associates LLC
9242 Headlands Rd.
Mentor, OH 44060

Integra Realty Resources
8241 Cornell Rd., Suite 210
Cincinnati, OH 45249

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRR Supplies Center
908 Niagara Falls Blvd.
North Tonawanda, NY 14120

J&S Landscaping Co.
360 Second Ave.
Freedom, PA 15042

JC Erlich
P.O. Box 13848
Reading, PA 19612-3848

JDK Real Estate, LLC
6201 Steubenville Pike, Suite 210
Mc Kees Rocks, PA 15136-1344

Josh's Lawncare & Landscaping
5830 Broadway Ave.
Louisville, OH 44641

JV Surface Water Services
Jasohn Vansicle
325 E. Pendelton St.
Loudonville, OH 44842

Kaza Fire Equipment LLC
155 Lovell Ave.
Ebensburg, PA 15931

Kens Custom Upholstering
Ken Hunt
11198 Liberty St.
Meadville, PA 16335

Kens Lawn Maintenance
680 Center Road
Conneaut, OH 44030

Keystone
P.O. Box 559
Irwin, PA 15642

Keystone Collections Group-Monroe Twp
P.O. Box 559
Irwin, PA 15642

Koldrock
P.O. Box 248
Edinboro, PA 16412

L&W Supply
2011 W. 12th Street
Erie, PA 16505

L-Four L.P.
924 Valleyview Road
Pittsburgh, PA 15243

Landmiller Landscape
849 Clark Ave
Ashland, OH 44805

LED Solution
120 Applegate Court
Pelham, AL 35124

Lilac Investments LLC
P.O. Box 81651
Pittsburgh, PA 15217

LST Collector Vernon Twp.
11031 State Highway 18
Conneaut Lake, PA 16316

Mahoning County Treasurer
Daniel R. Yemma
120 Market Street
Youngstown, OH 44503

Mark A. Villers
21542 Golden Drive
Meadville, PA 16335

Mark Maynard
11370 Pawnee Drive
Meadville, PA 16335

McAdoo Motorsports Inc.
8727 Rte. 422 Hwy. West
Indiana, PA 15701

McGann Plumbing/Heating
P.O. Box 86
Blairsville, PA 15717

McGill, Power, Bell & Assoc.
623 State St.
Meadville, PA 16335

Meadville Ace Cont.
10944 Perry Highway
Meadville, PA 16335

Meadville Plate Glass Co., Inc.
299 Pine Street
Meadville, PA 16335

Meadville-W. Crawford County C of C
908 Diamond Park
Meadville, PA 16335

Mercer County Tax Claim Bureau
3 Courthouse
Mercer, PA 16137-1223

Merchant Link Lockbox
26125 Network Place
Chicago, IL 60673-1261

MGI Risk Management
P.O. Box 62185
Pittsburgh, PA 15241

Midwest Systems & Services Inc.
P.O. Box 15033
Evansville, IN 47716

Miller Sewer & Drain Cleaning
2416 Station Rd.
Erie, PA 16510

Mills Enterprises LLC
2596 South Work St.
Falconer, NY 14733

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

National Fuel
P.O. Box 371835
Pittsburgh, PA 15250-7835

National Grid
P.O. Box 11742
Newark, NJ 07101-4742

Neshannock Tax Collector
3131 Mercer Rd., Ste 2
New Castle, PA 16105

Neshannock Township Sewer
P.O. Box 10116
Dilliner, PA 15327

Neshannock Twp. LST Coll. Pat Columbus
Georgann Gall - Tax Collector
3131 Mercer Rd.
New Castle, PA 16105

New York Department of Labor-Unemploymen
P.O. Box 15177
Albany, NY 12212

Niles Electric
34 W. State St.
Niles, OH 44446

Northeast OH Reg Sewer Dst
P.O. Box 94550
Cleveland, OH 44101

NU CO2 LLC
P.O. BOx 417902
Boston, MA 02241

NY Department of Taxation and Finance
P.O. Box 15148
Albany, NY 12212

NY Department of Taxation and Finance
P.O. Box 15148
Albany, NY 12212

Ohio Bureau of Employment
Dept. of Job and Family Services
47 North Main Street
Akron, OH 44308

