**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | **Bankruptcy No. 19-22715-CMB** |
| **Debtor.** | **Chapter 11** |
| **5171 CAMPBELLS LAND CO., INC.,** | **Document No.** |
| **Movant,** | |
| **vs.** | |

**NO RESPONDENT.**

## APPLICATION FOR APPROVAL OF ATTORNEYS

**AND NOW** comes 5171 Campbells Lane Co., Inc., by and through its Counsel, Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl and files the following **APPLICATION FOR APPROVAL OF ATTORNEYS**:

1. The Movant is 5171 Campbells Land Co., Inc., the Debtor in this Chapter 11 Case.

2. This Case was commenced on July 8, 2019.

3. The Debtor is in need of services of legal counsel to assist in, among other things, the administration of its Estate and to represent the Debtor on matters involving legal issues that are present or are likely to arise in the case, to prepare any legal documentation on behalf of the Debtor, to review reports for legal sufficiency, to furnish information on legal matters regarding legal actions and consequences and for all necessary legal services connected with Chapter 11 proceedings including the prosecution and/or defense of any adversary proceedings.

4. The Debtor believes that Robert O Lampl and his law firm are experienced in these matters and are well qualified to perform all of the legal services necessary and required by the Debtor.

5. The Debtor wishes to retain Robert O Lampl and his firm at hourly rates as follows:

    a. Robert O Lampl    $450.00
    b. John P. Lacher    $400.00
    c. David L. Fuchs    $375.00
    d. Ryan J. Cooney    $300.00
    e. Sy O. Lampl    $250.00
    f. Paralegal    $150.00

6. Neither Robert O Lampl, nor anyone from his firm have any connection with the Debtor, nor represent any interest adverse to the Debtor or any other parties-in-interest, except as set forth in the attached verification statement pursuant to Bankruptcy Rule 2014.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court approve Robert O Lampl and his firm as Counsel for the Debtor.

Respectfully Submitted,

Date: July 10, 2019

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| Debtor. | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| Movant, vs. | |
| **NO RESPONDENT.** | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 10th day of July, 2019, a true and correct copy of the foregoing **APPLICATION FOR APPROVAL OF ATTORNEYS** was served upon the following *(via electronic service)*:

Norma Hildenbrand
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: July 10, 2019

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com