**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.** | **Bankruptcy No. 19-22715-CMB** |
| **Debtor,** | **Chapter 11** |
| **5171 CAMPBELLS LAND CO., INC.** | **Document No.** |
| **Movant,** | |

**vs.**

**NO RESPONDENT.**

**<u>VERIFICATION STATEMENT PURSUANT TO BANKRUPTCY RULE 2014</u>**

I, Robert O Lampl, declare that I have read the aforesaid averments set forth in the attached Application for Approval of Attorneys and that said averments are true and correct to the best of my knowledge, information and belief.

Prior to the within Bankruptcy filing, I represented the Debtor in the following actions:

1.      In an action brought by Steven Maglin in the Allegheny County Court of Common Pleas at GD-18-004336. I also represented two shareholders of the Debtor in this action – William T. Kane and Krissy Kochis.

2.      In an action brought by Marc Group, LLC in the Allegheny County Court of Common Pleas at GD-19-002487. I also represented William T. Kane in this matter.

3.      In three (3) consolidated actions brought by L-Four, L.P. in the Allegheny County Court of Common Pleas at GD-19-002820, GD-19-002821 and GD-19-002822. I also represented William T. Kane in this matter.

4.      In an action brought by L-Four, L.P. and Ronald Linaburg, D.M.D in the Allegheny County Court of Common Pleas at GD-19-002405. I also represented William T. Kane and Robert E. Dauer, Corporate Counsel to the Debtor, in this matter.

5.      In an action filed by Store Capital Acquisitions, LLC and Store Master Funding XIII, LLC in the United States District Court for the Western District of Pennsylvania at No. 2:19-cv-00685-PJP. I also represented William T. Kane in this matter.

Further, prior to the within bankruptcy filing, I represented William T. Kane in the following actions not involving the Debtor:

1.      In an action filed by Peter D. Kaplan, M.D in the Allegheny County Court of Common Pleas at Docket No. 18-015044.

2.      In an action filed by Michael Schumacher in the Allegheny County Court of Common Pleas at Docket GD-18-01545.

3.      In an appeal filed by Peter D. Kaplan, M.D. in the Superior Court of Pennsylvania at Docket No. 177 WDA 2019.

Except as set forth above, neither Robert O Lampl, nor anyone in his law firm has any connection with any creditor or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.  This Verification is made under penalty of perjury.


Date:  July 10, 2019                        /s/ _Robert O Lampl_____
                                            ROBERT O LAMPL