**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor.** | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| **Movant,** | |
| vs. | |

**NO RESPONDENT.**

## ORDER OF COURT

It is hereby, **ORDERED, ADJUDGED** and **DECREED** that the employment of Robert O Lampl Law Office as Counsel for the Debtor relating to any and all matters that require the services of an attorney be, and hereby is, **APPROVED**.

Date: _____          _____
                                  Carlota M. Böhm
                                  United States Bankruptcy Court Judge