IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-22715-CMB |
| | : | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC. | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |

## MOTION FOR *PRO HAC VICE* ADMISSION

1. This motion for admission *pro hac vice* is being filed on behalf of: Michael DiGiacomo of the law firm Ballard Spahr LLP, 1 E. Washington Street, Suite 2300, Phoenix, Arizona 85004, email address digiacomom@ballardspahr.com, Arizona State Bar No. 032251, Nevada Bar No. 13478; by David A. Haworth, Esq.

2. Applicant represents STORE Capital Acquisitions, LLC and STORE Master Funding XIII, LLC. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bars of Arizona and Nevada, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania: David A. Haworth of the law firm Ballard Spahr LLP, 210 Lake Drive East, Suite 200, Cherry Hill, New Jersey 08002; email address haworthd@ballardspahr.com; Pennsylvania State Bar No. 76196, New Jersey State Bar No. 027031995.  Movant's local office for accepting notices and pleadings: Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has previously received *Pro Hac Vice* admission to this Court by Orders in the following matters: None.

Dated: July 10, 2019                    By: */s/ David A. Haworth*
                                            David A. Haworth, Esq.
                                            Ballard Spahr LLP
                                            210 Lake Drive East, Suite 200
                                            Cherry Hill, New Jersey 08002
                                            Phone: (856) 873-5525
                                            Email: haworthd@ballardspahr.com
                                            Pennsylvania State Bar No. 76196
                                            New Jersey State Bar No. 027031995

**PAWB Local Form 18  (03/17)**