## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| Debtor. | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 11, 12 |
| vs. | |
| **NO RESPONDENT.** | Hearing Date and Time: August 9, 2019 at 10:00 a.m. |

### CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 10th day of July, 2019, a true and correct copy of the foregoing **APPLICATION FOR APPROVAL OF ATTORNEYS** and the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING the APPLICATION FOR APPROVAL OF ATTORNEYS** was served upon the following *(via First-Class U.S. Mail)*:

SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX

Date: July 10, 2019

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com