Label Matrix for local noticing
0315-2
Case 19-22715-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jul 10 13:40:04 EDT 2019

3D Acquisitions LP
1520 Gilmore Drive
Clairton, PA 15025-2706

5171 Campbells Land Co.
231 Chestnut St.
Meadville, PA 16335-3457

5171 Campbells Land Co., Inc.
18276 Conneaut Lake Road
Meadville, PA 16335-3758

A.J. Demor & Sons
2150 Eldo Rd.
Monroeville, PA 15146-1406

AIS Comm Parts
1005 Parkway View Dr.
Pittsburgh, PA 15205-1424

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Access Point
P.O. Box 382828
Pittsburgh, PA 15251-8828

Ace Contractor Center
10944 Perry Hwy.
Rt. 19 So
Meadville, PA 16335-6553

Affiliated Grounds Maint.
5148 Peach Street, Ste, 311
Erie, PA 16509-2475

Al Farnham Maintenance LLC
1738 Cottage St.
Ashland, OH 44805-1236

All Pro Landscaping
P.O. Box 360762
Strongsville, OH 44136-0013

Allen Flag & Flagpole
P.O. Box 6254
Cape Elizabeth, ME 04107-0054

Amanda Bittinger
2078 Township Rd. 1095
Ashland, OH 44805-9484

American Choice Apparel
618 Anderson Drive
Romeoville, IL 60446-1288

American Electric Power
P.O. Box 371496
Pittsburgh, PA 15250-7496

Amtrust North America
P.O. Box 6939
Cleveland, OH 44101-1939

Aqua Ohio
762 W. Lancaster Ave.
Bryn Mawr, PA 19010-3402

Aqua Ohio Inc.
P.O. Box 1229
Newark, NJ 07101-1229

Armstrong
P.O. Box 37749
Philadelphia, PA 19101-5049

Ascentium Capital, LLC
23970 Hwy. 59N
Kingwood, TX 77339-1535

Ashland Area C of C
211 Claremont Ave.
Ashland, OH 44805-3004

Ashland Comfort Control Inc.
805 East Main Street
Ashland, OH 44805-2620

Ashland County Income Tax
Ashland Income Tax
218 Luther Street
Ashland, OH 44805-3128

