## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :      **Bankruptcy No. 19-22715-CMB**
**5171 CAMPBELLS LAND CO., INC.,**      :
                                        :      **Chapter 11**
                                        :
                    Debtor(s).          :      **Related to Doc. No. 8**
                                        :

### ORDER

**AND NOW**, this 11th day of July, 2019, upon consideration of the *Motion for Pro Hac Vice Admission* ("Motion," Doc. No. 8) filed by David A. Haworth on behalf of Craig Solomon Ganz, and whereas Local Rule 9010-1(c) provides, in pertinent part, as follows:

> (c) An attorney not admitted to practice by the United States District Court for the Western District of Pennsylvania may not be admitted *pro hac vice* in this Court unless associated with an attorney, as local counsel, who is a member of the Bar of this Court and who shall act as local counsel during the term of applicant's admission **and who maintains an office in this District for the regular transaction of business,** upon whom all documents, pleadings, and notices shall be served and who shall be required to sign all papers filed with the Clerk.

*See* W.PA.LBR 9010-1(c)(emphasis added),

It is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. A hearing on the Motion will be held on **July 17, 2019,** at **10:00 A.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, to address compliance with Local Rule 9010-1(c), specifically the requirement that local counsel maintain an office in this District.

2. Any response to this Order or an amended motion, if applicable, shall be filed on or before **July 16, 2019.**

FILED
7/11/19 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    **dmr**
Chief United States Bankruptcy Judge