**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 19-22715-CMB |
| | ) |
| 5171 Campbells Land Co., Inc., | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |

**DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request to be added to the Mailing Matrix**

I am the Attorney for STORE Capital Acquisitions, LLC and STORE Master Funding XIII, LLC, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make this request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that this request for notices replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the above named creditor, and:

**Please check the appropriate box:**

☐   that there are no other requests to receive notice by or on behalf of this creditor, or

☒   that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix: #7 on Docket – David Andrew Haworth

I declare under penalty that the foregoing is true and correct.
Executed on   7-11-19                                            .

                                                        James F. Grenen, Esquire
                                                        Attorney for Creditor


                                                         /s/ James F. Grenen
**Direct Notices to:**                                   Signature of Attorney for Creditor
Grenen & Birsic, P.C.
One Gateway Center, 9th Floor                            #46478
Pittsburgh, PA 15222                                     Attorney's PA ID No.
412-281-7650
Fax: 412-281-7657