IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: 5171 Campbells Land Co., Inc. | Bankruptcy No. 19-22715-CMB |
| Debtor. | Chapter 11 |
| _____ | |
| Michael DiGiacomo, Esquire, | |
| Movant, | Hearing Date and Time: N/A |
| v. | |
| No Respondent. | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Grenen & Birsic, P.C. files the following Motion for Admission of Michael DiGiacomo, Esquire, Pro Hac Vice and sets forth the following:

1. This motion for admission *pro hac vice* is being filed on behalf of: Michael DiGiacomo, Ballard Spahr, LLP, 1 E. Washington Street, Suite 2300, Phoenix, AZ 85004, digiacomom@ballardspahr.com, AZ Bar No. 032251, NV Bar No. 13478 by James F. Grenen, Esquire.

2. Applicant represents STORE Capital Acquisitions, LLC and STORE Master Funding XIII, LLC.  Accompanying this Motion is the required $70.00 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bars of Arizona and Nevada, is not the subject of any pending disciplinary matters, is personally familiar with the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those Local Bankruptcy Rules.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania: James F. Grenen, Esquire, Grenen & Birsic, P.C., One Gateway Center, Ninth Floor, Pittsburgh, PA 15222, 412-281-7650, jgrenen@grenenbirsic.com, PA I.D. #46478.

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Upon information and belief, Applicant has not previously received *Pro Hac Vice* admission to this Court.

Respectfully submitted

GRENEN & BIRSIC, P.C.

Dated:  7-11-19         By:   /s/ James F. Grenen
James F. Grenen, Esquire
PA ID No. 46478
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650