**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **5171 Campbells Land Co. Inc.,** | : | Bankruptcy No. 19-22715- CMB |
| | : | |
| **Debtor** | : | |
| | : | **Chapter 11** |
| | : | **Related to Doc. Nos. 28 & 29** |

## NOTICE AND ORDER SETTING EMERGENCY HEARING

*AND NOW*, this *12th* day of *July, 2019,* **NOTICE IS HEREBY GIVEN THAT** a *Stipulation and Consent Order* (Doc. No. 28) along with the exhibits thereto (Doc. No. 29, together the "Stipulation") has been filed in the above-referenced case by 5171 Campbells Land Co., Inc. ("Debtor") and Perkins & Marie Callender's LLC.

*On July 15, 2019 at 1:30 P.M.* an **EMERGENCY HEARING** has been scheduled in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

*Objections* to the *Stipulation* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before **NOON on July 15, 2019**.

*In the event that an objection is not timely filed*, an Order approving the *Stipulation* may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

*Debtor's Counsel shall serve* a copy of this completed Scheduling Order and the *Stipulation* by <u>Overnight</u> U.S. Mail **and** (1) facsimile **or** (2) email (separate from CM/ECF). In the alternative, service may be made by hand delivery. If hand delivery on any interested party is made, then that alone will be considered sufficient service on that party.

*Service shall be made on* all parties in interest, the 20 largest unsecured creditors, and the United States Trustee. To the extent service by facsimile or email is ordered with respect to the 20 largest unsecured creditors, Debtor's Counsel is directed to provide service in this manner only to the extent Debtor has the contact information available to do so. *If relief is*

*granted at the hearing, the Court may include negative notice language in such order and require service of the order on the entire mailing matrix.*

*Counsel for Debtor shall immediately* file a certificate of service indicating such service.

_____
Carlota M. Böhm                              dmr
Chief United States Bankruptcy Judge

cm: Robert O Lampl, Esq.

FILED
7/12/19 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA