IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| 5171 Campbells Land Co. Inc., | : | Bankruptcy No. 19-22715- CMB |
| Debtor, | : | |
| | : | |
| United States Trustee, | : | Chapter 11 |
| Movant, | : | |
| | : | Related to Doc. No. 34 |
| v | : | |
| 5171 Campbells Land Co., Inc. | : | |
| Respondent. | : | |

## NOTICE AND ORDER SETTING EXPEDITED HEARING

*AND NOW*, this *12th* day of *July, 2019,* **NOTICE IS HEREBY GIVEN THAT** an *Expedited Motion for Appointment of Chapter 11 Trustee* ("Motion") has been filed in the above-referenced case by The United States Trustee.

*On July 15, 2019 at 1:30 P.M.* an **EXPEDITED HEARING** has been scheduled in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

*Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before **NOON on July 15, 2019**.

*In the event that a response is not timely filed*, an Order granting the relief requested in the *Motion* may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

Telephonic participation in the hearing may be approved if arrangements are made by calling the courtroom deputy.

*Movant shall serve* a copy of this completed Scheduling Order and the *Motion* by Overnight U.S. Mail **and** (1) facsimile **or** (2) email (separate from CM/ECF). In the alternative, service may be made by hand delivery. If hand delivery on any interested party is made, then that alone will be considered sufficient service on that party.

*Service shall be made on* Debtor, Debtor's Counsel, all parties in interest, and the 20 largest unsecured creditors. To the extent service by facsimile or email is ordered with respect to the 20 largest unsecured creditors, Movant is directed to provide service in this manner

1

only to the extent Movant has the contact information available to do so. *If relief is granted at the hearing, the Court may include negative notice language in such order and require service of the order on the entire mailing matrix.*

*Movant shall immediately* file a certificate of service indicating such service.

Carlota M. Böhm
Chief United States Bankruptcy Judge

dmr

cm:  Norma Hildenbrand, Esq.

FILED
7/12/19 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA