IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  5171 CAMPBELLS LAND CO., INC., | : | Bankruptcy No. 19-22715 (CMB) |
| Debtor | : | |
| PAUL R. YAGELSKI, | : | Chapter 11 |
| Movant | : | |
| | : | Hearing Date and Time:  N/A |
| v. | : | |
| No Respondent | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

1. This motion for admission *pro hac vice* is being filed on behalf of: Samuel C. Wisotzkey, Esq., a shareholder with Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin, 53212, Phone: (414) 962-5110, email: swisotzkey@kmksc.com, Wisconsin Bar No. 1029537 *by Paul R. Yagelski*.

2. Applicant represents Reinhart Foodservice, L.L.C., with an address at 100 Harborview Plaza, Suite 200, La Crosse, WI 54601. Accompanying this Motion is the required $70 filing fee paid using the Movant's CM/ECF account at the time of filing.

3. Applicant is a member in good standing of the Bar of Wisconsin, is not the subject of any pending disciplinary matters, is personally familiar with the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Western District of Pennsylvania and shall abide by those *Local Bankruptcy Rules*.

4. Applicant will be associated with the following attorney acting in this matter as local counsel, who is a member of the Bar of the Bankruptcy Court for the Western District of Pennsylvania: Paul R. Yagelski, Esq., a partner with Rothman Gordon,, P.C., Third Floor, Grant Building, 310 Grant St., Pittsburgh, PA 15219, Phone: (412) 338-1124, Email: PRYagelski@rothmangordon.com, *PA ID. No. 29959*.

5. Applicant and Movant have read and shall comply with Local Bankruptcy Rules 9010-1(b), 9010-1(c) and 9010-1(d).

6. Applicant has previously received *Pro Hac Vice* admission to this Court in the following cases: (a) by Orders dated November 30, 2009 in the related matters of *In re Damon's International, Inc.* and *In re Max & Erma's Restaurant, Inc.,* Case Nos., 09-27920-MBM and 09-27807-MBM; (b) by Order dated May 31, 2017 in *In re Rue21, Inc., et al, Case No. 17-22045 (GLT);* and (c) by Order dated May 31, 2017 in *In re Unique Ventures Group, LLC, Case No. 17-20526 (TPA).*

Dated:  July 15, 2019                                    /s/ Paul R. Yagelski

Paul R.Yagelski, Esq.,
PA ID No. 29959
Rothman Gordon, P.C.,
310 Grant St.
Grant Building, Third Floor
Pittsburgh, PA 15219
Phone: (412) 338-1124,
Email: PRYagelski@rothmangordon.com