IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  5171 CAMPBELLS LAND CO., INC., | : | Bankruptcy No. 19-22715 (CMB) |
| | : | |
| Debtor | : | |
| PAUL R. YAGELSKI, | : | Chapter 11 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## ORDER FOR *PRO HAC VICE* ADMISSION

NOW, this ___ day of _____, 2019, upon consideration of the Motion for Pro Hac Vice Admission of Samuel C. Wisotzkey, it is hereby ORDERED and DECREED that Samuel C. Wisotzkey of Kohner, Mann & Kailas, S.C. is admitted pro hac vice to practice in the United States Bankruptcy Court for the Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

_____
Hon. Carlota M. Böhm