IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| 5171 CAMPBELLS LAND CO., INC., | ) | Bankruptcy No. 19-22715 CMB |
| | ) | |
| Debtor. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To:   Clerk of Bankruptcy Court

Please enter the appearance of Donald L. Phillips, Esquire, on behalf of Cleveland Brothers Equipment Co., Inc., a creditor in the above-captioned matter.

Please take further notice that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served upon him.

Respectfully submitted,

EXECUTED ON: 7/15/2019         BY:   _____
Donald L. Phillips. Esquire
PA Attorney ID. No. 01339
Attorney for Cleveland Brothers
Equipment Co., Inc.

DONALD L. PHILLIPS, P.C..
900 Parish Street
4th Floor
Pittsburgh, PA 15220
(412) 281-1977 (telephone)
dphillips@donaldphillipslaw.com