IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  5171 CAMPBELLS LAND CO., INC., | : | Bankruptcy No. 19-22715 (CMB) |
| Debtor | : | |
| PAUL R. YAGELSKI, | : | Chapter 11 |
| Movant | : | |
| | : | |
| v. | : | Related to Doc. No. 47 |
| | : | |
| No Respondent | : | |

## ORDER FOR *PRO HAC VICE* ADMISSION

NOW, this 15th day of July, 2019, upon consideration of the Motion for Pro Hac Vice Admission of Samuel C. Wisotzkey, it is hereby ORDERED and DECREED that Samuel C. Wisotzkey of Kohner, Mann & Kailas, S.C. is admitted pro hac vice to practice in the United States Bankruptcy Court for the Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

*/s/ Carlota M. Böhm*

Hon. Carlota M. Böhm

FILED
7/15/19 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA