IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  5171 CAMPBELLS LAND CO., INC., | : | Bankruptcy No. 19-22715 (CMB) |
|  | : |  |
| Debtor. | : |  |
|  | : | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Kohner, Mann & Kailas, S.C. ("KMK") hereby appears pursuant to Fed.R.Bankr.P. 9010(b) as counsel for Reinhart Foodservice, L.L.C., a creditor or party in interest in the case of 5171 CAMPBELLS LAND CO., INC.  KMK requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and KMK further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

KMK further requests that the Debtor, Trustee and Clerk of the United States Bankruptcy Court place the following name and address on the master mailing matrix and any abbreviated service list in the above captioned proceeding:

> Kohner, Mann & Kailas, S.C.
> Attn:  Samuel C. Wisotzkey
> Washington Building
> Barnabas Business Center
> 4650 N. Port Washington Rd.
> Milwaukee, WI  53212-1059
> swisotzkey@kmksc.com
> (414) 962-5110
> (414) 962-8725 (fax)

Dated: July 15, 2019.

> KOHNER, MANN & KAILAS, S.C.
> Attorneys for Reinhart Foodservice, L.L.C.
>
> By:   /s/ Samuel C. Wisotzkey
> SAMUEL C. WISOTZKEY (*pro hac vice*)
> Washington Building
> Barnabas Business Center
> 4650 N. Port Washington Rd.
> Milwaukee, WI 53212-1059
> Telephone (414) 962-5110
> Facsimile  (414) 962-8725
> swisotzkey@kmksc.com

Designated Local Counsel:

Paul R. Yagelski, Esquire
ROTHMAN GORDON, P.C.
310 Grant Street
Grant Building - Third Floor
Pittsburgh, PA 15219
Phone: (412) 338-1124
Email: PRYage1ski@rothmangordon.com
PA. ID. NO. 29959

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 15, 2019 he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

By: /s Samuel C. Wisotzkey
SAMUEL C. WISOTZKEY *(pro hac vice)*
KOHNER, MANN & KAILAS, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone (414) 962-5110
Facsimile  (414) 962-8725
Attorneys for Reinhart Foodservice, L.L.C.