## PROCEEDING MEMO

Date: 07/15/2019 01:30 pm

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 28

Appearances: Robert O Lampl ✓, Ryan J. Cooney ✓, Joel M. Walker ✓ (via telephone), Norma Hildenbrand ✓, Michael Oliverio ✓, James Cooney ✓, John O'Keefe ✓

Movant(s):

Respondents: Joseph E. Hudak ✓

Creditor(s): Michael DiGiacomo ✓ (via telephone), Sam Wisotzkey ✓ (via telelphone), Melissa Van Eck ✓ (via telephone). Jack Teitz also present.

Nature of Proceeding: #28 Stipulation and Consent Order between Debtor and Perkins & Marie Callender's, LLC

Additional Pleadings: #29 Exhibits 1 through 5 to Stipulation and Consent Order; #39 Certificate of Service; #43 Objection by MARC Group, LLC

Judge's Notes:
— Revised stip to be filed by July 17th at noon. Hearing on July 19th 10AM.
— If stip approved on July 19th, then any objections pending will be resolved.
— If stip approved, negative notice language to be included requiring service on matrix + objections by July 29th. If objections, hearing will be held July 31st at 10am.

Outcome: July 19th 10AM.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED     Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/15/19 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA