# PROCEEDING MEMO

**Date: 07/15/2019 01:30 pm**

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 34

**Appearances:** Joel M. Walker (via telephone) ✓

**Movant(s):** Norma Hildenbrand ✓

**Respondents:** Robert O Lampl ✓, Ryan J. Cooney ✓, ~~James Grenen, Michael Mazack~~, Michael DiGiacomo (via telephone) ✓, Michael Oliverio ✓, James Cooney ✓, Joseph Hudak ✓, John O'Keefe ✓

**Creditor(s):** Sam Wisotzkey (via telephone), Melissa Van Eck (via telephone)

Jack Teitz also present.

**Nature of Proceeding:** #34 Expedited Motion for Appointment of Chapter 11 Trustee

**Additional Pleadings:** #46 Certificate of Service; #49 Response by Debtor; #50 Response by Ronald G. Linaburg, D.M.D. and L-Four, L.P.; #52 Objection by STORE Capital Acquisitions, LLC, STORE Master Funding XIII, LLC

**Judge's Notes:**

**Outcome:**
- Continued to July 31st at 10am for Pretrial.
- Evidentiary hearing on August 7 at 10am – 5pm.

____ Motion is GRANTED ____ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED      Order entered
____ Reschedule for Proper Service
____ Case DISMISSED      Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:    Movant(s) brief due ____ days
                            Respondent(s) brief due ____ days
                            Trustee's brief due ____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/15/19 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA