# Notice Recipients

District/Off: 0315−2         User: dric            Date Created: 7/19/2019
Case: 19−22715−CMB      Form ID: pdf900      Total: 1

**Recipients of Notice of Electronic Filing:**
aty        Robert O Lampl        rol@lampllaw.com

TOTAL: 1