IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 19-22715-CMB |
| 5171 Campbells Land Co. Inc., | : | Chapter 11 |
| Debtor. | : | |

### OBJECTION TO APPLICATION TO EMPLOY ROBERT O. LAMPL LAW OFFICE

NOW COMES Peter D. Kaplan, M.D., by his attorney, Joseph E. Hudak, Esq. and files this Objection to Application to Employ Robert O. Lampl Law Office, (Document #11), and in support thereof respectfully submits as follows:

1. To hear Robert Lampl tell it, one would think that Judge Della Vecchia ruled that the majority shareholder of the Debtor, William T. Kane, does not have to pay Peter D. Kaplan, M.D. anything at all in the confession of judgment proceedings at Allegheny Court of Common Pleas No. GD 18-015044. With Lampl claiming (facetiously) that Kane had no notice of the confession of judgment, Judge Della Vecchia opened the confessed judgment. This does not mean, however, that Kane does not have to pay Kaplan. To the contrary, this matter will proceed very quickly to judgment on the pleadings or summary judgment. (In his petition to open, Kane did not even attempt to plead a meritorious defense, i.e., that he does not owe the money.) Kaplan will then execute on Kane's majority interest in the Debtor. (It will also be shown that any transfers of equity made by Kane were fraudulent transfers; thus, Kaplan will execute on all ownership interests in the Debtor.) It is expected that within sixty (60) days Kaplan will hold all equity in the Debtor. Lampl has numerous conflicts of interest with Kaplan and therefore cannot represent the Debtor.

2. An inquiry should be made as to whether Lampl informed Kane that the filing of the present bankruptcy will result in Kane's loss of the company, or on the other hand, that a

restructuring will allow Kane to keep the company. The latter of course is not possible. Yet Lampl represents Kane in many matters. An inquiry must be made on this key issue.

    WHEREFORE, Peter D. Kaplan, M.D., respectfully requests that the Application to Employ Robert O. Lampl Law Office, (Document #11), be denied.

/s/ Joseph E. Hudak

Joseph E. Hudak
Pa.I.D.#45882
P.O. Box 11242
Pittsburgh, PA  15238
(412) 867-8119
josephhudaklaw@gmail.com