IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 19-22715-CMB |
| | : | |
| 5171 Campbells Land Co. Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| MARC GROUP, LLC, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT, | : | |
| _____/ | | |

## MOTION FOR STATUS CONFERENCE

NOW COMES Marc Group, LLC, a Pennsylvania limited liability company, by its attorney, Joseph E. Hudak, Esq. and files this Motion for Status Conference, and in support thereof respectfully submits as follows:

1. At the July 15, 2019 hearing in this matter, the Court inquired as to whether Marc Group, LLC was interested in the acquisition of the ten (10) deactivated Perkins locations.

2. For settlement purposes only, Marc Group, LLC is so interested. A status conference would facilitate the possibility of such an acquisition.

WHEREFORE, Marc Group, LLC respectfully requests a status conference.

*/s/ Joseph E. Hudak*_____

Joseph E. Hudak
Pa.I.D.#45882
P.O. Box 11242
Pittsburgh, PA  15238
(412) 867-8119
josephhudaklaw@gmail.com