UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                          CASE NUMBER:

5171 Campbells Land Co., Inc.,                                                      19-22715-CMB

DEBTOR                                                                                      CHAPTER 11

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. Perkins & Marie Callender's, LLC
   6075 Poplar Avenue, Suite 800
   Memphis, TN 38119
   Attn: General Counsel
   Tel. (901) 766-6400
   Fax: (901) 766-6482
   Email: andy.whiteley@prkmc.com

2. Store Capital
   8377 E. Hartford Drive
   Scottsdale, AZ 85255
   Tel. (480) 256-1199
   Email: Lhale@storecapital.com

3. Vincent A. DiAntonio
   3D Acquisitions, LP
   1520 Gilmore Drive
   Jefferson Hills, PA 15025-2706
   Tel. (412) 443-6317
   Email: vdianton@aol.com

4.  L-Four, LP
    c/o Michael Oliverio, Esquire
    The Lynch Law Group, LLC
    501 Smith Drive, Suite 3
    Cranberry Twp., PA 16066
    (Tel.) (724 776-8000
    Email: moliverio@lynchlaw-group.com


Date: August 1, 2019                ANDREW R. VARA
                                    ACTING UNITED STATES TRUSTEE
                                    Region 3

                                By: /s/Norma Hildenbrand
                                    Norma Hildenbrand, Trial Attorney
                                    Norma.L.Hildenbrand@usdoj.gov