**From:** Paula Webster <pjwebsterrm@yahoo.com>
**Sent:** Thursday, August 22, 2019 2:48 PM
**To:** jackteitz@hotmail.com; Ryan Cooney
**Subject:** proposal greenville / new castle

Jack, New terms:
Purchase price of Greenville and New Castle $160,000 Down payment of $50,000 to be made on the day of closing.
Monthly payments of $4,000 per month with a balance of $90,000 remaining will pay on or before March 3, 2020.
We are prepared to assume operations if we are awarded the sale immediately.
Contingent on the assumption on the lease with Gerald Fry or a new negotiated lease.
Contingent on the assumption of the lease with Common Fields plaza or a new negotiated lease.
Abide by the terms of the arrangement.

Paula Webster
330-506-7024

**EXHIBIT A**