# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS, LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. No. 155 |
| vs. | |
| ELMHURST PROPERTIES, INC., ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOOD, INC., VISION FINANCIAL GROUP, INC., LED SOLUTIONS, PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE, THE OHIO DEPARTMENT OF TAXATION and THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

### NOTICE OF WITHDRAWAL OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER 363(f) FILED AT Doc. No. 155

**NOTICE** is given that the Debtor hereby withdraws the Motion to Sell Property Free and Clear of Liens under 363(f) filed at Doc. No. 155.

1

Date: <u>August 23, 2019</u>    <u>*/s/ Robert O Lampl*</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS, LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| Movant, | Related to Doc. No. 155 |
| vs. | |
| **ELMHURST PROPERTIES, INC., ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOOD, INC., VISION FINANCIAL GROUP, INC., LED SOLUTIONS, PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE, THE OHIO DEPARTMENT OF TAXATION and THE INTERNAL REVENUE SERVICE,** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, hereby certifies that on the 23<u>rd</u> day of August, 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER 363(f) FILED AT Doc. No. 155** was served upon the following *(via electronic service, facsimile or First Class U.S. Mail):*

3

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: <u>August 23, 2019</u>      */s/ Robert O Lampl*
  ROBERT O LAMPL
  PA I.D. #19809
  JOHN P. LACHER
  PA I.D. #62297
  DAVID L. FUCHS
  PA I.D. #205694
  RYAN J. COONEY
  PA I.D. #319213
  SY O. LAMPL
  PA I.D. #324741
  Counsel for the Debtor
  223 Fourth Avenue, 4th Fl.
  Pittsburgh, PA 15222
  (412) 392-0330 (phone)
  (412) 392-0335 (facsimile)
  Email:  rlampl@lampllaw.com