IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| 5171 Campbells Land Co., Inc., | : | Bankruptcy No. 19-22715- CMB |
| | : | |
| Debtor(s). | : | |
| | : | Chapter 11 |
| 5171 Campbells Land Co., Inc., | : | |
| | : | |
| Movant(s), | : | |
| v. | : | Related to Doc. No. 158 |
| ELMHURST PROPERTIES, INC., | : | |
| ASCENTIUM CAPITAL, LLC, IEMFS, | : | |
| Ltd. d/b/a GSG FINANCIAL, HITACHI | : | |
| CAPITAL AMERICA CORP., TRI | : | |
| STATE EQUIPMENT CO., INC., | : | |
| WESBANCO BANK, INC., STORE | : | |
| CAPITAL ACQUISITIONS, LLC, | : | |
| STORE MASTER FUNDING XIII, LLC, | : | |
| US FOOD, INC., VISION FINANCIAL | : | |
| GROUP, INC., PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, THE | : | |
| NEW YORK DEPARTEMENT OF | : | |
| TAXATION, THE OHIO | : | |
| DEPARTMENT OF TAXATION AND | : | |
| THE INTERNAL REVENUE SERVICE | : | |
| | : | |
| Respondent(s). | : | |

### NOTICE AND ORDER SETTING EMERGENCY HEARING

*AND NOW*, this *23rd* day of *August, 2019,* NOTICE IS HEREBY GIVEN THAT an *EMERGENCY MOTION FOR SALE OF: (1) PERSONALTY; AND (2) DEBTOR'S INTEREST IN THAT CERTAIN LAND LEASE WITH ELMHURST PROPERTIES, INC. FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES* ("Motion") has been filed in the above-referenced case by Robert O. Lampl, Esquire, Counsel for Debtor.

On *August 29, 2019 at 11:00 A.M.*, an **EMERGENCY HEARING** has been scheduled in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.

1

*Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest on or before *August 28, 2019.*

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

If the Motion includes a request for an extension of time, the time is extended to the date of the hearing and may be extended further pending the outcome of the hearing.

Pursuant to the Undersigned Judge's procedures, in the event that the parties are able to resolve their dispute(s), any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by Overnight U.S. Mail **and** (1) facsimile **or** (2) email (separate from CM/ECF). In the alternative, service may be made by hand delivery. If hand delivery on any interested party is made, then that alone will be considered sufficient service on that party.

*Service shall be made on* the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee, counsel for any committee, and the 20 largest unsecured creditors.

*Service shall also be made by ordinary mail on the entire matrix.*

*Movant shall immediately* file a certificate of service indicating such service.

_____
Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
8/23/19 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: Robert O. Lampl, Esquire

2