5171 CAMPBELLS LAND CO., INC. OPERATING ACCOUNT

3518

---

**5171 CAMPBELLS LAND CO., INC.**
OPERATING ACCOUNT
6201 STEUBENVILLE PIKE
SUITE 100
MC KEES ROCKS, PA 15136

PNC BANK
8-9/430

3518

DATE 4/7/19

AMOUNT $4000.00

PAY TO THE ORDER OF: Elmhurst Regets Inc

AUTHORIZED SIGNATURE

⑆003518⑆ ⑈043000096⑈ 1069896014⑈

5171 CAMPBELLS LAND CO., INC. OPERATING ACCOUNT

3518

# EXHIBIT A

LMP98   M/P CHECK

**5171 CAMPBELLS LAND CO., INC.**
OPERATING ACCOUNT
6201 STEUBENVILLE PIKE
SUITE 100
MC KEES ROCKS, PA 15136

PNC BANK
8-9/430

3696

DATE 5/3/19

AMOUNT $4000.00

Four Thousand ——— 00/100

PAY TO THE ORDER OF: Elmhurst Properties Firm

AUTHORIZED SIGNATURE

⑆003696⑆ ⑈043000096⑈ 1069896014⑆

5171 CAMPBELLS LAND CO., INC. OPERATING ACCOUNT

3696


LMP98  M/P CHECK
104431

3744

5171 CAMPBELLS LAND CO., INC.
OPERATING ACCOUNT
6201 STEUBENVILLE PIKE
SUITE 100
MC KEES ROCKS, PA 15136

PNC BANK
8-9/430

3744

DATE 6/4/19

AMOUNT $4000.00

Four thousand 00/100

PAY TO THE ORDER OF: Elmhurst Properties Inc

"003744"  :043000096:  1069896014"

5171 CAMPBELLS LAND CO., INC. OPERATING ACCOUNT

3744

LMP98  M/P CHECK

104431