# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>5171 CAMPBELLS LAND CO., INC.,<br><br>Debtor. | Case No. 19-22715-CMB<br><br>Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC.,<br><br>Movant,<br><br>v.<br><br>ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOOD, INC., VISION FINANCIAL GROUP, INC. , PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION AND FINANCE, THE OHIO DEPARTMENT OF TAXATION and THE INTERNAL REVENUE SERVICE.<br><br>Respondents. | Related to Doc. No. 149 |

## LIMITED OBJECTION TO DEBTOR'S EXPEDITED MOTION
## FOR SALE OF PERSONALTY FREE AND CLEAR OF
## ALL LIENS, CLAIMS AND ENCUMBRANCES

AND NOW COMES Perkins & Marie Callender's, LLC ("PMC"), by and through its undersigned counsel, and files this *Limited Objection to Debtor's Expedited Motion for Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances* ("Limited Objection"), as follows:

1. On or about June 8, 2019 (the "Petition Date"), 5171 Campbells Land Co., Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101, et seq. (as amended, the "Bankruptcy Code").

2. On July 19, 2019, the Parties filed, and this Court approved, that certain Revised Stipulation and Consent Order (as amended by the First Amendments described in Paragraph 3 below, the "Stipulation," Doc. No. 72).

3. On August 1, 2019, the Parties filed, and this Court approved, Amendments to Revised Stipulation and Consent Order (the "First Amendments," Doc. No. 106).

4. On or about August 22, 2019, the Debtor filed an Expedited Motion for Sale of Personalty Free and Clear of all Liens, Claims and Encumbrances ("Sale Motion") [Doc. No. 149].

5. PMC continues to negotiate with the Debtor regarding terms under which the Committee will support the Motion. Those negotiations include additional amendments to the Stipulation necessitated by the terms of proposed sale and changes to the proposed order for approval of the Sale Motion.

6. Although it is hopeful that negotiations will be successful, PMC reserves the right to object to any of the terms of the proposed sale.

WHEREFORE, PMC respectfully requests that this Honorable Court enter an Order denying the Sale Motion if PMC's negotiations with the Debtor are not successful.

*[SIGNATURE ON NEXT PAGE]*

| | |
|---|---|
| Dated:  August 28, 2019 | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>*/s/ Joel M. Walker*<br>Joel M. Walker (PA I.D. No. 26515)<br>600 Grant Street, Suite 5010<br>Pittsburgh, PA 15219-2802<br>Phone (412) 497-1000<br>Fax (412) 497-1001<br>jmwalker@duanemorris.com<br><br>*Counsel for Perkins & Marie Callender's, LLC* |

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the within Limited Objection on all counsel of record via the Court's CM/ECF system, as listed below, on August 28, 2019.

Christopher J. Azzara on behalf of Creditor US Foods, Inc.
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com

James Bauerle on behalf of Creditor Vision Financial Group, Inc.
jbauerle@kwblegal.com

Robert S. Bernstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; rbernstein@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Kirk B. Burkley on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; kburkley@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Allison L. Carr on behalf of Creditor William T. Spaeder Co., Inc.
acarr@tuckerlaw.com, agilbert@tuckerlaw.com

Francis E. Corbett on behalf of Creditor Tri State Restaurant Equipment Company, Inc.
fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Donna M. Donaher on behalf of Creditor c/o Donna Donaher First National Bank of Pennsylvania
donaherd@fnb-corp.com

James F. Grenen on behalf of Creditor STORE Capital Acquisitions, LLC
jgrenen@grenenbirsic.com

James F. Grenen on behalf of Creditor STORE Master Funding XIII, LLC
jgrenen@grenenbirsic.com

David Andrew Haworth on behalf of Creditor STORE Capital Acquisitions, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com; ganzc@ballardspahr.com

David Andrew Haworth on behalf of Creditor STORE Master Funding XIII, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com;ganzc@ballardspahr.com

John Joseph Heurich, Jr. on behalf of Creditor L-Four, L.P.
jheurich@lynchlaw-group.com

John Joseph Heurich, Jr. on behalf of Creditor Ronald G Linaburg
jheurich@lynchlaw-group.com

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com

Joseph Edward Hudak on behalf of Interested Party MARC Group LLC
josephhudaklaw@gmail.com

Joseph Edward Hudak on behalf of Interested Party Peter Kaplan
josephhudaklaw@gmail.com

Ryan James on behalf of Creditor BurMac Commercial Roofing, Inc.
RXJ@galantertomosovich.com

Michael P. Kruszewski on behalf of Creditor Erie County Tax Claim Bureau
mkruszewski@quinnfirm.com, knottingham@quinnfirm.com; mboni@quinnfirm.com; quinnbankruptcy@gmail.com; mmbquinnbankruptcy@gmail.com; mtrayer@quinnfirm.com; gbebko@quinnfirm.com

Robert O Lampl on behalf of Debtor 5171 Campbells Land Co., Inc.
rol@lampllaw.com,  jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com; eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com; slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.com

Michael C. Mazack on behalf of Creditor L-Four, L.P.
mmazack@lynchlaw-group.com

Michael C. Mazack on behalf of Creditor Ronald G Linaburg
mmazack@lynchlaw-group.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor L-Four, L.P.
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Michael Paul Oliverio on behalf of Creditor Ronald G Linaburg
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

5

Donald L. Phillips on behalf of Attorney CLEVELAND BROTHERS EQUIPMENT CO INC
dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com

Aurelius P. Robleto on behalf of Creditor Elmhurst Properties, Inc.
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Melissa Lou Van Eck on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
mvaneck@attorneygeneral.gov

Samuel C. Wisotzkey on behalf of Creditor Reinhart Foodservice, L.L.C.
swisotzkey@kmksc.com, kmksc@kmksc.com

Paul R. Yagelski on behalf of Creditor Reinhart Foodservice, L.L.C.
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Jennifer Zap on behalf of Attorney Ohio Department of Taxation
jennifer.zap@ohioattorneygeneral.gov

Norma Hildenbrand, on behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

By: */s/ Joel M. Walker*