IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>5171 CAMPBELLS LAND CO., INC.,<br><br>Debtor. | Bankr. Case No. 19-22715-CMB<br><br>Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC.,<br><br>Movant,<br><br>v.<br><br>GERALD R. FRY CO., INC.; FIELD CLUB COMMONS ASSOCIATES, LLC; ASCENTIUM CAPITAL, LLC; IEMFS, LTD. d/b/a GSG FINANCIAL; HITACHI CAPITAL AMERICA CORP.; TRI STATE EQUIPMENT CO., INC.; WESBANCO BANK, INC.; STORE CAPITAL ACQUISITIONS, LLC; STORE MASTER FUNDING XIII, LLC; US FOODS, INC.; VISION FINANCIAL GROUP, INC.; PENNSYLVANIA DEPARTMENT OF REVENUE; THE NEW YORK DEPARTMENT OF TAXATION; THE OHIO DEPARTMENT OF TAXATION; AND THE INTERNAL REVENUE SERVICE,<br><br>Respondents. | Related to Doc. No. 153<br><br>Response Deadline:  August 28, 2019<br><br>Hearing Date:  August 29, 2019<br>Hearing Time:  11:00am |

**LIMITED RESPONSE OF WILLIAM T. SPAEDER CO., INC. TO
EMERGENCY MOTION FOR SALE OF: (1) PERSONALTY; AND
(2) DEBTOR'S INTERESTS IN LAND LEASES WITH GERALD R. FRY CO., INC.
AND FIELD CLUB COMMONS ASSOCIATES, LLC FREE AND CLEAR OF
<u>ALL LIENS, CLAIMS AND ENCUMBRANCES</u>**

William T. Spaeder Co., Inc. ("<u>Spaeder</u>"), by and through its undersigned attorneys, files

this Limited Response (the "<u>Response</u>") to the Emergency Motion for Sale of: (1) Personalty,

and (2) Debtor's Interests in Land Leases with Gerald R. Fry Co., Inc. and Field Club Commons

Associates, LLC Free and Clear of All Liens, Claims, and Encumbrances (the "Motion") filed by 5171 Campbells Land Co., Inc. (the "Debtor") and in support thereof states as follows:

1. On July 8, 2019 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court") at Bankruptcy Case No. 19-22715-CMB.

2. On August 22, 2019, the Debtor filed its Motion to sell all tangible personal property, machinery, equipment, tools, supplies, inventory, furniture and fixtures associated with its operations of its Greenville, PA and New Castle, PA restaurants (the "Personalty") along with its buildings located at 19 Greenville Plaza, Greenville, PA 16125 and 3334 Wilmington Road, New Castle, PA 16105 which the Debtor alleges to own subject to land leases with Gerald R. Fry Co., Inc. and Field Club Commons Associates, LLC (the "Land Leases").

3. Prior to the Petition Date, Spaeder completed repairs on various of the Debtors' locations and filed nine (9) Mechanics' Liens Claims in Pennsylvania, including one in the Court of Common Pleas of Mercer County filed on May 6, 2019 (the "Mechanics' Lien"), against the Debtor's building located at 19 Greenville Plaza, Greenville, Pennsylvania 16125 (the "Greenville Restaurant"). A true and correct copy of the Mechanics' Lien is attached hereto and incorporated herein as **Exhibit A**.

4. Spaeder does not object to the Motion and the sale of the Greenville Restaurant *per se* provided that Spaeder is paid at closing from the proceeds. Any sale order granting the Motion should be modified to protect the rights of Spaeder by providing that the Mechanics' Lien shall be paid in full at closing.

5. As of August 27, 2019, the total amount due and owing under the Mechanics' Lien is $729.65, including $711.15 for labor and materials, plus $18.50 for costs associated with filing the Mechanics' Lien.

WHEREFORE, William T. Spaeder Co., Inc. respectfully requests that this Honorable Court modify the Sale Order to reflect that $729.65 shall be paid to Spaeder in full at closing and grant Spaeder such other and further relief as is just and proper.

Dated:  August 28, 2019                              TUCKER ARENSBERG, P.C.

