## PROCEEDING MEMO

Date: 08/29/2019 11:00 am

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 158

**Appearances:**

Movant(s): Robert O Lampl ✓  Cooney ✓

Respondents: ~~Michael DiGiacomo - BY PHONE~~; Samuel C. Wisotzkey - BY PHONE ✓; Robert S. Bernstein ✓; Joel M. Walker ✓; Christopher J. Azzara ✓; ~~Michael C. Mazack~~; Aurelius P. Robleto ✓

Creditor(s): Hudak ✓  Danielle ✓  Hildenbrand ✓  Nigurney ✓  Olivero ✓  Cordin ✓  Carr ✓  Ginz ✓

Nature of Proceeding: #158 EMERGENCY Motion For Sale of: (1) Personalty; and (2) Debtor's Interest in that Certain Land Lease With Elmhurst Properties, Inc. Free and Clear of All Liens, Claims and Encumbrances

Additional Pleadings: #170 Certificate of Service
  #183 Limited Objection by The Official Committee of Unsecured Creditors
  #188 Limited Objection by Perkins & Marie Callender's LLC
  #193 Limited Objection by Reinhardt Foodservice, L.L.C.
  #196 Limited Objection by U.S. Foods, Inc.
  #197 Exhibit A To Motion
  #203 Objection by L-Four, L.P. and Ronald G. Linaburg
  #205 Response of Elmhurst Properties, Inc.

**Judge's Notes:**

**Outcome:**

- Hearing held
- No higher or better offers
- Sale Order to be submitted. Court hearing on matter Sept 5 at 10:00.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED  Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED  Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____days
     Respondent(s) brief due _____days
     Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
8/29/19 5:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA