### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 5171 CAMPBELLS LAND CO., INC. | ) <br> ) Chapter 11 <br> ) Case No. 19-22715-CMB <br> ) Related to Doc. No. 72, 105, 206 <br> ) |
| Debtor. | |

### INTERIM CONSENT ORDER CONCERNING REVISED STIPULATION

AND NOW come 5171 Campbells Land Co., Inc. ("Debtor") and Perkins & Marie Callender's, LLC ("PMC" and together with Debtor, the "Parties"), by and through their counsel, and file this Interim Consent Order Concerning Revised Stipulation as follows:

### **BACKGROUND**

A.  On July 19, 2019, the Parties filed, and this Court approved, that certain Revised Stipulation and Consent Order (as amended by the First Amendments described in Paragraph 3 below, the "Stipulation," Doc. No. 72).

B.  The Stipulation provided, among other things, that any objections to the Stipulation were required to be filed by July 29, 2019. No objections were filed.

C.  On August 1, 2019, the Parties filed, and this Court approved, Amendments to Revised Stipulation and Consent Order (the "First Amendments," Doc. No. 105).

D.  Pursuant to the terms of the Stipulation, Debtor is permitted to operate certain restaurants as Perkins restaurants through August 31, 2019.

E.  Debtor has filed Emergency Motions to Sell the contents of certain of the restaurants which are the subject of the Stipulation (the "Sale Motions," Doc. Nos. 149, 151, 153 and 158).

F.  On August 29, 2019, Debtor and PMC filed Second Amendment to Revised Stipulation and Consent Order ("Second Amendment," Doc. No. 206) which, among other things, extends the temporary license to operate certain restaurants until September 6, 2019. The Second Amendment will become effective only if the Sale Motions at Doc. Nos. 151, 153 and 158 are approved.

G.  On August 29, 2019, a hearing on the Sale Motions and Second Amendment was held. That hearing will continue on September 5, 2019, at 10:00 a.m. EDT (the "Continued Hearing.")

H.  Because the extension of the temporary license will not be effective until the Sale Motions are approved, this Consent Order is necessary in order to extend the temporary license until the date of the Continued Hearing.

## ORDER

IT IS ORDERED, ADJUDGED and DECREED THAT:

1.  Pursuant to a temporary license, Debtor shall be entitled to operate the restaurants which it currently is operating as Perkins restaurants until September 5, 2019.

2.  Except for the extension of the temporary license to September 5, 2019, all other terms of the Stipulation shall remain in full force and effect.

SO ORDERED this _____ day of _____, 2019.

BY THE COURT

_____
Carlota Böhm
Chief Bankruptcy Judge

[SIGNATURES ON NEXT PAGE]

Consented to this 30th day of August, 2019.

| | |
|---|---|
| s/ Robert O. Lampl | s/ Joel M. Walker |
| Robert O. Lampl | Joel M. Walker |
| PA ID #19809 | PA ID #26515 |
| Ryan J. Cooney | Duane Morris LLP |
| PA ID #319213 | 600 Grant Street |
| 223 Fourth Ave., 4th Floor | Suite 5010 |
| Pittsburgh, PA  15222 | Pittsburgh, PA  15219 |
| Phone:  (412) 392-0330 | Phone:  (412) 497-1042 |
| Email:  rlampl@lampllaw.com | Email:  jmwalker@duanemorris.com |
| | |
| Attorneys for 5171 Campbells Land Co., Inc., Debtor | Attorneys for Perkins & Marie Callender's, LLC |

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the within Interim Consent Order Concerning Revised Stipulation on all counsel of record via the Court's CM/ECF system, as listed below, on August 30, 2019.

Christopher J. Azzara on behalf of Creditor US Foods, Inc.
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com

James Bauerle on behalf of Creditor Vision Financial Group, Inc.
jbauerle@kwblegal.com

Robert S. Bernstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; rbernstein@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Kirk B. Burkley on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com; cwirick@bernsteinlaw.com; kburkley@ecf.courtdrive.com; cwirick@ecf.courtdrive.com

Allison L. Carr on behalf of Creditor William T. Spaeder Co., Inc.
acarr@tuckerlaw.com, agilbert@tuckerlaw.com

Francis E. Corbett on behalf of Creditor Tri State Restaurant Equipment Company, Inc.
fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Donna M. Donaher on behalf of Creditor c/o Donna Donaher First National Bank of Pennsylvania
donaherd@fnb-corp.com

James F. Grenen on behalf of Creditor STORE Capital Acquisitions, LLC
jgrenen@grenenbirsic.com

James F. Grenen on behalf of Creditor STORE Master Funding XIII, LLC
jgrenen@grenenbirsic.com

David Andrew Haworth on behalf of Creditor STORE Capital Acquisitions, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com; ganzc@ballardspahr.com

David Andrew Haworth on behalf of Creditor STORE Master Funding XIII, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com;ganzc@ballardspahr.com

John Joseph Heurich, Jr. on behalf of Creditor L-Four, L.P.
jheurich@lynchlaw-group.com

John Joseph Heurich, Jr. on behalf of Creditor Ronald G Linaburg
jheurich@lynchlaw-group.com

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com

Joseph Edward Hudak on behalf of Interested Party MARC Group LLC
josephhudaklaw@gmail.com

Joseph Edward Hudak on behalf of Interested Party Peter Kaplan
josephhudaklaw@gmail.com

Ryan James on behalf of Creditor BurMac Commercial Roofing, Inc.
RXJ@galantertomosovich.com

Michael P. Kruszewski on behalf of Creditor Erie County Tax Claim Bureau
mkruszewski@quinnfirm.com, knottingham@quinnfirm.com; mboni@quinnfirm.com; quinnbankruptcy@gmail.com; mmbquinnbankruptcy@gmail.com; mtrayer@quinnfirm.com; gbebko@quinnfirm.com

Robert O Lampl on behalf of Debtor 5171 Campbells Land Co., Inc.
rol@lampllaw.com,  jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.com

Michael C. Mazack on behalf of Creditor L-Four, L.P.
mmazack@lynchlaw-group.com

Michael C. Mazack on behalf of Creditor Ronald G Linaburg
mmazack@lynchlaw-group.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor L-Four, L.P.
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Michael Paul Oliverio on behalf of Creditor Ronald G Linaburg
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

2

DM3\6046959.1

Donald L. Phillips on behalf of Attorney CLEVELAND BROTHERS EQUIPMENT CO INC
dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com

Aurelius P. Robleto on behalf of Creditor Elmhurst Properties, Inc.
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Melissa Lou Van Eck on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
mvaneck@attorneygeneral.gov

Samuel C. Wisotzkey on behalf of Creditor Reinhart Foodservice, L.L.C.
swisotzkey@kmksc.com, kmksc@kmksc.com

Paul R. Yagelski on behalf of Creditor Reinhart Foodservice, L.L.C.
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Jennifer Zap on behalf of Attorney Ohio Department of Taxation
jennifer.zap@ohioattorneygeneral.gov

Norma Hildenbrand, on behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

By: /s/ Joel M. Walker