# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS, LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. No. 153 |
| vs. | |
| GERALD R. FRY CO., INC., FIELD CLUB COMMONS ASSOCIATES, LLC, ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOODS, INC., VISION FINANCIAL GROUP, INC., PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION, THE OHIO DEPARTMENT OF TAXATION, AND THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

**CERTIFICATION OF COUNSEL FOR ORDER OF COURT (A) APPROVING SALE OF PERSONALTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF DEBTOR'S LAND LEASES WITH GERALD R. FRY CO., INC. AND FIELD CLUB COMMONS ASSOCIATES, LLC**

The undersigned counsel hereby certifies that an Order of Court (A) Approving Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances; and (B) Approving Assumption and Assignment of Debtor's Land Leases with Gerald R. Fry Co., Inc. and Field Club Commons Associates, LLC was agreed to by the Parties who

filed Responses or Objections to the Proposed sale with the exception of Marc Group, LLC, whose objection has been overruled and Reinhart Food Service, LLC, which expects to be able to consent prior to the hearing.

    [X] An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel as **Exhibit A** and **Exhibit B** respectively.

                        Respectfully Submitted,

Date: September 4, 2019                */s/ Robert O Lampl*
                                                      ROBERT O LAMPL
                                                      PA I.D. #19809
                                                      JOHN P. LACHER
                                                      PA I.D. #62297
                                                      DAVID L. FUCHS
                                                      PA I.D. #205694
                                                      RYAN J. COONEY
                                                      PA I.D. #319213
                                                      SY O. LAMPL
                                                      PA I.D. #324741
                                                      Counsel for the Debtor
                                                      223 Fourth Avenue, 4th Fl.
                                                      Pittsburgh, PA  15222
                                                      (412) 392-0330 (phone)
                                                      (412) 392-0335 (facsimile)
                                                      Email:  rlampl@lampllaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS, LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor,** | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| **Movant,** | Related to Doc. No. 153 |
| vs. | |
| GERALD R. FRY CO., INC., FIELD CLUB COMMONS ASSOCIATES, LLC, ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOODS, INC., VISION FINANCIAL GROUP, INC., PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION, THE OHIO DEPARTMENT OF TAXATION, AND THE INTERNAL REVENUE SERVICE, | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 4<u>th</u> day of September, 2019, a true and correct copy of the foregoing **CERTIFICATION OF COUNSEL FOR ORDER OF COURT (A) APPROVING SALE OF PERSONALTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF DEBTOR'S LAND LEASES WITH GERALD R. FRY CO., INC.**

**AND FIELD CLUB COMMONS ASSOCIATES, LLC** was served upon the following *(via electronic service):*

Norma Hildenbrand
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Date:  <u>September 4, 2019</u>                              */s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com