# PROCEEDING MEMO

Date: 09/05/2019 10:00 am

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 153

Appearances: Jack Teitz (via telephone) ✓
Movant(s): Robert O Lampl; Ryan J. Cooney
Respondents: Samuel C. Wisotzkey (via telephone); ~~Robert S. Bernstein~~; Joel M. Walker; ~~Christopher J. Azzara~~; Joseph E. Hudak; ~~James Bauerle~~; ~~Norma Hildenbrand~~; John Nagurney (via telephone); ~~Michael Paul Oliverio~~; Aurelius P. Robleto; Paul Cordaro - BY PHONE; Craig Solomon Ganz (via telephone); ~~Allison L. Carr~~, GRETCHEN MOORE; KEILA ESTEVEZ; JOHN HENRICH
Creditor(s):

Nature of Proceeding: #153 EMERGENCY Motion For Sale of: (1) Personalty; and (2) Debtor's Interest in Land Leases With Gerald F. Fry Co., Inc. and Field Club Commons Associates, LLC Free and Clear of All Liens, Claims and Encumbrances

Additional Pleadings:  #169 Certificate of Service
#182 Limited Objection by The Official Committee of Unsecured Creditors
#187 Limited Objection by Perkins & Marie Callender's LLC
#192 Limited Objection by Reinhart Foodservice, L.L.C.
#194 Response by Wm. T. Spaeder Co. Inc.
#196 Limited Objection by US Foods, Inc.
#202 Objection by L-Four, L.P. and Ronald G. Linaburg
#204 Omnibus Response and Reservation of Rights by STORE Capital Acquisitions, LLC and STORE Master Funding XIII, LLC

Judge's Notes: #228 Certification of Counsel
Outcome:

✓ Motion is GRANTED   ✓ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED    Order entered
____ Reschedule for Proper Service
____ Case DISMISSED    Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed: Movant(s) brief due ____ days
Respondent(s) brief due ____ days
Trustee's brief due ____ days

FILED
9/5/19 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge