# PROCEEDING MEMO

Date: 09/05/2019 10:00 am

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 158

Appearances: Jack Teitz (via telephone) ✓
Movant(s): Robert O Lampl; Ryan J. Cooney ✓
Respondents: Samuel C. Wisotzkey (via telephone); ~~Robert S. Bernstein;~~ Joel M. Walker ✓; ~~Christopher J. Azzara;~~ Aurelius P. Robleto ✓; ~~Joseph E. Hudak;~~ ~~James Bauerle;~~ ~~Norma Hildenbrand;~~ John Nagurney (via telephone) ✓; ~~Michael Paul Oliverio;~~ Paul Cordaro - BY PHONE ✓; ~~Alison L. Carr;~~ Craig Solomon Ganz (via telephone) ✓; Keila Estevez; Gretchen Moore;
Creditor(s): John Henrich ✓
Nature of Proceeding: #158 EMERGENCY Motion For Sale of: (1) Personalty; and (2) Debtor's Interest in that Certain Land Lease With Elmhurst Properties, Inc. Free and Clear of All Liens, Claims and Encumbrances

Additional Pleadings: #170 Certificate of Service
#183 Limited Objection by The Official Committee of Unsecured Creditors
#188 Limited Objection by Perkins & Marie Callender's LLC
#193 Limited Objection by Reinhardt Foodservice, L.L.C.
#196 Limited Objection by U.S. Foods, Inc.
#197 Exhibit A To Motion
#203 Objection by L-Four, L.P. and Ronald G. Linaburg
#205 Response of Elmhurst Properties, Inc.

Judge's Notes: #227 Certification of Counsel
Outcome:
____✓____ Motion is GRANTED ___✓___ Order entered *amended*
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:    _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                                 Respondent(s) brief due _____ days
                                 Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/5/19 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA