# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-22715-CMB |
| 5171 Campbells Land Co., Inc., | |
| Debtor. | Chapter 11 |
| | Related to Dkt. No. 198 |

**ORDER GRANTING EXPEDITED JOINT MOTION OF DEBTOR, STORE CAPITAL ACQUISITIONS, LLC, and STORE MASTER FUNDING XIII, LLLC. FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) and 363, BANKRUPTCY RULE 9019 <u>AUTHORIZING SETTLEMENT</u>**

The Court, having reviewed and considered Expedited Joint Motion for an Order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for approval of the Settlement Agreement as more fully set forth in the Motion; and Debtor having appeared by and through its counsel, Robert O. Lampl Law Office, and all other appearances having been noted on the record; the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Federal Rule of Civil Procedure 52, as made applicable by Bankruptcy Rule 9014; and it appearing that the relief requested is warranted on the grounds, among others, that the Settlement Agreement: (a) was negotiated in good faith and is fair and equitable, (b) contemplates an immediate resolution of all disputes between the Parties on terms favorable to the Debtor and its estate; (c) avoids litigation which could prove to be protracted and expensive; and (d) is in the best interests of the Debtor, the estate and creditors because it resolves issues between the Parties without the incurrence of additional expense and provides the Debtor with the means to effectuate sales of its property; after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that:

1. The Settlement Agreement is approved;

2. The Debtor is authorized to take all actions contemplated by the Settlement Agreement, subject in all respects to the applicable conditions precedent provided for in the Settlement Agreement;

3. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

This Order shall be effective immediately.

Dated: September 5, 2019

Carlota M. Böhm
Chief U.S. Bankruptcy Court Judge

FILED
9/5/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA