# PROCEEDING MEMO

Date: 09/05/2019 10:00 am

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 206

Appearances: Jack Teitz (via telephone), Samuel C. Wisotzkey (via telephone), ~~Robert S. Bernstein~~, ~~Christopher J. Azzara~~, ~~Joseph E. Hudak~~, ~~James Bauerle~~, ~~Norma Hildenbrand~~, John Nagurney (via telephone), ~~Michael Paul Oliverio~~, Aurelius P. Robleto, Paul Cordaro (via telephone), Craig Solomon Ganz (via telephone), ~~Allison L. Carr~~
Movant(s): Joel M. Walker, Estevez
Respondents: Robert L. Lampl, Ryan J. Cooney
Creditor(s): John Henrich, Gretchen Moore

Nature of Proceeding: #206 Second Amendment To Revised Stipulation and Consent Order

Additional Pleadings: #72 Revised Stipulation and Consent Order Signed 07/19/2019
    #106 Amendments To Revised Stipulation and Consent Order Signed 08/01/2019
    #216 Proposed Order - Interim Consent Order Concerning Revision Stipulation
    #218 Interim Consent Order Concerning Revised Stipulation Signed 08/30/2019

Judge's Notes:

Outcome:
__✓__ Motion is GRANTED    __✓__ Order entered
_____ Motion is DENIED_____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                Respondent(s) brief due _____days
                Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/5/19 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA