# PROCEEDING MEMO

**Date: 09/05/2019 10:00 am**

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 - NOT A SMALL BUSINESS
Doc. # 130

**Appearances: Jack Teitz (via telephone)**

**Movant(s): Aurelius P. Robleto**

**Respondents: Robert O. Lampl;  ~~Michael DiGiacomo~~;  Samuel C. Wisotzkey (via telephone);  Ryan J. Cooney;  ~~Joseph E. Hudak~~; Joel M. Walker;  ~~James Bauerle~~;  ~~Norma Hildenbrand~~;  Craig Solomon Ganz (via telephone);  John Nagurney (via telephone);  ~~Michael Paul Oliverio~~;  ~~Robert S. Bernstein~~;  Paul Cordaro (via telephone); ~~Alison L. Carr~~;  ~~Christopher J. Azzara~~**
KELLA ESTEVEZ;  GRETCHEN MOORE;  JOHN HENRICH
**Creditor(s):**

**Nature of Proceeding: RESCHEDULED Hearing Re: #130 Motion For Relief From The Automatic Stay, Pursuant To 11 U.S.C. Section 362(d)**

**Additional Pleadings: #172 Response by Debtor; #174 Emergency Motion to Rescheduled Hearing; #175 Order Signed 08/26/2019 Granting #174; #176 Certificate of Service**

**Judge's Notes:**

**Outcome:**

Court waiting
for Consent
Order to be
Submitted today

_____ Motion is GRANTED  _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED      Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:      Movant(s) brief due _____days
                     Respondent's brief due _____days
                     Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/5/19 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA