## PROCEEDING MEMO

Date: 09/05/2019 10:00 am

Bankruptcy No. 19-22715 CMB
Ch. 11 (Not Small Business)

Appearances: Jack Teitz (via telephone) ✓     Doc. #149

Movant(s): Robert O Lampl; ✓ Ryan J. Cooney ✓
Respondents: ~~Michael DiGiacomo~~; Samuel C. Wisotzkey (via telephone); ✓ ~~Joseph E. Hudak;~~ ~~Robert S. Bernstein;~~ Joel M. Walker; ✓ ~~Christopher J. Azzaro~~; ~~James Bauerle;~~ ~~Norma Hildenbrand;~~ John Nagurney (via telephone); ✓ ~~Michael Paul Oliverio;~~ Aurelius P. Robleto; ✓ Paul Cordaro - BY PHONE; ✓ ~~Alison L. Carr;~~ Craig Solomon Ganz (via telephone) Entered ✓
Creditor(s): Gretchen Moore ; John Henrich
Nature of Proceeding: #149 EMERGENCY Motion For Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances

Additional Pleadings:  #167 Certificate of Service
#177 Objection To Emergency Hearing Date by Marc Group, LLC
#178 Objection by Marc Group, LLC
#180 Limited Objection by The Official Committee of Unsecured Creditors
#185 Limited Objection by Perkins & Marie Callender's, LLC
#190 Limited Objection by Reinhart Foodservice, L.L.C.
#196 Limited Objection by US Foods, Inc.
#200 Objection by L-Four, L.P. and Ronald G. Linaburg
#204 Omnibus Response and Reservation of Rights by STORE Capital Acquisitions, LLC and STORE Master XIII, LLC

Judge's Notes:

Outcome:    Phoenix purchasing this store.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED_____ Order entered
___✓__ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:    _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                Respondent(s) brief due _____days
                Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/5/19 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA