# PROCEEDING MEMO

**Date:** 09/13/2019 10:00 am

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 11, 16

**Appearances:** Jack Teitz

**Movant(s):** Ryan J. Cooney

**Respondents:** Norma Hildenbrand

**Creditor(s):** Joel M. Walker, Michael P. Oliverio, Keila Estevez

**Nature of Proceeding:** Status Conference on #11 Application for Approval of Attorneys; AND #16 Application for Approval of Compass Advisory Partners, LLC as Chief Restructuring Officer Nunc Pro Tunc as of July 8, 2019

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**

- Parties to hold maximum 3 hours meeting by September 27; preferably by September 23.
- By September 30, Attorney Cooney to file status report regarding the meeting.
- Continued status conference on these matters on October 4, 2019, at 10:00am.
- Despite Objection (Doc. No. 82) to Application for Approval of Attorneys, Attorney Hudak did not appear.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED          Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED          Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

FILED
9/13/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge