# PROCEEDING MEMO

Date: 09/19/2019 02:00 pm

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 259

Appearances: ~~Norma Hildenbrand~~, John Nagurney, ~~Paul Cordaro~~, Jack Teitz ✓

Movant(s): ~~Robert O Lampl~~, Ryan J. Cooney ✓  O Luverio, Estevez ✓

Respondents:

Creditor(s): ~~Joel M. Walker, James Bauerle, Michael P. Oliverio, Aurelius P. Robleto, Robert S. Bernstein, Keila Estevez, Craig S. Ganz, Michael DiGiacomo (via telephone)~~, Samuel C. Wisotzkey (via telephone), ~~Allison L. Carr, Christopher J. Azzara~~

Nature of Proceeding: #259 Emergency Motion for Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances

Additional Pleadings: Certificate of Service

Judge's Notes:   — No Objection
— No higher bid
Outcome:   Sale Confirmed —

____✓__ Motion is GRANTED  ___✓___ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED       Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/19/19 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA