FILED
9/19/19 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| 5171 CAMPBELLS LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. Nos. 16, 98 & 267 |
| vs. | |
| NO RESPONDENT. | Hearing Date and Time: October 4, 2019 at 10:00 AM |

## ORDER OF COURT *

It is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Application for Approval of Compass Advisory Partners, LLC ("Compass") as Chief Restructuring Officer filed at Doc. No. 16 is hereby withdrawn.

2. Compass shall have an allowed 503(b)(1)(A) Administrative Expense Claim in the amount of $155,057.50, which reflects the amount owed to Compass by the Debtor for services rendered through September 13, 2019.

3. Compass is hereby authorized to immediately offset its allowed 503(b)(1)(A) Administrative Expense Claim from the retainer it received under its July 5, 2019 Letter Agreement with the Debtor and any funds that have been escrowed for Compass' benefit as set forth the in Orders of Court filed at Doc. Nos. 234, 235 and 244.

4. Nothing contained herein shall prevent Compass from asserting an additional claim under 503(b)(1)(A) for services rendered after September 13, 2019.

DATE: 9/19/19

Carlota M. Böhm
Chief United States Bankruptcy Judge

\* Any party-in-interest may file a written objection(s) to the entry of this order on or before October 3, 2019. If any objection(s) is filed on or before October 3, 2019, a hearing will be set. If no objection(s) is filed on or before October 3, 2019, the order shall become final effective October 4, 2019. Movant shall immediately serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

THE HEARING SCHEDULED FOR OCTOBER 4, 2019 IS CANCELLED.