IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. Nos. 11, 99 & 267 |
| vs. | Hearing Date and Time: |
| NO RESPONDENT. | October 4, 2019 at 10:00 AM |

### ORDER OF COURT

It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. $20,000.00 of the $75,000.00 pre-petition payment that Robert O Lampl ("Lampl") received from the Debtor on July 8, 2019, is deemed a preference under 11 U.S.C. § 547 (the "Preference Payment").

2. Within three (3) business days of ~~the entry~~ becoming final of this Order, Lampl shall refund the Preference Payment to the Debtor by delivering $20,000.00 to Counsel for the Official Committee of Unsecured Creditors to be held in escrow pending further order of court for the benefit of the Committee's professionals to fulfill its statutory duties, including funding an investigation of the Debtor's financial affairs.

3. Lampl is granted a release from all claims under Chapter 5 of the Bankruptcy Code that could be brought by the Debtor's estate or any other party with standing to bring claims under Chapter 5 of the Bankruptcy Code including without limitation, the Official Committee of Unsecured Creditors, any Chapter 11 trustee and any Chapter 7 trustee. Lampl agrees to support and assist with the confirmation of the Plan which shall be prepared and filed pursuant to previous orders entered in this case.

4. This Order shall not constitute or be construed as a release of any party other than Lampl.

5. The *Application for Approval of Attorneys* (Doc. No. 11) remains on the calendar as previously scheduled for hearing on October 4, 2019.

DATE: 9/19/19

Carlota M. Böhm
Chief United States Bankruptcy Judge

* Any party-in-interest may file a written objection(s) to the entry of this order on or before October 3, 2019. If any objection(s) is filed on or before October 3, 2019, a hearing will be set. If no objection(s) is filed on or before October 3, 2019, the order shall become final effective October 4, 2019. <u>Movant</u> shall immediately serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

FILED
9/19/19 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA