IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS LAND CO., INC. | Bankruptcy No. 19-22715-CMB |
| Debtor | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC. | Document No. |
| Movant, vs. | Related to Doc. No. 16, 98, 267, 275 |
| NO RESPONDENT. | Hearing Date and Time: October 4, 2019 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, hereby certify, that on the 20th day of September, 2019, a true and correct copy of the **ORDER OF COURT** (Doc. No. 275) was served upon the following *(via First-Class U.S. Mail)*:

SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX

Date: September 20, 2019                    /s/ Robert O Lampl
                                                                      ROBERT O LAMPL
                                                                      PA I.D. #19809
                                                                      JOHN P. LACHER
                                                                       PA I.D. #62297
                                                                       DAVID L. FUCHS
                                                                       PA I.D. #205694
                                                                       RYAN J. COONEY
                                                                       PA I.D. #319213
                                                                       SY O. LAMPL
                                                                       PA I.D. #324741
                                                                       Counsel for the Debtor
                                                                       223 Fourth Ave., 4th Fl.
                                                                       Pittsburgh, PA 15222
                                                                       (412) 392-0330 (phone)
                                                                       (412) 392-0335 (facsimile)
                                                                       Email: rlampl@lampllaw.com

Label Matrix for local noticing
0315-2
Case 19-22715-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Sep 20 09:04:18 EDT 2019

3D Acquisitions LP
1520 Gilmore Drive
Clairton, PA 15025-2706

5171 Campbells Land Co.
231 Chestnut St.
Meadville, PA 16335-3457

5171 Campbells Land Co., Inc.
18276 Conneaut Lake Road
Meadville, PA 16335-3758

8070
c/o New York State Dept. of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

A.J. Demor & Sons
2150 Eldo Rd.
Monroeville, PA 15146-1406

AIS Comm Parts
1005 Parkway View Dr.
Pittsburgh, PA 15205-1424

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

Access Point
P.O. Box 382828
Pittsburgh, PA 15251-8828

Ace Contractor Center
10944 Perry Hwy.
Rt. 19 So
Meadville, PA 16335-6553

Affiliated Grounds Maint.
5148 Peach Street, Ste, 311
Erie, PA 16509-2475

Affiliated Grounds Maintenance Group, Inc.
c/o Crystal Arlington/Richard Arlington
1600 Maple Ave.
Lake City, PA 16423-1238

Al Farnham Maintenance LLC
1738 Cottage St.
Ashland, OH 44805-1236

All Pro Landscaping
P.O. Box 360762
Strongsville, OH 44136-0013

Allen Flag & Flagpole
P.O. Box 6254
Cape Elizabeth, ME 04107-0054

AmTrust North America, Inc. on behalf of
Technology Insurance Company, Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

AmTrust North America, Inc. on behalf of Tec
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Amanda Bittinger
2078 Township Rd. 1095
Ashland, OH 44805-9484

American Choice Apparel
618 Anderson Drive
Romeoville, IL 60446-1288

American Electric Power
P.O. Box 371496
Pittsburgh, PA 15250-7496

Amtrust North America
P.O. Box 6939
Cleveland, OH 44101-1939

Aqua Ohio
762 W. Lancaster Ave.
Bryn Mawr, PA 19010-3402

Aqua Ohio Inc.
P.O. Box 1229
Newark, NJ 07101-1229

Argonaut Insurance Company
P.O. Box 469013
San Antonio, TX 78246-9013

Armstrong
P.O. Box 37749
Philadelphia, PA 19101-5049

Ascentium Capital, LLC
23970 Hwy 59 N
Kingwood, TX 77339-1535

Ascentium Capital, LLC
23970 Hwy. 59N
Kingwood, TX 77339-1535

Ashland Area C of C
211 Claremont Ave.
Ashland, OH 44805-3004

Ashland Comfort Control Inc.
805 East Main Street
Ashland, OH 44805-2620

Ashland County Income Tax
Ashland Income Tax
218 Luther Street
Ashland, OH 44805-3128

Ashtabula Co Treasurer
25 West Jefferson St.
Jefferson, OH 44047-1092

Christopher J. Azzara
Strassburger McKenna Gutnick & Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222-1208

