## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS, LAND CO., INC.** | Bankruptcy No. 19-22715-CMB |
| **Debtor,** | Chapter 11 |
| **5171 CAMPBELLS, LAND CO., INC.,** | Doc. No. |
| **Movant,** | Related to Doc. No. 284 |
| **vs.** | Hearing Date & Time: |
| **STORE CAPITAL ACQUISITIONS, LLC,** **& STORE MASTER FUNDING XIII, LLC,** | |
| **Respondents.** | |

## ORDER OF COURT

Upon consideration of the Emergency Consent Motion to Reject Non-Residential Real Property Leases, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

a. The Lease between the Debtor and the STORE Parties for the Premises located at 587 E. Main Street, Canfield, OH 44406 is rejected effective as of noon prevailing eastern time September 30, 2019 (the "Canfield Rejection Date"), and any right to possession of that Premises by the Debtor, the estate, and/or anyone claiming any interest in that Premises on behalf of or through them, is also terminated and forfeited under applicable non-bankruptcy law effective as of the Canfield Rejection Date.

b. The Leases for all other Premises leased by Debtors from the STORE Parties (the "Remaining Leases") are rejected effective as of noon prevailing eastern time October 3, 2019 (the "Remaining Leases Rejection Date"), and any right to

possession of the Remaining Leases by the Debtor, the estate, and/or anyone claiming any interest in the Remaining Leases on behalf of or through them, is also terminated and forfeited under applicable non-bankruptcy law effective as of the Remaining Leases Rejection Date.

    c. To the extent any lease between the STORE Parties and Debtor has not been identified in the within Motion, such lease is deemed rejected as of the Remaining Leases Rejection Date.

    d. To the extent it has not already done so, Debtor, and any person or entity claiming a right to possession under or through the Debtor, the estate, or otherwise, shall immediately quit and deliver possession of the Premises to Landlord.

    e. This Order shall be effective immediately upon entry, and not subject to any stay under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable non-bankruptcy law.

    f. This Court shall retain jurisdiction to resolve any and all disputes relating to this Order.

Date: 9/26/19

Carlota Böhm
Chief United States Bankruptcy Judge

FILED
9/26/19 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA