## PROCEEDING MEMO

**Date: 10/04/2019 10:00 am**

**In re: 5171 Campbells Land Co., Inc.**

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 11

**Appearances:**

**Movant(s):** Robert O Lampl

**Respondents:** Norma Hildenbrand

**Creditor(s):** Joel M. Walker, Keila Estevez

**Nature of Proceeding:** #11 Application For Approval of Attorneys

**Additional Pleadings:** #82 Objection by Peter D. Kaplan, M.D. ; #99 Objection by U.S. Trustee (all filed previously)

**Judge's Notes:**

-Creditors' Committee supports appointment.
-UST no longer objects.
-Attorney Hudak not present.
- Court finds Kaplan's objection is without merit. Kaplan's objection is denied and/or dismissed.
- Court finds Lampl and his firm are necessary and essential to this case.
- Housekeeping Matter: Certain representations made by Mr. Teitz require action. If unable to resolve, Attorney Walker may file a motion for an expedited hearing regarding actions needed.

**Outcome:** Application approved. Order entered.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
10/4/19 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA