IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor. | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. 11 |
| Movant, | |
| vs. | |

NO RESPONDENT.

## ORDER OF COURT

It is hereby, **ORDERED, ADJUDGED** and **DECREED** that the employment of Robert O Lampl Law Office as Counsel for the Debtor relating to any and all matters that require the services of an attorney be, and hereby is, **APPROVED**.

Date: 10/4/19

Carlota M. Böhm
Chief U.S. Bankruptcy Court Judge

FILED
10/4/19 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA