# Exhibit A

## To Reinhart Foodservice, LLC's Application for Allowance of Administrative Claim

REINHART FOODSERVICE, L.L.C.
Campbell Land Co.
503(b)(9) Amounts

| COMPANY | CUSTOMER | SEARCH_NAME | TRANS_TYPE | INVOICE_TRANSNBR | TRANS_DATE | TRAN_AMT | OPEN_AR | 503(b)(9) Amounts (excludes highlighted lease amounts) | |
|---|---|---|---|---|---|---|---|---|---|
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506322860 | 06/18/2019 | 383.74 | 383.74 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506324632 | 06/20/2019 | 1,006.56 | 1,006.56 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506325308 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506328408 | 06/25/2019 | 842.85 | 842.85 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506329546 | 06/26/2019 | 1,230.42 | 1,230.42 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506330302 | 06/27/2019 | 601.42 | 601.42 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506333555 | 07/02/2019 | 2,475.86 | 2,475.86 | | |
| 506 | 50690930 | Campbell Land #43 Bradfor | I | 19506335195 | 07/04/2019 | 2,154.03 | 2,154.03 | $ | 8,694.88 |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506322686 | 06/18/2019 | 1,000.70 | 1,000.70 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506325309 | 06/20/2019 | 75.08 | 75.08 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506326228 | 06/21/2019 | 382.62 | 382.62 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506327261 | 06/24/2019 | 19.18 | 19.18 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506328096 | 06/25/2019 | 817.86 | 817.86 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506331002 | 06/28/2019 | 421.58 | 421.58 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506332723 | 07/02/2019 | 758.52 | 758.52 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506333781 | 07/02/2019 | 52.20 | 52.20 | | |
| 506 | 50690931 | Campbell Land #46 Canfiel | I | 19506334044 | 07/05/2019 | 1,169.19 | 1,169.19 | $ | 4,621.85 |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506322788 | 06/18/2019 | 1,222.53 | 1,222.53 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506325310 | 06/20/2019 | 111.30 | 111.30 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506325112 | 06/21/2019 | 1,123.83 | 1,123.83 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506327804 | 06/25/2019 | 1,034.36 | 1,034.36 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506330505 | 06/28/2019 | 1,395.62 | 1,395.62 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506332794 | 07/02/2019 | 1,161.92 | 1,161.92 | | |
| 506 | 50690932 | Campbell Land #47 Clarion | I | 19506335689 | 07/05/2019 | 5,267.85 | 5,267.85 | $ | 11,206.11 |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506324899 | 06/20/2019 | 269.03 | 269.03 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506325311 | 06/20/2019 | 74.73 | 74.73 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506327312 | 06/24/2019 | 534.91 | 534.91 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506329907 | 06/27/2019 | 321.45 | 321.45 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506332531 | 07/01/2019 | 517.54 | 517.54 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506334810 | 07/04/2019 | 1,012.38 | 1,012.38 | | |
