**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  5171 Campbells Land Co., Inc.,                          Case No. 19-22715-CMB

          Debtor                                                       Chapter 11

_____

Reinhart Food Service, LLC,                                     Hearing: November 21, 2019 at 2:00 P.M.

          Movant                                                       Response Deadline: November 11, 2019

v.

5171 Campbells Land Co., Inc.,

          Respondent.

**ORDER GRANTING REINHART FOODSERVICE, LLC'S MOTION FOR**
**ALLOWANCE OF 503(b)(9) CLAIM**

**AND NOW**, on this 21st day of November, 2019, upon consideration of Reinhart Foodservice, LLC's ("Reinhart") Motion for Allowance of 503(b)(9) Claim, **IT IS HEREBY ORDERED THAT** Reinhart's Motion for Allowance of 503(b)(9) Claim is granted.  Reinhart has an allowed administrative expense § 503(b)(9) claim in the amount of $266,349.89.  The Debtor or any successor thereto is hereby ordered to make full payment to Reinhart in the amount of $266,349.89 at the time of confirmation of any plan or otherwise in accordance with the Bankruptcy Code or as ordered by the Court.

Dated:_____          _____
                                                                             Honorable Carlotta M. Bohm
                                                                             United States Bankruptcy Judge