IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Bankruptcy No. 19-22715-CMB |
|---|---|
| 5171 CAMPBELLS LAND CO., INC., | Chapter 11 |
| Debtor. | |
| Reinhart Food Service, LLC, | Related Doc No. |
| | Hearing Date: November 21, 2019 |
| Movant, | at 2:00 p.m. |
| v. | Response Deadline: November 12, 2019 |
| 5171 Campbells Land Co., Inc., | |
| Respondent. | |

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that the within *Objection to Reinhart Food Service, LLC's Motion for Allowance of 503(b)(9) Claim* was served this 12th day of November, 2019 via electronic notification and/or U.S. First Class Mail, as follows:

**US First-Class Mail and Email**

SAMUEL C. WISOTZKEY
KOHNER, MANN & KAILAS, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
Email: swisotzkey@kmksc.com

Paul R. Yagelski, Esquire
ROTHMAN GORDON, P.C.
310 Grant Street
Grant Building - Third Floor
Pittsburgh, PA 15219
Email: PRYage1ski@rothmangordon.com

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Email: Norma.L.Hildenbrand@usdoj.gov

Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Email: rol@lampllaw.com

**Via First-Class Mail Only**

5171 Campbells Land Co., Inc.
18276 Conneaut Lake Road
Meadville, PA 16335

**Via Electronic Notification Only:**

Christopher J. Azzara on behalf of Creditor US Foods, Inc.
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com

James Bauerle on behalf of Creditor Vision Financial Group, Inc.
jbauerle@kwblegal.com

Robert S. Bernstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rbernstein@bernsteinlaw.com,
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Kirk B. Burkley on behalf of Creditor Committee Official Committee Of Unsecured Creditors
kburkley@bernsteinlaw.com,
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

CSU - OUCTS, PA Labor & Industry
ra-li-ucts-bankpitts@state.pa.us

Allison L. Carr on behalf of Creditor William T. Spaeder Co., Inc.
acarr@tuckerlaw.com, agilbert@tuckerlaw.com

Francis E. Corbett on behalf of Creditor Tri State Restaurant Equipment Company, Inc.
fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Jillian Corbett on behalf of Creditor Peggy Michael
jilliancorbett@gosimon.com

Donna M. Donaher on behalf of Creditor c/o Donna Donaher First National Bank of Pennsylvania

donaherd@fnb-corp.com

James F. Grenen on behalf of Creditor STORE Capital Acquisitions, LLC
jgrenen@grenenbirsic.com

James F. Grenen on behalf of Creditor STORE Master Funding XIII, LLC
jgrenen@grenenbirsic.com

David Andrew Haworth on behalf of Creditor STORE Capital Acquisitions, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com;ganzc@ballardspahr.com

David Andrew Haworth on behalf of Creditor STORE Master Funding XIII, LLC
haworthd@ballardspahr.com, hartt@ballardspahr.com;ganzc@ballardspahr.com

John Joseph Heurich, Jr. on behalf of Creditor L-Four, L.P.
jheurich@lynchlaw-group.com

John Joseph Heurich, Jr. on behalf of Creditor Ronald G Linaburg
jheurich@lynchlaw-group.com

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com

Joseph Edward Hudak on behalf of Interested Party MARC Group LLC
josephhudaklaw@gmail.com

Joseph Edward Hudak on behalf of Interested Party Peter Kaplan
josephhudaklaw@gmail.com

Ryan James on behalf of Creditor BurMac Commercial Roofing, Inc.
RXJ@galantertomosovich.com

Michael P. Kruszewski on behalf of Creditor Erie County Tax Claim Bureau
mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Robert O Lampl on behalf of Debtor 5171 Campbells Land Co., Inc.
rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co

Michael C. Mazack on behalf of Creditor L-Four, L.P.
mmazack@lynchlaw-group.com

Michael C. Mazack on behalf of Creditor Ronald G Linaburg
mmazack@lynchlaw-group.com

J. Michael McCague on behalf of Creditor M Perkins Holdings, LLC
jmm@gmwpclaw.com

Sloane B. O'Donnell on behalf of Creditor Foster Township
sodonnell@tuckerlaw.com, agilbert@tuckerlaw.com

John R. O'Keefe, Jr. on behalf of Creditor Dollar Bank, Federal Savings Bank
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor L-Four, L.P.
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Michael Paul Oliverio on behalf of Creditor Ronald G Linaburg
moliverio@lynchlaw-group.com, syellin@lynchlaw-group.com;cleonard@lynchlaw-group.com

Donald L. Phillips on behalf of Attorney CLEVELAND BROTHERS EQUIPMENT CO INC
dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com

Aurelius P. Robleto on behalf of Creditor Elmhurst Properties, Inc.
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Melissa Lou Van Eck on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue
mvaneck@attorneygeneral.gov

Joel M. Walker on behalf of Creditor Perkins & Marie Callender's, LLC
jmwalker@duanemorris.com, gdibello@duanemorris.com;AutoDocketPIT@duanemorris.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Samuel C. Wisotzkey on behalf of Creditor Reinhart Foodservice, L.L.C.
swisotzkey@kmksc.com, kmksc@kmksc.com

Paul R. Yagelski on behalf of Creditor Reinhart Foodservice, L.L.C.
pryagelski@rothmangordon.com, jdmyers@rothmangordon.com

Jennifer Zap on behalf of Attorney Ohio Department of Taxation

jennifer.zap@ohioattorneygeneral.gov

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

Dated: November 12, 2019

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By:/s/ *Kirk B. Burkley*
Kirk B. Burkley, Esq. (PA ID #89511)
kburkley@bernsteinlaw.com
Keila Estevez, Esq. (PA ID #324601)
kestevez@bernsteinlaw.com
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100 - Phone
(412) 456-8135 – Fax

*Counsel for Official Committee of Unsecured Creditors*