

Marc I. Simon, Esquire*
Michelle Skalsky-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire
Matthew J. Zamites, Esquire
Andrew Van Wagner, Esquire*
Brian F. George, Esquire+
Michael K. Simon, Esquire
Mary G. McCarthy, Esquire
Harry Gosnear, Esquire*
Joshua D. Baer, Esquire
James T. Stinsman, Esquire
Andrew Baron, Esquire
Raymond Tarnowski, Esquire
Bryan Arner, Esquire^
Alisha A. Nichols, Esquire*

Please send all correspondence to:

1515 Market Street | Suite 1600
Philadelphia, PA 19102
Tel: (215) 467-4666 | Fax: (267) 639-9006

Daria Koscielniak, Esquire*
William M. Rhodes, Esquire*
Michael Schlagnhaufer, Esquire*
Alexander C. Hyder, Esquire
Jessalyn Gillum, Esquire
Ashley Oakey, Esquire
Tara Hansen, Esquire
Grady Lowman, Esquire*
Jason Whalley, Esquire^
Ryan Flaherty, Esquire
Fabianna Pergolizzi, Esquire
Ashley Keefer, Esquire
Sam Reznik, Esquire
Katie Walsh, Esquire
Kevin Donovan, Esquire-

*Licensed to practice in Pennsylvania and New Jersey
+Licensed to practice in Pennsylvania and Massachusetts
^Licensed to practice in Pennsylvania, New Jersey, and New York
- Licensed to practice in Massachusetts

marcsimon@gosimon.com
www.gosimon.com

November 18, 2019

<u>**Via Electronic Submission**</u>
United States Bankruptcy Court for the Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Re:   Debtor:       5171 Campbell Land Co LLC
      Petition #:   19-22715-CMB

Dear Sir or Madam,

Enclosed please find the following:

1. *Motion For Relief From Automatic Stay*;
2. *Notice of Hearing*; and,
3. *Certificate of Service*.

Should you have any questions please do not hesitate to contact my office.

Very Truly Yours,

/s/ *Jillian M. Corbett*

Jillian M. Corbett, Esq.

Enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

5171 Campbell Land Co LLC, Debtor    Case No. 19-22715-CMB
Chapter 11

| | |
|---|---|
| Peggy Michael, | ) |
|  Movant, | ) |
| v. | ) |
| 5171 Campbell Land Co., | ) |
|  Respondent. | ) |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes the Movant, Peggy Michael, and hereby moves this Court pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay entered in this action per 11 U.S.C. § 362(a) to permit her to pursue her bodily injury claim in the Clarion County Court of Common Pleas arising out of a slip and fall incident which took place on or about June 26, 2018 <u>to the extent that the debtor, 5171 Campbell Land Co., or any insurance carrier, shall be financially responsible.</u>

In support thereof, creditor Peggy Michaels states as follows:

1. This is a proceeding for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001.
2. On July 8, 2019 Defendant 5171 Campbell Land Co., Inc. filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.
3. Prior to the Petition Date, on May 6, 2019, Peggy Michaels filed claims in the Court of Common Pleas of Clarion County against 5171 Campbell Land Co. for personal injuries arising out of a June 26, 2018 slip and fall incident at Perkins Restaurant located at 78 Perkins Rd. Clarion, PA 16214.
4. This relief is sought for the limited purpose of enabling Peggy Michaels to continue to pursue her bodily injury tort claims against 5171 Campbell Land Co.

5. Any judgment or settlement of the claims would be funded by the Argo Insurance policy held by the Debtor.

6. Creditor, Peggy Michael, submits that relief from the automatic stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code on account of, without limitation, the following reasons: Debtor will not be prejudiced by an order from this court lifting the automatic stay to the extent of the insurance carried by the debtor at the time of the incident, because if Creditor, Peggy Michaels, were to obtain a judgment against the Debtor within the insurance policy limits, said monies would be paid by the Argo Insurance policy held by Debtor, not by the Debtor. Therefore, such a judgment would not affect the assets of the Debtor's estate.

WHEREFORE, creditor, Peggy Michael, moves this court for relief from the automatic stay so that she may pursue the bodily injury tort claims and a possible civil action against the debtor, 5171 Campbell Land Co., to the extent of any applicable liability insurance policy limits. Furthermore, Creditor Peggy Michael moves the court to deny Debtor from being discharged to the extent their insurance company will be responsible for damages arising out of the June 26, 2018 incident at Perkins.  A proposed order is attached hereto as Exhibit A.

Respectfully Submitted,
Peggy Michael, By her Attorney,

/s/ Jillian M. Corbett
Jillian M. Corbett, PA ID# 321880
Simon & Simon, PC
707 Grant St. Suite 1200
Pittsburgh, PA 15219
412-404-6643
JillianCorbett@gosimon.com

Date: 11/18/2019

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 5171 Campbell Land Co LLC, Debtor | Case No. 19-22715-CMB |
| | Chapter 11 |

| | |
|---|---|
| Peggy Michael, | ) |
| Movant, | ) |
| v. | ) |
| 5171 Campbell Land Co. | ) |
| Respondent. | ) |

### **ORDER LIFTING AUTOMATIC STAY AS TO PERSONAL INJURY CLAIMS OF PEGGY MICHAEL**

And now, this _____ day of _____, 2019, upon motion of personal injury claimant, Peggy Michael for relief from the automatic stay under section 363 of the Bankruptcy code, it is hereby:

ORDERED that the Automatic Stay is LIFTED with respect to the bodily injury claims to proceed to the extent of any available bonds or insurance coverage including that afforded by Argo Insurance and that 5171 Campbell Land Co. is hereby denied discharge ability to the extent that Argo Insurance will be responsible for damages to Peggy Michael arising out of the June 26, 2018 fall down incident at Perkins.

By the Court:

_____

The Honorable