# PROCEEDING MEMO

Date: 11/21/2019 02:00 pm

In re: 5171 Campbells Land Co., Inc.

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 295

*by phone*

Appearances: Samuel C. Wisotzkey, Ryan J. Cooney, Joel M. Walker, Keila Estevez, Michael DiGiacomo; John J. Heurich    *Michael O'Brien*

Nature of Proceeding: #295 Reinhart Foodservice, LLC's Motion for Allowance of 503(b)((9) Claim

Additional Pleadings: Certificate of Service; #307 Objection by Creditors' Committee; #310 Joinder by Debtor to Creditors' Commitee Objection; #315 Joinder by L-Four, L.P. and Ronald G. Linaburg to Creditors' Committee Objection

Judge's Notes:    — Consent Order entered.

FILED
11/21/19 5:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge