IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

5171 CAMPBELLS LAND CO., INC.,         Bankruptcy No. 19-22715-CMB

Debtor.                                Chapter 11

                                       Doc. No.

                                       Related to Doc. Nos. 308 & 309

### ORDER APPROVING DISCLOSURE STATEMENT AS MODIFIED

AND NOW, this 17th day of December 2019, after notice and hearing to consider the approval of the Disclosure Statement [Doc. No. 309] (the "Disclosure Statement") relating to the Plan of Reorganization dated November 12, 2019 (the "Plan") filed by the Debtor, 5171 Campbells Land Co., Inc. (the "Plan Proponent"), and after consideration of any objections thereto, and it having been determined that the Disclosure Statement contains adequate information within the meaning of 11 U.S.C. § 1125,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Disclosure Statement filed by the Plan Proponent is **APPROVED** subject to the following modifications:

    a.    The Commonwealth of Pennsylvania Department of Labor and Industry, Unemployment Compensation Fund ("L & I") shall have a liquidated priority claim in the amount $39,541.88;

    b.    L-Four, L.P. shall have a disputed, unsecured claim in the amount of $3,988,866.76; and

1

  c.  Ronald G. Linaburg shall have a disputed unsecured claim in the amount of $1,350,000.00.

The foregoing modifications to the Disclosure Statement shall not be construed as a ruling or resolution regarding the allowance or disallowance of the claims identified in subparagraphs (a.) through (c.). Any objections to the Disclosure Statement, to the extent not withdrawn, are overruled.

  2.  The Plan Confirmation Hearing and related deadlines shall be set by a separate order.

DATE: December 17, 2019

_____
CARLOTA M. BÖHM
Chief United States Bankruptcy Judge

FILED
12/17/19 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA