## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**5171 CAMPBELLS LAND CO., INC.,**

**Case No. 19-22715 CMB**
**Chapter: 11**
**Related to Document Nos. 308, 309**
**Hearing:  Feb. 20, 2020 at  2:30 P.M.**

## ORDER SETTING DEADLINES AND
## SCHEDULING HEARING ON PLAN CONFIRMATION

**AND NOW**, this **17th day of December, 2019,** after hearing on the approval of the  Disclosure Statement, filed by the Debtor on November 12, 2019 (Document No 309), under Chapter 11 of the Bankruptcy Code and it having been determined, after notice and hearing, that the Disclosure Statement contains adequate information, as modified and approved by separate Order entered December 17, 2019,

IT IS **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    ***On or before December 23, 2019*** , the Disclosure Statement, Plan, Plan Summary, a copy of this Order, and a Ballot conforming to *Official Form No. 14* shall be mailed by the Plan Proponent  to all creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in *Fed.R.Bankr.P.  3017(d)*.

(2)    ***January 23, 2020,*** is the last day for:

(a) filing written ballots by creditors, either accepting or rejecting the plan referred to above, pursuant to 11 U.S.C. §1126(a);

(b) filing claims not already barred by operation of law, rule or order of this Court; and,

(c) filing and serving written objections to confirmation of the plan, pursuant *to Fed.R.Bankr.P. 3020(b)(1)*.

(3)    ***February 3, 2020,*** is the last day for filing a complaint objecting to discharge, if applicable, pursuant to *Fed.R.Bankr.P. 4004 (a)*.

1

(4)     On *January 28, 2020,* the Plan Proponent shall file a **Summary** of the balloting referred to in Paragraph (2)(a), above.***

(5)     On *February 20, 2020* at *2:30 P.M.,* a plan confirmation hearing for the *Plan* filed by the Debtor at Document No.308 is scheduled in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

Carlota M. Böhm
Chief United States Bankruptcy Judge

cm:

*** The Summary shall be filed using the attached form. The Summary shall include a list of claims and interests, the amount of each, and whether the holder of a claim or interest voted to accept or reject the Plan. The Summary shall also include a list of the classes of claims and interests, identification of whether the class is impaired or unimpaired, and whether the class voted to accept or reject the Plan. The Summary shall also clearly state whether a cramdown hearing is requested. In the event a Plan Proponent fails to comply with these requirements, confirmation of the Plan may be delayed.

FILED
12/17/19 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No._____ -CMB |
| | ) | |
| _____, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Related to Doc. No. _____ |

## PLAN BALLOT SUMMARY

1. Have all impaired classes accepted the plan in satisfaction of 11 U.S.C. §1129(a)(8) for

   confirmation?                        △ Yes   △ No

2. Is a cramdown requested?             △ Yes   △ No

3. Identify unimpaired classes by class numbers: _____

4. Identify impaired classes by class numbers: _____

5. Has any impaired class accepted the Plan?   △ Yes   △ No

   If yes, specify which class or classes: _____

6. Below is a summary of the ballots by claim:

| Name | Class | Amount | Vote |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

See attached continuation page.

7. Pursuant to 11 U.S.C. §1126, only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the Plan. Section 1126(c) provides that a class of claims will have accepted the Plan if voting creditors in such class holding **at least two-thirds in amount** and **more than one-half in number** have voted to accept the Plan. Class acceptance by a class of interests is governed by §1126(d), requiring that holders of interests holding **at least two-thirds in amount** accept the Plan.

The following is a summary by creditor class of the ballots:

| Class | Impaired? | NUMBER | | | AMOUNT | | |
|---|---|---|---|---|---|---|---|
| | | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |
| | | (N) | (A) (R) | ____% | | (A) (R) | ____% |

See attached continuation page.

Additional Comments:

Date: _____

Signature

4