**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.** | Bankruptcy No. 19-22715-CMB |
| **Debtor.** | Chapter 11 |
| | Document No. |
| | Related to Doc. Nos. 308, 309, 351, 352 |
| | Hearing Date and Time:<br>February 20, 2020 at 2:30 p.m. |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 18th day of December, 2019, a true and correct copy of the **ORDER SETTING DEADLINES AND SCHEDULING HEARING ON PLAN CONFIRMATION, ORDER APPROVING DISCLOSURE STATEMENT AS MODIFIED, DEBTOR'S PLAN OF LIQUIDATION DATED NOVEMBER 12, 2019, DEBTOR'S DISCLOSURE STATEMENT TO ACCOMPANY PLAN DATED NOVEMBER 12, 2019 and BALLOT ACCEPTING OR REJECTING PLAN** was served on the following *(via electronic service)*:

SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX

Date: <u>December 18, 2019</u>　　　　　　　　　　　　*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com