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

Ohio Edison
P.O. Box 3687
Akron, OH 44309

Ohio Logos Inc.
4384 Tuller Rd.
Dublin, OH 43017

Olean City School District
410 W. Sullivan
Olean, NY 14760

One Call Rentals
309 Foothills Lane
Mount Pleasant, PA 15666

Oracle America Inc.
P.O. Box 203448
Dallas, TX 75320-3448

Orkin Pest Control #928
2630 S. Work St.
Falconer, NY 14733

P. J. Lynd T.C.
2525 Rochester Rd.
Cranberry Twp, PA 16066

PA American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

PA Department of Revenue
P.O. Box 280412
Harrisburg, PA 17128

PA Department of Revenue
P.O. Box 280509
Harrisburg, PA 17218

PA Municipal Service Co.
Dept U 500
336 Delaware Ave.
Oakmont, PA 15139-2138

PA One Call System, Inc.
PO Box 641121
Pittsburgh, PA 15264-1121

Park Centre Development Inc.
1 Bluebird Square #1
Olean, NY 14760

Paul Becker
23 Swietzer Dr.
Duke Center, PA 16729

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penn Power
P.O. Box 3687
Akron, OH 44309

Pennsylvania Unemployment Fund
PA Dept. of Labor and Industry
651 Boas St.
Harrisburg, PA 17121

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264

Perkins
6075 Poplar Ave-#800
Memphis, TN 38119

Perkins Holdings LLC
Attn: Ben Mitchell
14875 N.E. Tangen Rd.
Newberg, OR 97132

Peter D. Kaplan
106 Mallard LN
Canonsburg, PA 15317

Peter D. Kaplan c/o Joseph Hudak
P.O. Box 11242
Pittsburgh, PA 15238

Phillip Crawford
c/o Perkins Restaurant
20013 Route 19
Cranberry Twp, PA 16066

PMF Rentals
124 Plunkett Drive
Zelienople, PA 16063

Precision Copy Products Inc.
600 State Street
Clairton, PA 15025

Pyler Entry Systems
8850 Fry Road
Mc Kean, PA 16426

R.I.T.A.
10107 Brecksville Rd.
Brecksville, OH 44141

Red Book Solutions
33270 Collection Center Dr.
Chicago, IL 60603-3200

Reilly Sweeping Inc.
P.O. Box 780415
Philadelphia, PA 19178-0415

Reinhart Food Service
226 East View Dr.
Mount Pleasant, PA 15666

Renovator Rich Thiel
315 Main Street
Prospect, PA 16052

Republic Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099

Robert Foulkrod
195 Old Fredonia Road
Mercer, PA 16137

Robert Roell
312 Albert Street
Pittsburgh, PA 15211

Ron Miller Plumbing
157 Hillcrest Drive
New Brighton, PA 15066

Rooter-Man
620 East Main Street Ext.
Grove City, PA 16127

Rumpke Consolidated
P.O. Box 538710
Cincinnati, OH 45253-8710

Sage Checks & Forms
P.O. Box 935021
Atlanta, GA 31193-5021

Sage Net
P.O. Box 843553
Kansas City, MO 64184-3553

Shamrock Building Services, Inc.
535 Forest Avenue
Carnegie, PA 15106

SiegelJennings
23425 Commerce Park Drive, Suite 103
Cleveland, OH 44122

Snyder Brothers, Inc.
One Glade Park East
P.O. Box 1022
Kittanning, PA 16201

Standard Plumbing & Heating Inc.
P.O. Box 20650
Canton, OH 44701-0650

Staples Advantage
P.O. Box 70242
Philadelphia, PA 19176-0242

Stark Co Metro Sewer Dist.
P. O. Box 9972
Canton, OH 44711-0972

Stark County Treasurer
110 Central Plaza South
Suite 250
Canton, OH 44702-1410

Staybridge Suites-Pittsburgh/Cranberry
915 Brush Creek Rd.
Warrendale, PA 15086

Stephen Maglin
1884 Tilton Drive
Pittsburgh, PA 15241

Stitt's Nursery & Landscaping
93 McCloskey Rd.
Leeper, PA 16233

Store Capital Acquisitions, LLC
8377 E. Hartford Dr.
Suite 100
Scottsdale, AZ 85255