Ashtabula Co Treasurer
25 West Jefferson St.
Jefferson, OH 44047-1092

B. E. Stahlman - Tax Collector
14932 Route 68
Sligo, PA 16255-2334

B.Y. Lawncare
P.O. Box 1943
Cranberry Twp, PA 16066-0943

Bainbridge LP
10245 Nancy Drive
Meadville, PA 16335-6325

Barone Murth Shonber
4701 Baptist Road
Pittsburgh, PA 15227-1117

Basically Blinds
2790 Dry Valley Rd.
Lewistown, PA 17044-7120

| | | |
|---|---|---|
| Berkheimer<br>P.O. Box 25132<br>Lehigh Valley, PA 18002-5132 | Berkheimer-Foster Twp LST/Dawn Bobcock<br>1185 Est Main Street<br>Bradford, PA 16701 | Berkheimer-Harborcreek Twp LST<br>LST Collector Shelley Hull<br>5601 Buffalo Rd.<br>Harborcreek, PA 16421-1625 |
| Borough of Edinboro<br>124 Meadville Street<br>Edinboro, PA 16412-2502 | Borough of Grove City<br>123 W. Main St.<br>Grove City, PA 16127-1221 | Borough of Indiana Util.<br>80 N. 8th St., Ste 102<br>Indiana, PA 15701-1738 |
| Burmac Commercial Roofing<br>322 North Street<br>Springdale, PA 15144-1233 | Burrier Service Co.<br>P.O. Box 661<br>Mentor, OH 44061-0661 | Canfield City Income Tax<br>City of Canfield<br>104 Lisbon Street<br>Canfield, OH 44406-1464 |
| Carbons Golden Malted<br>P.O. Box 129<br>Concordville, PA 19331-0128 | Careworkscomp<br>P.O. Box 8101<br>Dublin, OH 43016-2101 | Case Sabatini<br>470 Streets Run Road<br>Pittsburgh, PA 15236-2026 |
| Casella Waste Service 60<br>P.O. Box 1372<br>Williston, VT 05495-1372 | Century Link<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 | Cintas<br>PO Box 630910<br>Cincinnati, OH 45263-0910 |
| City Treasurer-Meadville<br>City Hall<br>894 Diamond Park<br>Meadville, PA 16335-2603 | City of Ashtabula Waste Water<br>P.O. Box 2210<br>Ashtabula, OH 44005-2210 | City of Bradford Treasurer<br>P.O. Box 15<br>Bradford, PA 16701-0015 |
| City of Canfield Utility Dept.<br>104 Lisbon St.<br>Canfield, OH 44406-1416 | City of Cleveland Div. of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540 | City of Corry - Rot Lst<br>100 S. Center St.<br>Corry, PA 16407-1923 |
| City of Corry Water<br>100 S. Center St.<br>Corry, PA 16407-1993 | City of Erie Treasurer<br>P.O. Box 1534<br>Hermitage, PA 16148-0534 | City of Hermitage<br>800 N. Hermitage Rd.<br>Hermitage, PA 16148-3220 |
| City of Hermitage Sewer<br>P. O. Box 6078<br>Hermitage, PA 16148-1078 | City of Olean<br>P.O. Box 31<br>Warsaw, NY 14569-0031 | City of Olean Water/Sewer<br>P.O. Box 668<br>Olean, NY 14760-0668 |
| City of Titusville Treasurer<br>107 N Franklin St.<br>Titusville, PA 16354-1734 | City of Warren, Util. Serv.<br>580 Laird Ave., S.E.<br>Warren, OH 44484-4231 | Clarion Co. Tax Claim Bureau<br>330 Main St., Room 101<br>Clarion, PA 16214-1073 |

Clark Electric Inc.
53 South 4th Ave.
Clarion, PA 16214-1380

Clearpoint IT Management
3001 Waterdam Plaza
Suite 280
Canonsburg, PA 15317-5415

Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063-2940

Coca Cola N. Amer.
P.O. Box 102703
Atlanta, GA 30368-2703

(p)COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

Commonwealth of PA
Dept. of Agriculture
3201 N. Cameron St.
Harrisburg, PA 17110

Conneaut City Income Tax
Conneaut Income Tax Department
294 Main Street
Conneaut, OH 44030-2650

Conneaut Water & Sewer Dept.
294 Main St. - City Hall Bldg.
Conneaut, OH 44030-2638