By: *Allison L. Carr*
Allison L. Carr, Esq.
PA ID No. 203815
acarr@tuckerlaw.com
1500 One PPG Place
Pittsburgh, PA 15222
T:  (412) 566-1212

*Attorneys for William T. Spaeder Co., Inc.*

# CERTIFICATE OF SERVICE

   I certify under penalty of perjury that I served the within Limited Objection on all counsel of record via the Court's CM/ECF system, as listed below, on August 28, 2019.

Christopher J. Azzara on behalf of Creditor US Foods, Inc.
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com

James Bauerle on behalf of Creditor Vision Financial Group, Inc.
jbauerle@kwblegal.com

Robert S. Bernstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; rbernstein@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Kirk B. Burkley on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; kburkley@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Francis E. Corbett on behalf of Creditor Tri State Restaurant Equipment Company, Inc.
fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Donna M. Donaher on behalf of Creditor c/o Donna Donaher First National Bank of Pennsylvania
donaherd@fnb-corp.com

James F. Grenen on behalf of Creditor STORE Capital Acquisitions, LLC
jgrenen@grenenbirsic.com

James F. Grenen on behalf of Creditor STORE Master Funding XIII, LLC
jgrenen@grenenbirsic.com

David Andrew Haworth on behalf of Creditor STORE Capital Acquisitions, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com; ganzc@ballardspahr.com

David Andrew Haworth on behalf of Creditor STORE Master Funding XIII, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com;ganzc@ballardspahr.com

John Joseph Heurich, Jr. on behalf of Creditor L-Four, L.P.
jheurich@lynchlaw-group.com


John Joseph Heurich, Jr. on behalf of Creditor Ronald G Linaburg
jheurich@lynchlaw-group.com

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com

Joseph Edward Hudak on behalf of Interested Party MARC Group LLC
josephhudaklaw@gmail.com

Joseph Edward Hudak on behalf of Interested Party Peter Kaplan
josephhudaklaw@gmail.com

Ryan James on behalf of Creditor BurMac Commercial Roofing, Inc.
RXJ@galantertomosovich.com

Michael P. Kruszewski on behalf of Creditor Erie County Tax Claim Bureau
mkruszewski@quinnfirm.com, knottingham@quinnfirm.com; mboni@quinnfirm.com; quinnbankruptcy@gmail.com; mmbquinnbankruptcy@gmail.com; mtrayer@quinnfirm.com; gbebko@quinnfirm.com

Robert O Lampl on behalf of Debtor 5171 Campbells Land Co., Inc.
rol@lampllaw.com, jschemm@lampllaw.com; jlacher@lampllaw.com; dfuchs@lampllaw.com; eslagle@lampllaw.com; neish51@gmail.com; jcooney@lampllaw.com; rcooney@lampllaw.com; slampl@lampllaw.com; RossLampl@lampllaw.com; rkunkel@lampllaw.com

Michael C. Mazack on behalf of Creditor L-Four, L.P.
mmazack@lynchlaw-group.com

Michael C. Mazack on behalf of Creditor Ronald G Linaburg
mmazack@lynchlaw-group.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor L-Four, L.P.
moliverio@lynchlaw-group.com  syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Michael Paul Oliverio on behalf of Creditor Ronald G Linaburg
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Donald L. Phillips on behalf of Attorney CLEVELAND BROTHERS EQUIPMENT CO INC
dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com

Aurelius P. Robleto on behalf of Creditor Elmhurst Properties, Inc.

apr@robletolaw.com, rmk@robletolaw.com, ecf_admin@robletolaw.com, apr@ecf.courtdrive.com

Melissa Lou Van Eck on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
mvaneck@attorneygeneral.gov

Joel M. Walker on behalf of Creditor Perkins & Marie Callender's, LLC
jmwalker@duanemorris.com, gdibello@duanemorris.com;AutoDocketPIT@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Reinhart Foodservice, L.L.C.
swisotzkey@kmksc.com, kmksc@kmksc.com

Paul R. Yagelski on behalf of Creditor Reinhart Foodservice, L.L.C.
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Jennifer Zap on behalf of Attorney Ohio Department of Taxation
jennifer.zap@ohioattorneygeneral.gov

Norma Hildenbrand, on behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

By: */s/ Allison L. Carr*