B. E. Stahlman - Tax Collector
14932 Route 68
Sligo, PA 16255-2334

B.Y. Lawncare
P.O. Box 1943
Cranberry Twp, PA 16066-0943

Bainbridge LP
10245 Nancy Drive
Meadville, PA 16335-6325

Barone Murth Shonber
4701 Baptist Road
Pittsburgh, PA 15227-1117

Basically Blinds
2790 Dry Valley Rd.
Lewistown, PA 17044-7120

James Bauerle
Keevican Weiss & Bauerle
1001 Liberty Avenue, 11th Floor
Pittsburgh, PA 15222-3714

Berkheimer
P.O. Box 25132
Lehigh Valley, PA 18002-5132

Berkheimer, Agent for Cranberry twp
50 North Seventh Street
Bangor, PA 18013-1731

Berkheimer-Foster Twp LST/Dawn Bobcock
1185 Est Main Street
Bradford, PA 16701

Berkheimer-Harborcreek Twp LST
LST Collector Shelley Hull
5601 Buffalo Rd.
Harborcreek, PA 16421-1625

Robert S. Bernstein
Bernstein-Burkley, P.C.
2200 Gulf Tower
Pittsburgh, PA 15219

Borough of Edinboro
124 Meadville Street
Edinboro, PA 16412-2502

Borough of Grove City
123 W. Main St.
Grove City, PA 16127-1221

Borough of Indiana Util.
80 N. 8th St., Ste 102
Indiana, PA 15701-1738

Kirk B. Burkley
Bernstein-Burkley, P.C.
2200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1945

Burmac Commercial Roofing
322 North Street
Springdale, PA 15144-1233

Burrier Service Co.
P.O. Box 661
Mentor, OH 44061-0661

CLEVELAND BROTHERS EQUIPMENT CO INC
DONALD L PHILLIPS P.C.
900 PARISH STREET
FLOOR 4
PITTSBURGH, PA 15220-3425

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

Canfield City Income Tax
City of Canfield
104 Lisbon Street
Canfield, OH 44406-1464

Carbons Golden Malted
P.O. Box 129
Concordville, PA 19331-0128

Careworkscomp
P.O. Box 8101
Dublin, OH 43016-2101

Allison L. Carr
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Case Sabatini
470 Streets Run Road
Pittsburgh, PA 15236-2026

Casella Waste Service 60
P.O. Box 1372
Williston, VT 05495-1372

Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

Cintas
PO Box 630910
Cincinnati, OH 45263-0910

City Meadville Treasurer
City Hall
894 Diamond Park
Meadville, PA 16335-2603

City Treasurer-Meadville
City Hall
894 Diamond Park
Meadville, PA 16335-2603

City of Ashtabula Waste Water
P.O. Box 2210
Ashtabula, OH 44005-2210

City of Bradford Treasurer
P.O. Box 15
Bradford, PA 16701-0015

City of Canfield
104 Lisbon St.
Canfield, OH 44406-1464

City of Canfield Utility Dept.
104 Lisbon St.
Canfield, OH 44406-1416

City of Cleveland Div. of Water
P.O. Box 94540
Cleveland, OH 44101-4540

City of Corry - Rot Lst
100 S. Center St.
Corry, PA 16407-1923

City of Corry Water
100 S. Center St.
Corry, PA 16407-1993

City of Erie Treasurer
P.O. Box 1534
Hermitage, PA 16148-0534

City of Hermitage
800 N. Hermitage Rd.
Hermitage, PA 16148-3220

City of Hermitage Sewer
P. O. Box 6078
Hermitage, PA 16148-1078

City of Olean
P.O. Box 31
Warsaw, NY 14569-0031

City of Olean Water/Sewer
P.O. Box 668
Olean, NY 14760-0668

City of Titusville Treasurer
107 N Franklin St.
Titusville, PA 16354-1734

City of Warren, Util. Serv.
580 Laird Ave., S.E.
Warren, OH 44484-4231

Clarion Co. Tax Claim Bureau
330 Main St., Room 101
Clarion, PA 16214-1073

Clarion County Tax Claim Bureau
330 Main St., Room 101
Clarion, PA 16214-1073

Clark Electric Inc.
53 South 4th Ave.
Clarion, PA 16214-1380

Clearpoint IT Management
3001 Waterdam Plaza
Suite 280
Canonsburg, PA 15317-5415

Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063-2940

Coca Cola N. Amer.
P.O. Box 102703
Atlanta, GA 30368-2703

(p)COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

Commonwealth of PA
Dept. of Agriculture
3201 N. Cameron St.
Harrisburg, PA 17110

Conneaut City Income Tax
Conneaut Income Tax Department
294 Main Street
Conneaut, OH 44030-2650