| 506 | 50690933 | Campbell Land #48 Conneau | I | 19506336780 | 07/08/2019 | 2,272.24 | 2,272.24 | $ | 4,927.55 |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506324851 | 06/20/2019 | 1,097.07 | 1,097.07 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506325312 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506327153 | 06/22/2019 | 101.00 | 101.00 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506327355 | 06/24/2019 | 542.00 | 542.00 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506329850 | 06/27/2019 | 843.24 | 843.24 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506332395 | 07/01/2019 | 1,063.11 | 1,063.11 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506334564 | 07/04/2019 | 3,743.30 | 3,743.30 | | |
| 506 | 50690934 | Campbell Land #49 Corry | I | 19506336786 | 07/08/2019 | 3,541.88 | 3,541.88 | $ | 10,931.60 |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506323320 | 06/18/2019 | 1,425.05 | 1,425.05 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506325313 | 06/20/2019 | 112.09 | 112.09 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506326401 | 06/21/2019 | 1,192.20 | 1,192.20 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506328242 | 06/25/2019 | 1,657.92 | 1,657.92 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506330270 | 06/27/2019 | 249.78 | 249.78 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506331238 | 06/28/2019 | 825.67 | 825.67 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506333543 | 07/02/2019 | 1,463.90 | 1,463.90 | | |
| 506 | 50690935 | Campbell Land #53 Elm Roa | I | 19506335958 | 07/05/2019 | 5,843.00 | 5,843.00 | $ | 7,501.76 |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506323476 | 06/18/2019 | 1,240.11 | 1,240.11 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506325314 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506326169 | 06/21/2019 | 1,174.21 | 1,174.21 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506328552 | 06/25/2019 | 1,126.06 | 1,126.06 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506331265 | 06/28/2019 | 1,612.92 | 1,612.92 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506333539 | 07/02/2019 | 1,484.24 | 1,484.24 | | |
| 506 | 50690936 | Campbell Land #55 Erie-Bu | I | 19506335912 | 07/05/2019 | 8,161.17 | 8,161.17 | $ | 14,798.71 |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506324939 | 06/20/2019 | 965.28 | 965.28 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506325315 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506327395 | 06/24/2019 | 731.56 | 731.56 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506330335 | 06/27/2019 | 592.25 | 592.25 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506332512 | 07/01/2019 | 1,651.30 | 1,651.30 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506335121 | 07/04/2019 | 3,654.38 | 3,654.38 | | |
| 506 | 50690937 | Campbell Land #65 Erie-La | I | 19506336868 | 07/08/2019 | 3,253.28 | 3,253.28 | $ | 10,848.05 |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506324907 | 06/20/2019 | 1,282.80 | 1,282.80 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506325316 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506327508 | 06/24/2019 | 683.84 | 683.84 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506329918 | 06/27/2019 | 1,456.29 | 1,456.29 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506332577 | 07/01/2019 | 1,969.67 | 1,969.67 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506334774 | 07/04/2019 | 4,321.71 | 4,321.71 | | |
| 506 | 50690938 | Campbell Land #78 Indiana | I | 19506336980 | 07/08/2019 | 4,058.42 | 4,058.42 | $ | 13,772.73 |