Store Master Funding XIII, LLC
8377 E. Hartford Dr., Suite 100
Scottsdale, AZ 85255

Strong Lawns/Kem-R Lawns
801 Harvey Run Rd.
Freedom, PA 15042

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384

Taylor Steamer Cleaning
220 N. Mulbery St.
Mansfield, OH 44902

Technic
P.O. Box 882
Dyersburg, TN 38025

The Illuminating Company
P.O. Box 3687
Akron, OH 44309

Time Warner Cable NE
P.O. Box 901
Carol Stream, IL 60132-0901

Titusville Treasurer. Tax Claim Bureau
Christine Krzysiak,Treasurer
903 Diamond Park
Meadville, PA 16335

Trabon
P.O. Box 87-8700
Kansas City, MO 64187-8700

Trace Lawn & Landscaping Inc.
14515 Bldwin St. Ext.
Meadville, PA 16335

Treasurer of Lawrence County
430 Court St.
6,685.98, PA 16101

Treasurer of State of Ohio
Ohio Department of Taxation
Columbus, OH 43216

Treasurer, State of Ohio
P.O. Box 182215
Columbus, OH 43218-2215

Tri County Ind.
P.O. Box 858
Mars, PA 16046

Tri State Equipment
815 22nd Street
Beaver Falls, PA 15010

Triton Imaging Systems
3120 Via Coilinas, Ste. 103
Westlake Village, CA 91362

Trum Co. Water Sewer
842 Youngstown-Kingsville Rd.
Vienna, OH 44473

United Concordia
PO Box 827399
Philadelphia, PA 19182

United Healthcare
UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

Unum Life Ins.
P.O. Box 406990
Atlanta, GA 30384

US Foodservice Rec Corp.
P.O. Box 642561
Pittsburgh, PA 15264

Valley Communications LLC
4459 Orangeville Sharon Rd.
Burghill, OH 44404

Verizon
P.O. Box 15124
Albany, NY 12212

Vernon Twp. Tax Collector
Dorothy Longstreth
9511 Krider Rd.
Meadville, PA 16335

Vernon Twp. Water & Sewage
16678 McMath Ave.
Meadville, PA 16335

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205

Vogels Disp Service, Inc.
Box 847
Mars, PA 16046

W T. Spaeder Co., Inc.
1602 East 18th Street
P.O. Box 10066
Erie, PA 16514

W. E. Unger & Associates
Bill Unger
P.O. Box 1283
Meadville, PA 16335

Warren City Tax Office
318 W. Third Avenue
Warren, PA 16365

Warren City Tax Office-Earned Income
318 W. Third Avenue
Warren, PA 16365

Waste Management
P.O. Box 13648
Philadelphia, PA 19101

Watkins General Contracting
10160 Old Route 99
McKean, PA 16426

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power-Clairton
P.O Box 3615
Akron, OH 44309-3615

White Twp. Light Fund
950 Indian Springs Road
Indiana, PA 15701

White Twp. Sewer Service
950 Indian Springs Road
Indiana, PA 15701

William Blatt-Hemp TX Coll.
278 S. Mercer St.
Greenville, PA 16125

Windstream
P.O. Box 9001908
Louisville, KY 40290

Yardmaster of Pennsylvania Inc.
Dept. 5587
2505 Manchester Rd.
Erie, PA 16506

Youngstown Water Department
P.O. Box 6219
Youngstown, OH 44501-6219