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018-1908

(p)CRANBERRY TOWNSHIP SEWER & WATER
ATTN CINDY KOSS
2525 ROCHESTER ROAD SUITE 400
CRANBERRY TOWNSHIP PA 16066-6499

Crawford Co. Tax Claim Bureau
903 Diamond Square
Meadville, PA 16335-2694

Crawford County Treasurer
Courthousem 903 Diamond Park
Meadville, PA 16335-2694

Curt Hall
649 County Road 1802
Ashland, OH 44805-9386

Dalton's San-Ser
140 Norwood Dr.
Beaver Falls, PA 15010-5701

Dan Buxton Roofing
5020 Southway St., S.W.
Canton, OH 44706-1959

Daniel Sayers
2141 S. Manor Drive
Erie, PA 16505-4703

Darling Int Inc.
P.O. Box 552210
Detroit, MI 48255-2210

Datatek Services Inc.
P.O. Box 918
Oak Forest, IL 60452-0918

Dawn Pavlik
231 Chestnut St. - #302
Meadville, PA 16335-3457

Daymark
12836 South Dixie Hwy.
Bowling Green, OH 43402-9697

Doctor Dead-Bug Inc.
225 6th St.
Ellwood City, PA 16117-8523

Dollar Bank
Three Gateway Center
Pittsburgh, PA 15222

Dominion Energy Ohio
P.O. Box 26785
Richmond, VA 23261-6785

Edison Landscape & Deck Lighting LLC
9883 South Avenue
Poland, OH 44514-3482

Edward Peters
1717 N. Bayshore Dr., #2637
Miami, FL 33132-1162

Elmhurst Prop Inc.
2170 Millennium Blvd., Suite K
Cortland, OH 44410-9191

Enviro Master of Pittsburgh
PO Box 12350
Charlotte, NC 28220-2350

Erie County Tax Claim Bureau
140 West 6th Street, Rm. 110
Erie, PA 16501-1073

Erie Water Works
P.O. Box 4170
Woburn, MA 01888-4170

| | | |
|---|---|---|
| Field Club Commons<br>Rosecroft Center LLC<br>20950 Maple Heights<br>Maple Heights, OH 44137 | Fine Print<br>287 Chestnut St.<br>Meadville, PA 16335-3266 | First National Bank<br>Attn: Legal Dept.<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 |
| Foster Twp. Sewer Fund<br>1185 East Main St.<br>Bradford, PA 16701-3220 | Foulk's Flooring America<br>15627 Conneaut Lake Rd.<br>Meadville, PA 16335-4724 | Foundation Building Materials<br>6872 Paysphere Circle<br>Chicago, IL 60674-6872 |
| Franklin Machine Products LLC<br>P.O. Box 74007311<br>Chicago, IL 60674-7311 | Frantz & Russell Inc.<br>1428 Foote Ave Ext.<br>Jamestown, NY 14701-9382 | Gerald R. Fry Co., Inc.<br>170 Hadley Rd.<br>Greenville, PA 16125-9701 |
| Give Kids the World<br>c/o Perkins-Anita Gates<br>6075 Poplar Ave<br>Memphis, TN 38119-4740 | Grainger<br>Dept. 871892600<br>Palatine, IL 60038-0001 | Great American Financial Svcs.<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| Greater Olean Area C of C<br>301 N. Union St., Suite 101<br>Olean, NY 14760-2635 | Greenville Water Authority<br>44 Clinton St.<br>Greenville, PA 16125-2281 | Greg Greco Heating and Cooling<br>P.O. Box 79036<br>Pittsburgh, PA 15216-0036 |
| Guardian Alarm Co.<br>75 Remittance Dr., Dept 1376<br>Chicago, IL 60675-1376 | Hagan Business Machines-Meadville<br>P.O. Box 1428<br>Meadville, PA 16335-0928 | Harborcreek Twp. Tax Collector<br>5601 Buffalo Rd.<br>Harborcreek, PA 16421-1698 |
| David Andrew Haworth<br>Ballard Spahr<br>210 Lake Drive East<br>Suite 200<br>New Jersey, NJ 08002-1163 | Hempfield Twp. Authority<br>278 South Mercer St.<br>Greenville, PA 16125-1538 | Heppner-Pritt & Assoc. Inc.<br>3407-A Kuemerle Ave., N.E.<br>Canton, OH 44705-5026 |
| Heritage Food Service Group<br>P.O. Box 71595<br>Chicago, IL 60694-1595 | Hermitage Treasurer<br>800 N. Hermitage Rd.<br>Hermitage, PA 16148-3220 | Huberty Electric<br>7685 Arlington Rd., N.W.<br>Massillon, OH 44646-9383 |
| IEMFS d/b/a GSG Financial<br>53 West 36th St.<br>Suite 701<br>New York, NY 10018-7970 | IRR Supplies Center<br>908 Niagara Falls Blvd.<br>North Tonawanda, NY 14120-2085 | Imperial Glazing Concepts, Inc.<br>234 Robbins Ave.<br>Niles, OH 44446-1769 |
| Indiana County Tax Collector<br>2275 Philadelphia St.<br>Indiana, PA 15701-4102 | Inglewood Associates LLC<br>9242 Headlands Rd.<br>Mentor, OH 44060-1026 | Integra Realty Resources<br>8241 Cornell Rd., Suite 210<br>Cincinnati, OH 45249-2285 |

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&S Landscaping Co.
360 Second Ave.
Freedom, PA 15042-2605

JC Erlich
P.O. Box 13848
Reading, PA 19612-3848

JDK Real Estate, LLC
6201 Steubenville Pike, Suite 210
Mc Kees Rocks, PA 15136-1344

JV Surface Water Services
Jasohn Vansicle
325 E. Pendelton St.
Loudonville, OH 44842-1526