Conneaut Income tax Department
294 Main Street
Conneaut, OH 44030-2650

Conneaut Water & Sewer Dept.
294 Main St. - City Hall Bldg.
Conneaut, OH 44030-2638

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166-6523

Francis E. Corbett
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA 15219-2124

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018-1908

(p)CRANBERRY TOWNSHIP SEWER & WATER
ATTN CINDY KOSS
2525 ROCHESTER ROAD SUITE 400
CRANBERRY TOWNSHIP PA 16066-6499

Crawford Co. Tax Claim Bureau
903 Diamond Square
Meadville, PA 16335-2694

Crawford County Treasurer
Courthouse, 903 Diamond Park
Meadville, PA 16335-2694

Curt Hall
649 County Road 1802
Ashland, OH 44805-9386

Dalton's San-Ser
140 Norwood Dr.
Beaver Falls, PA 15010-5701

Dan Buxton Roofing
5020 Southway St., S.W.
Canton, OH 44706-1959

Daniel Sayers
2141 S. Manor Drive
Erie, PA 16505-4703

Darling Int Inc.
P.O. Box 552210
Detroit, MI 48255-2210

Datatek Services Inc.
P.O. Box 918
Oak Forest, IL 60452-0918

Dawn Pavlik
231 Chestnut St. - #302
Meadville, PA 16335-3457

Daymark
12836 South Dixie Hwy.
Bowling Green, OH 43402-9697

Michael DiGiacomo
Ballard Spahr, LLP
1 E. Washington Street
Suite 2300
Phoenix, AZ 85004-2555

Doctor Dead-Bug Inc.
225 6th St.
Ellwood City, PA 16117-8523

Dollar Bank
Three Gateway Center
Pittsburgh, PA 15222

Dominion Energy Ohio
P.O. Box 26785
Richmond, VA 23261-6785

(c)DONNA M. DONAHER
FIRST NATIONAL BANK
12TH FEDERAL STREET
1 N SHORE CTR STE 503
PITTSBURGH PA  15212-5837

Edison Landscape & Deck Lighting LLC
9883 South Avenue
Poland, OH 44514-3482

Edward Peters
1717 N. Bayshore Dr., #2637
Miami, FL 33132-1162

Ehrlich
c/o Joseph Kraynak
1125 Berkshire Blvd., Ste. 150
Wyomissing, PA 19610-1218

Elmhurst Prop Inc.
2170 Millennium Blvd., Suite K
Cortland, OH 44410-9191

Elmhurst Properties, Inc.
2170 Millennium Blvd.
Suite K
Cortland, OH 44410-9191

Enviro Master of Pittsburgh
PO Box 12350
Charlotte, NC 28220-2350

Erie County Tax Claim Bureau
Erie County Courthouse
140 West 6th Street
Erie, PA 16501-1011

Erie County Tax Claim Bureau
140 West 6th Street, Rm. 110
Erie, PA 16501-1073

Erie Water Works
P.O. Box 4170
Woburn, MA 01888-4170

Field Club Commons
Rosecroft Center LLC
20950 Maple Heights
Maple Heights, OH 44137

Field Club Commons Associates, LLC
243 Boardman-Canfield Road
Youngstown, OH 44512-4806

Fine Print
287 Chestnut St.
Meadville, PA 16335-3266

First National Bank
Attn: Legal Dept.
3015 Glimcher Blvd.
Hermitage, PA 16148-3343

First National Bank of Pennsylvania
c/o Donna M. Donaher
100 Federal Street
4th Floor
Pittsburgh, PA 15212-5708

c/o Donna Donaher First National Bank of Pen
100 Federal street
4th Floor
Pittsburgh, PA 15212-5708

Foster Twp. Sewer Fund
1185 East Main St.
Bradford, PA 16701-3220

Foulk's Flooring America
15627 Conneaut Lake Rd.
Meadville, PA 16335-4724

Foundation Building Materials
6872 Paysphere Circle
Chicago, IL 60674-6872

Francis J. Kane
742 Mink Ave, PMB 1
Murrells Inlet, SC 29576-6300

Franklin Machine Products LLC
P.O. Box 74007311
Chicago, IL 60674-7311

Frantz & Russell Inc.
1428 Foote Ave Ext.
Jamestown, NY 14701-9382

GSG Financial
7808 Greekridge Circle, Suite 250
Minneapolis, MN 55439-2647

Craig Solomon Ganz
Ballard Spahr, LLP
1 E. Washington Street
Suite 2300,
Phoenix,, AZ 85004-2555