REINHART FOODSERVICE, L.L.C.
Campbell Inc.
503(b)(9) Amounts

| COMPANY | CUSTOMER | SEARCH_NAME | TRANS_TYPE | INVOICE_TRANSNBR | TRANS_DATE | TRAN_AMT | OPEN_AR | | 503(b)(9) Amounts (excludes highlighted lease amounts) |
|---|---|---|---|---|---|---|---|---|---|
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506324466 | 06/20/2019 | 1,526.07 | 1,526.07 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506325317 | 06/20/2019 | 111.30 | 111.30 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506327456 | 06/24/2019 | 1,019.94 | 1,019.94 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506329812 | 06/27/2019 | 717.88 | 717.88 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506332730 | 07/01/2019 | 2,901.66 | 2,901.66 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506334973 | 07/04/2019 | 4,969.78 | 4,969.78 | | |
| 506 | 50690939 | Campbell Land #79 Meadvil | I | 19506336797 | 07/08/2019 | 3,415.12 | 3,415.12 | $ | 14,550.45 |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506322415 | 06/18/2019 | 994.80 | 994.80 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506323826 | 06/18/2019 | 11.02 | 11.02 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506325318 | 06/20/2019 | 112.09 | 112.09 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506324912 | 06/21/2019 | 1,290.10 | 1,290.10 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506327480 | 06/25/2019 | 1,057.85 | 1,057.85 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506330055 | 06/28/2019 | 1,410.98 | 1,410.98 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506332717 | 07/02/2019 | 1,325.81 | 1,325.81 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506333819 | 07/02/2019 | 11.29 | 11.29 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506335164 | 07/05/2019 | 3,754.91 | 3,754.91 | | |
| 506 | 50690940 | Campbell Land #81 Niles | I | 19506336440 | 07/06/2019 | 11.29 | 11.29 | $ | 9,868.05 |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506322687 | 06/18/2019 | 1,021.59 | 1,021.59 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506324795 | 06/20/2019 | 942.83 | 942.83 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506325319 | 06/20/2019 | 75.60 | 75.60 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506327741 | 06/25/2019 | 1,335.27 | 1,335.27 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506329954 | 06/27/2019 | 1,274.25 | 1,274.25 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506331744 | 06/28/2019 | 9.23 | 9.23 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506332538 | 07/02/2019 | 3,763.86 | 3,763.86 | | |
| 506 | 50690941 | Campbell Land #83 Olean | I | 19506334800 | 07/04/2019 | 4,563.23 | 4,563.23 | $ | 12,910.26 |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506325320 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506325370 | 06/20/2019 | 641.93 | 641.93 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506326254 | 06/21/2019 | 40.28 | 40.28 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506327622 | 06/24/2019 | 1,068.44 | 1,068.44 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506330210 | 06/27/2019 | 600.01 | 600.01 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506332640 | 07/01/2019 | 1,326.04 | 1,326.04 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506335152 | 07/04/2019 | 2,338.85 | 2,338.85 | | |
| 506 | 50690942 | Campbell Land #85 Sharon | I | 19506337123 | 07/08/2019 | 3,168.41 | 3,168.41 | $ | 9,183.96 |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506324760 | 06/20/2019 | 1,016.35 | 1,016.35 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506325321 | 06/20/2019 | 201.35 | 201.35 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506327367 | 06/24/2019 | 864.50 | 864.50 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506329839 | 06/27/2019 | 994.00 | 994.00 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506332589 | 07/01/2019 | 1,810.17 | 1,810.17 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506335035 | 07/04/2019 | 2,686.85 | 2,686.85 | | |
| 506 | 50690943 | Campbell Land #93 Mars | I | 19506336840 | 07/08/2019 | 2,707.32 | 2,707.32 | $ | 10,079.19 |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506325322 | 06/20/2019 | 74.55 | 74.55 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506325502 | 06/20/2019 | 479.83 | 479.83 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506327655 | 06/24/2019 | 589.18 | 589.18 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506330294 | 06/27/2019 | 536.23 | 536.23 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506332622 | 07/01/2019 | 683.98 | 683.98 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506335216 | 07/04/2019 | 1,487.50 | 1,487.50 | | |
| 506 | 50690944 | Campbell Land #94 Canton | I | 19506337124 | 07/08/2019 | 2,428.30 | 2,428.30 | $ | 6,205.02 |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506323210 | 06/18/2019 | 1,349.01 | 1,349.01 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506325323 | 06/20/2019 | 74.90 | 74.90 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506325894 | 06/21/2019 | 1,263.79 | 1,263.79 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506327957 | 06/25/2019 | 1,106.10 | 1,106.10 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506330762 | 06/27/2019 | 97.95 | 97.95 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506330821 | 06/28/2019 | 684.38 | 684.38 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506332912 | 07/02/2019 | 1,294.18 | 1,294.18 | | |
| 506 | 50690945 | Campbell Land #34 Ashland | I | 19506335915 | 07/05/2019 | 3,409.67 | 3,409.67 | $ | 9,205.08 |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506323827 | 06/18/2019 | 18.79 | 18.79 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506325324 | 06/20/2019 | 74.73 | 74.73 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506325369 | 06/20/2019 | 488.11 | 488.11 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506327672 | 06/24/2019 | 919.05 | 919.05 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506328883 | 06/25/2019 | 18.79 | 18.79 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506330228 | 06/27/2019 | 390.27 | 390.27 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506332521 | 07/01/2019 | 447.34 | 447.34 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506335148 | 07/04/2019 | 353.74 | 353.74 | | |
| 506 | 50690946 | Campbell Land #35 Ashtabu | I | 19506336826 | 07/08/2019 | 2,431.47 | 2,431.47 | $ | 5,067.56 |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506324212 | 06/20/2019 | 1,231.13 | 1,231.13 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506325325 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506325326 | 06/20/2019 | 134.36 | 134.36 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506327519 | 06/24/2019 | 1,556.13 | 1,556.13 | | |