Josh's Lawncare & Landscaping
5830 Broadway Ave.
Louisville, OH 44641-9372

Kaza Fire Equipment LLC
155 Lovell Ave.
Ebensburg, PA 15931-1876

Kens Custom Upholstering
Ken Hunt
11198 Liberty St.
Meadville, PA 16335-8184

Kens Lawn Maintenance
680 Center Road
Conneaut, OH 44030-2311

Keystone
P.O. Box 559
Irwin, PA 15642-0559

Keystone Collections Group-Monroe Twp
P.O. Box 559
Irwin, PA 15642-0559

Koldrock
P.O. Box 248
Edinboro, PA 16412-0248

L&W Supply
2011 W. 12th Street
Erie, PA 16505-4802

L-Four L.P.
924 Valleyview Road
Pittsburgh, PA 15243-1022

LED Solution
120 Applegate Court
Pelham, AL 35124-2942

LST Collector Vernon Twp.
11031 State Highway 18
Conneaut Lake, PA 16316-3529

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

Landmiller Landscape
849 Clark Ave
Ashland, OH 44805-1967

Lilac Investments LLC
P.O. Box 81651
Pittsburgh, PA 15217-0451

MGI Risk Management
P.O. Box 62185
Pittsburgh, PA 15241-7185

Mahoning County Treasurer
Daniel R. Yemma
120 Market Street
Youngstown, OH 44503-1749

Mark A. Villers
21542 Golden Drive
Meadville, PA 16335-5512

Mark Maynard
11370 Pawnee Drive
Meadville, PA 16335-7910

McAdoo Motorsports Inc.
8727 Rte. 422 Hwy. West
Indiana, PA 15701-4356

McGann Plumbing/Heating
P.O. Box 86
Blairsville, PA 15717-0086

McGill, Power, Bell & Assoc.
623 State St.
Meadville, PA 16335-2296

Meadville Ace Cont.
10944 Perry Highway
Meadville, PA 16335-6553

Meadville Plate Glass Co., Inc.
299 Pine Street
Meadville, PA 16335-3248

Meadville-W. Crawford County C of C
908 Diamond Park
Meadville, PA 16335-2607

Mercer County Tax Claim Bureau
3 Courthouse
Mercer, PA 16137-1223

Merchant Link Lockbox
26125 Network Place
Chicago, IL 60673-1261

Midwest Systems & Services Inc.
P.O. Box 15033
Evansville, IN 47716-0033

Miller Sewer & Drain Cleaning
2416 Station Rd.
Erie, PA 16510-1948

Mills Enterprises LLC
2596 South Work St.
Falconer, NY 14733-1755

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

NU CO2 LLC
P.O. BOx 417902
Boston, MA 02241-7902

NY Department of Taxation and Finance
P.O. Box 15148
Albany, NY 12212-5148

(p)NATIONAL FUEL GAS DISTRIBUTION CORPORATION
ATTN BANKRUPTCY DEPT
6363 MAIN STREET
WILLIAMSVILLE NY 14221-5887

National Grid
P.O. Box 11742
Newark, NJ 07101-4742

Neshannock Tax Collector
3131 Mercer Rd., Ste 2
New Castle, PA 16105-1391

Neshannock Township Sewer
P.O. Box 10116
Dilliner, PA 15327

Neshannock Twp. LST Coll. Pat Columbus
Georgann Gall - Tax Collector
3131 Mercer Rd.
New Castle, PA 16105-1333

New York Department of Labor-Unemploymen
P.O. Box 15177
Albany, NY 12212-5177

Niles Electric
34 W. State St.
Niles, OH 44446-5036

Northeast OH Reg Sewer Dst
P.O. Box 94550
Cleveland, OH 44101-4550

John R. O'Keefe Jr.
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield Street
Suite 800
Pittsburgh, PA 15222-2305

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ohio Bureau of Employment
Dept. of Job and Family Services
47 North Main Street
Akron, OH 44308-1971