Gerald R. Fry Co., Inc.
170 Hadley Rd.
Greenville, PA 16125-9701

Give Kids the World
c/o Perkins-Anita Gates
6075 Poplar Ave
Memphis, TN 38119-4740

Grainger
Dept. 871892600
Palatine, IL 60038-0001

Great American Financial Svcs.
P.O. Box 660831
Dallas, TX 75266-0831

Greater Olean Area C of C
301 N. Union St., Suite 101
Olean, NY 14760-2635

Greenville Water Authority
44 Clinton St.
Greenville, PA 16125-2281

Greg Greco Heating and Cooling
P.O. Box 79036
Pittsburgh, PA 15216-0036

James F. Grenen
Grenen & Birsic, PC
One Gateway Center - Ninth Floor
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222-1435

Guardian Alarm Co.
75 Remittance Dr., Dept 1376
Chicago, IL 60675-1376

Hagan Business Machines-Meadville
P.O. Box 1428
Meadville, PA 16335-0928

Harborcreek Twp. Tax Collector
5601 Buffalo Rd.
Harborcreek, PA 16421-1698

David Andrew Haworth
Ballard Spahr
210 Lake Drive East
Suite 200
New Jersey, NJ 08002-1163

Hempfield Twp. Authority
278 South Mercer St.
Greenville, PA 16125-1538

Heppner-Pritt & Assoc. Inc.
3407-A Kuemerle Ave., N.E.
Canton, OH 44705-5026

Heritage Food Service Group
P.O. Box 71595
Chicago, IL 60694-1595

Hermitage Treasurer
800 N. Hermitage Rd.
Hermitage, PA 16148-3220

John Joseph Heurich Jr.
The Lynch Law Group
501 Smith Drive
Suite 3
Cranberry Twp., PA 16066-4133

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd.
Suite 207
Beachwood, OH 44122-5540

Huberty Electric
7685 Arlington Rd., N.W.
Massillon, OH 44646-9383

Joseph Edward Hudak
P.O. Box 23423
Fourth Avenue Station
Pittsburgh, PA 15222-6423

IEMFS d/b/a GSG Financial
53 West 36th St.
Suite 701
New York, NY 10018-7970

IRR Supplies Center
908 Niagara Falls Blvd.
North Tonawanda, NY 14120-2085

Imperial Glazing Concepts, Inc.
234 Robbins Ave.
Niles, OH 44446-1769

Indiana County Tax Collector
2275 Philadelphia St.
Indiana, PA 15701-4102

Inglewood Associates LLC
9242 Headlands Rd.
Mentor, OH 44060-1026

Integra Realty Resources
8241 Cornell Rd., Suite 210
Cincinnati, OH 45249-2285

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&S Landscaping Co.
360 Second Ave.
Freedom, PA 15042-2605

JC Erlich
P.O. Box 13848
Reading, PA 19612-3848

JDK Real Estate, LLC
6201 Steubenville Pike, Suite 210
Mc Kees Rocks, PA 15136-1344

JV Surface Water Services
Jasohn Vansicle
325 E. Pendelton St.
Loudonville, OH 44842-1526

Ryan James
Galanter Tomosovich, LLC
Frick Building, Suite 100
437 Grant Street
Pittsburgh, PA 15219-6002

Josh's Lawncare & Landscaping
5830 Broadway Ave.
Louisville, OH 44641-9372

Peter Kaplan
c/o P.O. Box 11242
Pittsburgh, PA 15238

Kaza Fire Equipment LLC
155 Lovell Ave.
Ebensburg, PA 15931-1876

Kens Custom Upholstering
Ken Hunt
11198 Liberty St.
Meadville, PA 16335-8184

Kens Lawn Maintenance
680 Center Road
Conneaut, OH 44030-2311

Keystone
P.O. Box 559
Irwin, PA 15642-0559

Keystone Collections Group-Monroe Twp
P.O. Box 559
Irwin, PA 15642-0559

Koldrock
P.O. Box 248
Edinboro, PA 16412-0248

Kristine Kochis
169 Maryellen Drive
North Versailles, PA 15137-2444

Michael P. Kruszewski
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506-4508