REINHART FOODSERVICE, L.L.C.
Campbell's Sub Co 4.
503(b)(9) Amounts

| COMPANY | CUSTOMER | SEARCH_NAME | TRANS_TYPE | INVOICE_TRANSNBR | TRANS_DATE | TRAN_AMT | OPEN_AR | | 503(b)(9) Amounts (excludes highlighted lease amounts) |
|---|---|---|---|---|---|---|---|---|---|
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506329529 | 06/27/2019 | 1,037.51 | 1,037.51 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506332655 | 07/01/2019 | 3,831.97 | 3,831.97 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506334222 | 07/04/2019 | 4,116.19 | 4,116.19 | | |
| 506 | 50690947 | Campbell Land #60 Peach | I | 19506336801 | 07/08/2019 | 4,959.18 | 4,959.18 | $ | 16,866.47 |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506323579 | 06/18/2019 | 700.56 | 700.56 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506325327 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506326465 | 06/21/2019 | 691.03 | 691.03 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506328602 | 06/25/2019 | 971.36 | 971.36 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506331334 | 06/28/2019 | 852.72 | 852.72 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506333600 | 07/02/2019 | 2,228.52 | 2,228.52 | | |
| 506 | 50690948 | Campbell Land #70 Greenvi | I | 19506336160 | 07/05/2019 | 3,364.22 | 3,364.22 | $ | 8,808.41 |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506322804 | 06/18/2019 | 891.46 | 891.46 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506325328 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506325382 | 06/21/2019 | 416.19 | 416.19 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506327872 | 06/25/2019 | 582.58 | 582.58 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506329243 | 06/26/2019 | 89.77 | 89.77 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506330106 | 06/28/2019 | 1,064.29 | 1,064.29 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506333673 | 07/02/2019 | 2,081.04 | 2,081.04 | | |
| 506 | 50690949 | Campbell Land #75 Grove | I | 19506335139 | 07/05/2019 | 1,135.96 | 1,135.96 | $ | 6,261.29 |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506323233 | 06/18/2019 | 998.73 | 998.73 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506325329 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506325751 | 06/21/2019 | 875.57 | 875.57 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506328456 | 06/25/2019 | 868.08 | 868.08 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506330264 | 06/28/2019 | 546.29 | 546.29 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506332674 | 07/02/2019 | 2,386.97 | 2,386.97 | | |
| 506 | 50690950 | Campbell Land #80 New Cas | I | 19506335206 | 07/05/2019 | 2,092.80 | 2,092.80 | $ | 7,768.44 |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506322808 | 06/18/2019 | 669.44 | 669.44 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506325330 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506325978 | 06/21/2019 | 682.12 | 682.12 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506327929 | 06/25/2019 | 876.42 | 876.42 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506330875 | 06/28/2019 | 638.59 | 638.59 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506332908 | 07/02/2019 | 1,351.27 | 1,351.27 | | |
| 506 | 50690951 | Campbell Land #90 Titusvi | I | 19506335830 | 07/05/2019 | 3,027.46 | 3,027.46 | $ | 7,245.30 |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506324060 | 06/20/2019 | 1,381.54 | 1,381.54 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506325331 | 06/20/2019 | 75.08 | 75.08 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506327321 | 06/24/2019 | 1,032.10 | 1,032.10 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506329176 | 06/27/2019 | 1,310.44 | 1,310.44 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506332583 | 07/01/2019 | 1,731.14 | 1,731.14 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506334010 | 07/04/2019 | 1,579.77 | 1,579.77 | | |
| 506 | 50690952 | Campbell Land #91 Austint | I | 19506336802 | 07/08/2019 | 6,031.62 | 6,031.62 | $ | 13,066.61 |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506324936 | 06/20/2019 | 880.88 | 880.88 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506325332 | 06/20/2019 | 74.20 | 74.20 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506327332 | 06/24/2019 | 667.84 | 667.84 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506329774 | 06/27/2019 | 950.46 | 950.46 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506332581 | 07/01/2019 | 3,194.68 | 3,194.68 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506334403 | 07/04/2019 | 3,960.62 | 3,960.62 | | |
| 506 | 50690953 | Campbell Land # 92 Warren | I | 19506336854 | 07/08/2019 | 4,546.87 | 4,546.87 | $ | 14,201.35 |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506325068 | 06/20/2019 | 1,173.41 | 1,173.41 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506325333 | 06/20/2019 | 75.60 | 75.60 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506327528 | 06/24/2019 | 726.31 | 726.31 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506330174 | 06/27/2019 | 985.93 | 985.93 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506332554 | 07/01/2019 | 1,689.05 | 1,689.05 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506334189 | 07/03/2019 | 922.46 | 922.46 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506334987 | 07/04/2019 | 5,760.88 | 5,760.88 | | |
| 506 | 50690954 | Campbell Land #97 MIddleb | I | 19506337152 | 07/08/2019 | 3,770.78 | 3,770.78 | $ | 15,028.82 |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506324830 | 06/20/2019 | 1,800.65 | 1,800.65 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506325334 | 06/20/2019 | 112.61 | 112.61 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506327455 | 06/24/2019 | 1,406.97 | 1,406.97 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506329963 | 06/27/2019 | 1,279.47 | 1,279.47 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506331287 | 06/28/2019 | 41.80 | 41.80 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506332472 | 07/01/2019 | 1,668.32 | 1,668.32 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506334946 | 07/04/2019 | 6,420.57 | 6,420.57 | | |
| 506 | 50690955 | Campbell Land #98 Youngst | I | 19506336917 | 07/08/2019 | 3,784.62 | 3,784.62 | $ | 12,730.39 |
| 506 | 50690956 | Campbell Land #50 Edinbor | I | 19506325335 | 06/20/2019 | 74.20 | 74.20 | | - |
| | | | | | | | $ 277,503.27 | $ | 266,349.89 |