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-2678

Ohio Edison
P.O. Box 3687
Akron, OH 44309-3687

Ohio Logos Inc.
4384 Tuller Rd.
Dublin, OH 43017-5031

Olean City School District
410 W. Sullivan
Olean, NY 14760-2522

One Call Rentals
309 Foothills Lane
Mount Pleasant, PA 15666-1023

Oracle America Inc.
P.O. Box 203448
Dallas, TX 75320-3448

Orkin Pest Control #928
2630 S. Work St.
Falconer, NY 14733-1716

P. J. Lynd T.C.
2525 Rochester Rd.
Cranberry Twp, PA 16066-6422

PA American Water
P.O. Box 371412
Pittsburgh, PA 15250-7412

PA Department of Revenue
P.O. Box 280412
Harrisburg, PA 17128-0412

PA Department of Revenue
P.O. Box 280509
Harrisburg, PA 17128-0509

PA Municipal Service Co.
Dept U 500
336 Delaware Ave.
Oakmont, PA 15139-2138

PA One Call System, Inc.
PO Box 641121
Pittsburgh, PA 15264-1121

PMF Rentals
124 Plunkett Drive
Zelienople, PA 16063-8716

Park Centre Development Inc.
1 Bluebird Square #1
Olean, NY 14760-2552

Paul Becker
23 Swietzer Dr.
Duke Center, PA 16729-9503

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penn Power
P.O. Box 3687
Akron, OH 44309-3687

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Unemployment Fund
PA Dept. of Labor and Industry
651 Boas St.
Harrisburg, PA 17121-0725

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264-4760

Perkins
6075 Poplar Ave-#800
Memphis, TN 38119-4709

Perkins Holdings LLC
Attn:  Ben Mitchell
14875 N.E. Tangen Rd.
Newberg, OR 97132-6890

Peter D. Kaplan
106 Mallard LN
Canonsburg, PA 15317-3238

Peter D. Kaplan c/o Joseph Hudak
P.O. Box 11242
Pittsburgh, PA 15238-0242

Phillip Crawford
c/o Perkins Restaurant
20013 Route 19
Cranberry Twp, PA 16066-6203