L&W Supply
2011 W. 12th Street
Erie, PA 16505-4802

L-Four L.P.
924 Valleyview Road
Pittsburgh, PA 15243-1022

L-Four, L.P.
924 Valley View Road
Pittsburgh, PA 15243-1022

LED Solution
120 Applegate Court
Pelham, AL 35124-2942

LED Solutions
120 Applegate Court
Pelham, AL 35124-2942

LST Collector Vernon Twp.
11031 State Highway 18
Conneaut Lake, PA 16316-3529

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

Landmiller Landscape
849 Clark Ave
Ashland, OH 44805-1967

Lilac Investments LLC
P.O. Box 81651
Pittsburgh, PA 15217-0451

Ronald G Linaburg
924 Valley View Road
Pittsburgh, PA 15243-1022

MGI Risk Management
P.O. Box 62185
Pittsburgh, PA 15241-7185

Mahoning County Treasurer
Daniel R. Yemma
120 Market Street
Youngstown, OH 44503-1749

Mark A. Villers
21542 Golden Drive
Meadville, PA 16335-5512

Mark Maynard
11370 Pawnee Drive
Meadville, PA 16335-7910

Michael C. Mazack
Lynch Law Group LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066-4133

McAdoo Motorsports Inc.
8727 Rte. 422 Hwy. West
Indiana, PA 15701-4356

J. Michael McCague
Griffith McCague & Wallace PC
408 Cedar Avenue
Pittsburgh, PA 15212-5507

McGann Plumbing/Heating
P.O. Box 86
Blairsville, PA 15717-0086

McGill, Power, Bell & Assoc.
623 State St.
Meadville, PA 16335-2296

Meadville Ace Cont.
10944 Perry Highway
Meadville, PA 16335-6553

Meadville Plate Glass Co., Inc.
299 Pine Street
Meadville, PA 16335-3248

Meadville-W. Crawford County C of C
908 Diamond Park
Meadville, PA 16335-2607

Mercer County Tax Claim Bureau
3 Courthouse
Mercer, PA 16137-1223

Merchant Link Lockbox
26125 Network Place
Chicago, IL 60673-1261

Midwest Systems & Services Inc.
P.O. Box 15033
Evansville, IN 47716-0033

Miller Sewer & Drain Cleaning
2416 Station Rd.
Erie, PA 16510-1948

Mills Enterprises LLC
2596 South Work St.
Falconer, NY 14733-1755

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

NU CO2 LLC
2800 SE Market Place
Stuart, FL 34997-4965

NU CO2 LLC
P.O. BOx 417902
Boston, MA 02241-7902

NY Department of Taxation and Finance
P.O. Box 15148
Albany, NY 12212-5148

NYSEG
P.O. Box 5224
Binghamton, NY 13902-5224

(p)NATIONAL FUEL GAS DISTRIBUTION CORPORATION
ATTN BANKRUPTCY DEPT
6363 MAIN STREET
WILLIAMSVILLE NY 14221-5887

National Grid
P.O. Box 11742
Newark, NJ 07101-4742

Neshannock Tax Collector
3131 Mercer Rd., Ste 2
New Castle, PA 16105-1391

Neshannock Township Sewer
P.O. Box 10116
Dilliner, PA 15327

Neshannock Township Sewer Department
c/o Louis M. Perrotta, Esq.
229 S. Jefferson St.
New Castle, PA 16101-3894

Neshannock Twp. LST Coll. Pat Columbus
Georgann Gall - Tax Collector
3131 Mercer Rd.
New Castle, PA 16105-1333

New Carbon Company, LLC
c/o Joseph T. Crowley
50 Applied Bank Blvd.
Glen Mills, PA 19342-1091