Precision Copy Products Inc.
600 State Street
Clairton, PA 15025-1876

Pyler Entry Systems
8850 Fry Road
Mc Kean, PA 16426-1533

R.I.T.A.
10107 Brecksville Rd.
Brecksville, OH 44141-3275

Red Book Solutions
33270 Collection Center Dr.
Chicago, IL 60603-3200

Reilly Sweeping Inc.
P.O. Box 780415
Philadelphia, PA 19178-0415

Reinhart Food Service
226 East View Dr.
Mount Pleasant, PA 15666-1036

Renovator Rich Thiel
315 Main Street
Prospect, PA 16052-3238

Republic Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099

Robert Foulkrod
195 Old Fredonia Road
Mercer, PA 16137-4725

Robert Roell
312 Albert Street
Pittsburgh, PA 15211-2345

Ron Miller Plumbing
157 Hillcrest Drive
New Brighton, PA 15066-3633

Rooter-Man
620 East Main Street Ext.
Grove City, PA 16127-6344

Rumpke Consolidated
P.O. Box 538710
Cincinnati, OH 45253-8710

Sage Checks & Forms
P.O. Box 935021
Atlanta, GA 31193-5021

Sage Net
P.O. Box 843553
Kansas City, MO 64184-3553

| | | |
|---|---|---|
| Shamrock Building Services, Inc.<br>535 Forest Avenue<br>Carnegie, PA 15106-2808 | SiegelJennings<br>23425 Commerce Park Drive, Suite 103<br>Cleveland, OH 44122 | Snyder Brothers, Inc.<br>One Glade Park East<br>P.O. Box 1022<br>Kittanning, PA 16201-5022 |
| Standard Plumbing & Heating Inc.<br>P.O. Box 20650<br>Canton, OH 44701-0650 | Staples Advantage<br>P.O. Box 70242<br>Philadelphia, PA 19176-0242 | Stark Co Metro Sewer Dist.<br>P. O. Box 9972<br>Canton, OH 44711-0972 |
| Stark County Treasurer<br>110 Central Plaza South<br>Suite 250<br>Canton, OH 44702-1410 | Staybridge Suites-Pittsburgh/Cranberry<br>915 Brush Creek Rd.<br>Warrendale, PA 15086-7534 | Stephen Maglin<br>1884 Tilton Drive<br>Pittsburgh, PA 15241-2664 |
| Stitt's Nursery & Landscaping<br>93 McCloskey Rd.<br>Leeper, PA 16233-4420 | Store Capital Acquisitions, LLC<br>8377 E. Hartford Dr.<br>Suite 100<br>Scottsdale, AZ 85255-5686 | Store Master Funding XIII, LLC<br>8377 E. Hartford Dr., Suite 100<br>Scottsdale, AZ 85255-5686 |
| Strong Lawns/Kem-R Lawns<br>801 Harvey Run Rd.<br>Freedom, PA 15042-1825 | Sunbelt Rentals Inc.<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Taylor Steamer Cleaning<br>220 N. Mulbery St.<br>Mansfield, OH 44902-1055 |
| Technic<br>P.O. Box 882<br>Dyersburg, TN 38025-0882 | The Illuminating Company<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Time Warner Cable NE<br>P.O. Box 901<br>Carol Stream, IL 60132-0901 |
| Titusville Treasurer. Tax Claim Bureau<br>Christine Krzysiak,Treasurer<br>903 Diamond Park<br>Meadville, PA 16335-2640 | Trabon<br>P.O. Box 87-8700<br>Kansas City, MO 64187-8700 | Trace Lawn & Landscaping Inc.<br>14515 Bldwin St. Ext.<br>Meadville, PA 16335-9424 |
| Treasurer of Lawrence County<br>430 Court St.<br>6,685.98, PA 16101-3503 | Treasurer of State of Ohio<br>Ohio Department of Taxation<br>Columbus, OH 43216 | Treasurer, State of Ohio<br>P.O. Box 182215<br>Columbus, OH 43218-2215 |
| Tri County Ind.<br>P.O. Box 858<br>Mars, PA 16046-0858 | Tri State Equipment<br>815 22nd Street<br>Beaver Falls, PA 15010-3951 | Triton Imaging Systems<br>3120 Via Coilinas, Ste. 103<br>Westlake Village, CA 91362 |
| Trum Co. Water Sewer<br>842 Youngstown-Kingsville Rd.<br>Vienna, OH 44473-9737 | US Foodservice Rec Corp.<br>P.O. Box 642561<br>Pittsburgh, PA 15264-2561 | United Concordia<br>PO Box 827399<br>Philadelphia, PA 19182-7399 |

United Healthcare
UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

Unum Life Ins.
P.O. Box 406990
Atlanta, GA 30384-6990

Valley Communications LLC
4459 Orangeville Sharon Rd.
Burghill, OH 44404-9702

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Vernon Twp. Tax Collector
Dorothy Longstreth
9511 Krider Rd.
Meadville, PA 16335-6465

Vernon Twp. Water & Sewage
16678 McMath Ave.
Meadville, PA 16335-6568

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

Vogels Disp Service, Inc.
Box 847
Mars, PA 16046-0847

W T. Spaeder Co., Inc.
1602 East 18th Street
P.O. Box 10066
Erie, PA 16514-0066

W. E. Unger & Associates
Bill Unger
P.O. Box 1283
Meadville, PA 16335-0783

Warren City Tax Office
318 W. Third Avenue
Warren, PA 16365-2388

Warren City Tax Office-Earned Income
318 W. Third Avenue
Warren, PA 16365-2380

Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3648

Watkins General Contracting
10160 Old Route 99
McKean, PA 16426-1730

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power-Clairton
P.O Box 3615
Akron, OH 44309-3615

White Twp. Light Fund
950 Indian Springs Road
Indiana, PA 15701-3506

White Twp. Sewer Service
950 Indian Springs Road
Indiana, PA 15701-3506

William Blatt-Hemp TX Coll.
278 S. Mercer St.
Greenville, PA 16125-1538

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Yardmaster of Pennsylvania Inc.
Dept. 5587
2505 Manchester Rd.
Erie, PA 16506

Youngstown Water Department
P.O. Box 6219
Youngstown, OH 44501-6219

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas
P.O. Box 742537
Cincinnati, OH 45274

Cranberry Township
2525 Rochester Rd., Suite 400
Cranberry Twp, PA 16066

National Fuel
P.O. Box 371835
Pittsburgh, PA 15250-7835

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)City of Erie Treasurer
P.O. Box 1534
Hermitage, PA 16148-0534

(u)Dollar Bank, Federal Savings Bank
c/o Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St., Suite 800
Pittsburgh

(u)STORE Capital Acquisitions, LLC

(u)STORE Master Funding XIII, LLC

End of Label Matrix
Mailable recipients    262
Bypassed recipients      4
Total                  266