| | | |
|---|---|---|
| New York Department of Labor-Unemploymen<br>P.O. Box 15177<br>Albany, NY 12212-5177 | Niles Electric<br>34 W. State St.<br>Niles, OH 44446-5036 | Northeast OH Reg Sewer Dst<br>P.O. Box 94550<br>Cleveland, OH 44101-4550 |
| John R. O'Keefe Jr.<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street<br>Suite 800<br>Pittsburgh, PA 15222-2305 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Official Committee Of Unsecured Creditors<br>c/o Kirk B. Burkley, Esq.<br>707 Grant Street<br>Suite 2200<br>Pittsburgh, PA 15219-1945 |
| Ohio Bureau of Employment<br>Dept. of Job and Family Services<br>47 North Main Street<br>Akron, OH 44308-1971 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 | Ohio Department of Taxation<br>c/o Office of Ohio Attorney General<br>Attn: Jennifer Zap<br>20 West Federal St., 3rd Floor<br>Youngstown, OH 44305 United State 44503-1423 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216-2678 | Ohio Edison<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| Ohio Edison<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Ohio Logos Inc.<br>4384 Tuller Rd.<br>Dublin, OH 43017-5031 | Olean City School District<br>410 W. Sullivan<br>Olean, NY 14760-2522 |
| Michael Paul Oliverio<br>The Lynch Law Group<br>501 Smith Drive<br>Suite 3<br>Cranberry Twp., PA 16066-4133 | One Call Rentals<br>309 Foothills Lane<br>Mount Pleasant, PA 15666-1023 | Oracle America Inc.<br>P.O. Box 203448<br>Dallas, TX 75320-3448 |
| Orkin Pest Control #928<br>2630 S. Work St.<br>Falconer, NY 14733-1716 | Outfront Media LLC<br>c/o Iannitelli Marcolini, P.C.<br>5353 North 16th Street, Ste. 315<br>Phoenix, AZ 85016-3227 | P. J. Lynd T.C.<br>2525 Rochester Rd.<br>Cranberry Twp, PA 16066-6422 |
| PA American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | PA Department of Revenue<br>P.O. Box 280412<br>Harrisburg, PA 17128-0412 | PA Department of Revenue<br>P.O. Box 280509<br>Harrisburg, PA 17128-0509 |
| PA Municipal Service Co.<br>Dept U 500<br>336 Delaware Ave.<br>Oakmont, PA 15139-2138 | PA One Call System, Inc.<br>PO Box 641121<br>Pittsburgh, PA 15264-1121 | PMF Rentals<br>124 Plunkett Drive<br>Zelienople, PA 16063-8716 |
| PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH 44101-4982 | Park Centre Development Inc.<br>1 Bluebird Square #1<br>Olean, NY 14760-2552 | Paul Becker<br>23 Swietzer Dr.<br>Duke Center, PA 16729-9503 |

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penelec
c/o FirstEnergy/Penelec
101 Crawford's Corner Rd.
Bldg. 1, Ste. 1-511
Holmdel, NJ 07733-1976

Penn Power
P.O. Box 3687
Akron, OH 44309-3687

Pennsylvania American Water
P.O. Box 578
Alton, IL 62002-0578

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Unemployment Fund
PA Dept. of Labor and Industry
651 Boas St.
Harrisburg, PA 17121-0725

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264-4760

Perkins
6075 Poplar Ave-#800
Memphis, TN 38119-4709

Perkins & Marie Callender's, LLC
6075 Poplar Avenue
Suite 800
Memphis, TN 38119-4709

Perkins Holdings LLC
Attn: Ben Mitchell
14875 N.E. Tangen Rd.
Newberg, OR 97132-6890

M Perkins Holdings, LLC
Krugliak, Wilkins, Griffiths & Dougherty
4775 Munson St NW
Canton, OH 44718-3612

Peter D. Kaplan
106 Mallard LN
Canonsburg, PA 15317-3238

Peter D. Kaplan c/o Joseph Hudak
P.O. Box 11242
Pittsburgh, PA 15238-0242

Phillip Crawford
c/o Perkins Restaurant
20013 Route 19
Cranberry Twp, PA 16066-6203

Donald L. Phillips
Donald L. Phillips, P.C.
1016 Greentree Road
Suite 202
Pittsburgh, PA 15220-3125

Plyler Entry Systems
8850 Fry Road
McKean, PA 16426-1533

Precision Copy Products Inc.
600 State Street
Clairton, PA 15025-1876

Pyler Entry Systems
8850 Fry Road
Mc Kean, PA 16426-1533

R.I.T.A.
10107 Brecksville Rd.
Brecksville, OH 44141-3275

Red Book Solutions
33270 Collection Center Dr.
Chicago, IL 60603-3200

Reilly Sweeping Inc.
P.O. Box 780415
Philadelphia, PA 19178-0415

Reinhart Food Service
226 East View Dr.
Mount Pleasant, PA 15666-1036

Reinhart Foodservice, L.L.C.
100 Harborview Plaza
Suite 200
La Crosse, WI 54601-4291

Renovator Rich Thiel
315 Main Street
Prospect, PA 16052-3238

Republic Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099

Robert Foulkrod
195 Old Fredonia Road
Mercer, PA 16137-4725

Robert Roell
312 Albert Street
Pittsburgh, PA 15211-2345

Aurelius P. Robleto
Robleto Law
Three Gateway Center
401 Liberty Avenue
Suite 1306
Pittsburgh, PA 15222-1004

Ron Miller Plumbing
157 Hillcrest Drive
New Brighton, PA 15066-3633

Ronald Linaburg
924 Valleyview Road
Pittsburgh, PA 15243-1022

Rooter-Man
620 East Main Street Ext.
Grove City, PA 16127-6344

Rumpke Consolidated
P.O. Box 538710
Cincinnati, OH 45253-8710

Sage Checks & Forms
P.O. Box 935021
Atlanta, GA 31193-5021

Sage Net
P.O. Box 843553
Kansas City, MO 64184-3553

Shamrock Building Services, Inc.
535 Forest Avenue
Carnegie, PA 15106-2808

SiegelJennings
23425 Commerce Park Drive, Suite 103
Cleveland, OH 44122

Snyder Brothers, Inc.
One Glade Park East
P.O. Box 1022
Kittanning, PA 16201-5022

Standard Plumbing & Heating Inc.
P.O. Box 20650
Canton, OH 44701-0650

Staples Advantage
P.O. Box 70242
Philadelphia, PA 19176-0242

Staples Business Advantage
c/o Staples / Tom Riggleman
7 Technology Circle
Columbia, SC 29203-9591

Stark Co Metro Sewer Dist.
P. O. Box 9972
Canton, OH 44711-0972

Stark County Sanitary Engineers
c/o Natalie Gialluca
PO Box 9972
Canton, OH 44711-0972

Stark County Treasurer
110 Central Plaza South
Suite 250
Canton, OH 44702-1410

Staybridge Suites-Pittsburgh/Cranberry
915 Brush Creek Rd.
Warrendale, PA 15086-7534

Stephen Maglin
1884 Tilton Drive
Pittsburgh, PA 15241-2664

Stitt's Nursery & Landscaping
93 McCloskey Rd.
Leeper, PA 16233-4420

Store Capital Acquisitions, LLC
8377 E. Hartford Dr.
Suite 100
Scottsdale, AZ 85255-5686

Store Master Funding XIII, LLC
8377 E. Hartford Dr., Suite 100
Scottsdale, AZ 85255-5686

Strong Lawns/Kem-R Lawns
801 Harvey Run Rd.
Freedom, PA 15042-1825

Sunbelt Rentals
1275 W. Mound St.
Columbus, OH 43223-2213

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384-9211

Taylor Steamer Cleaning
220 N. Mulbery St.
Mansfield, OH 44902-1055

Technic
P.O. Box 882
Dyersburg, TN 38025-0882

The Illuminating Company
5001 NASA Blvd
Fairmont WV 26554-8248

The Illuminating Company
P.O. Box 3687
Akron, OH 44309-3687

Time Warner Cable NE
P.O. Box 901
Carol Stream, IL 60132-0901

Tin Man Heating and Cooling
fka Al Farnham Maintenance LLC
P. O. Box 1390
Ashland, OH 44805-5390

Titusville Treasurer. Tax Claim Bureau
Christine Krzysiak, Treasurer
903 Diamond Park
Meadville, PA 16335-2640

Trabon
P.O. Box 87-8700
Kansas City, MO 64187-8700

Trabon Printing Company, Inc.
c/o Robert W. Cotter
4420 Madison Ave., Ste. 200
Kansas City, MO 64111-3464

(p)TRACE LAWN & LANDSCAPING  INC
14515 BALDWIN STREET EXT
MEADVILLE PA 16335-9424

Treasurer of Lawrence County
430 Court St.
6,685.98, PA 16101-3503

Treasurer of State of Ohio
Ohio Department of Taxation
Columbus, OH 43216

Treasurer, State of Ohio
P.O. Box 182215
Columbus, OH 43218-2215

Tri County Ind.
P.O. Box 858
Mars, PA 16046-0858

Tri State Equipment
815 22nd Street
Beaver Falls, PA 15010-3951

Tri State Restaurant Equipment Company, Inc.
815 22nd Street
Beaver Falls, PA 15010-3951

Triton Imaging Systems
3120 Via Coilinas, Ste. 103
Westlake Village, CA 91362

Trum Co. Water Sewer
842 Youngstown-Kingsville Rd.
Vienna, OH 44473-9737

US Foods, Inc.
Strassburger McKenna Gutnick & Gefsky
444 Liberty Avenue, Suite 2200
PITTSBURGH, PA 15222-1208

US Foodservice Rec Corp.
P.O. Box 642561
Pittsburgh, PA 15264-2561

United Concordia
PO Box 827399
Philadelphia, PA 19182-7399

United Healthcare
UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

Unum Life Ins.
P.O. Box 406990
Atlanta, GA 30384-6990

Valley Communications LLC
4459 Orangeville Sharon Rd.
Burghill, OH 44404-9702

Melissa Lou Van Eck
Pennsylvania Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA 17120-0001

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Vernon Twp. Tax Collector
Dorothy Longstreth
9511 Krider Rd.
Meadville, PA 16335-6465

Vernon Twp. Water & Sewage
16678 McMath Ave.
Meadville, PA 16335-6568

Vision Financial Group
615 Iron City Drive
Pittsburgh, PA 15205-4321

Vogels Disp Service, Inc.
Box 847
Mars, PA 16046-0847

W T. Spaeder Co., Inc.
1602 East 18th Street
P.O. Box 10066
Erie, PA 16514-0066

W. E. Unger & Associates
Bill Unger
P.O. Box 1283
Meadville, PA 16335-0783

Joel M. Walker
Duane Morris LLP
600 Grant Street
Suite 5010
Pittsburgh, PA 15219-2802

Warren City Tax Office
318 W. Third Avenue
Warren, PA 16365-2388

Warren City Tax Office-Earned Income
318 W. Third Avenue
Warren, PA 16365-2380

Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3648

Watkins General Contracting
10160 Old Route 99
McKean, PA 16426-1730

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power-Clairton
P.O Box 3615
Akron, OH 44309-3615

White Twp. Light Fund
950 Indian Springs Road
Indiana, PA 15701-3506

White Twp. Sewer Service
950 Indian Springs Road
Indiana, PA 15701-3506

William Blatt-Hemp TX Coll.
278 S. Mercer St.
Greenville, PA 16125-1538

William T. Kane
252 4th Ave
Rankin, PA 15104-1167

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Samuel C. Wisotzkey
Kohmer Mann & Kailas S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212-1991

Paul R. Yagelski
Rothman Gordon PC
300 Grant Building
310 Grant Street
Pittsburgh, PA 15219-2205

Yardmaster of Pennsylvania
2305 Manchester Rd.
Erie, PA 16506-1003

Yardmaster of Pennsylvania Inc.
Dept. 5587
2505 Manchester Rd.
Erie, PA 16506

Youngstown Water Department
P.O. Box 6219
Youngstown, OH 44501-6219

Jennifer Zap
Ohio Attorney General
c/o Jennifer Zap
20 W. Federal St., 3rd Floor
Youngstown, OH 44503-1423

Norma Hildenbrand, on Behalf of the United S
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas
P.O. Box 742537
Cincinnati, OH 45274

Cranberry Township
2525 Rochester Rd., Suite 400
Cranberry Twp, PA 16066

National Fuel
P.O. Box 371835
Pittsburgh, PA 15250-7835

Ohio Bureau of Workers' Compensation
Legal Division Bankruptcy Unit
PO Box 15567
Columbus, Ohio 43215-0567

Trace Lawn & Landscaping Inc.
14515 Bldwin St. Ext.
Meadville, PA 16335

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Donna M. Donaher
First National Bank
One North Shore Center
12th Federal Street
Pittsburgh, PA 15212

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Accrued Payroll

(u)BurMac Commercial Roofing, Inc.

(d)City of Erie Treasurer
P.O. Box 1534
Hermitage, PA 16148-0534


(u)Commonwealth of Pennsylvania Department of
Office of Attorney General
15th Floor Strawberry Square
Harrisburg

(u)Dollar Bank, Federal Savings Bank
c/o Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St., Suite 800
Pittsburgh

(u)MARC Group LLC
3323 Washington Rd, ,
Suite 204
McMurray


(u)STORE Capital Acquisitions, LLC

(u)STORE Master Funding XIII, LLC

(u)Simon Cote


(d)Store Capital Acquisitions, LLC
8377 E. Hartford Dr.
Suite 100
Scottsdale, AZ 85255-5686

(d)Store Capital Acquisitions, LLC
8377 E. Hartford Drive, Suite 100
Scottsdale, AZ 85255-5686

(d)Vision Financial Group, Inc.
615 Iron City Drive
Pittsburgh, PA 15205-4321


(u)Vision Financial Group, Inc.;
615 Iron City Drive, Pittsburgh, PA 1520

(u)William T. Spaeder Co., Inc.

End of Label Matrix
Mailable recipients    343
Bypassed recipients     14
Total                  357