**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor.** | Chapter 11 |
| | Doc. No. 275 |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Debtor's Motion for Allowance of 503(b)(1)(A) Administrative Expense Claim in Favor of Compass Advisory Partners, LLC for the Period of September 14, 2019 through November 30, 2019 is **GRANTED** and that Compass Advisory Partner's, LLC shall have an allowed administrative expense claim in the amount of $32,274.60 for the period of September 14, 2019 through November 30, 2019.

Date: _____        _____
                                                                                    United States Bankruptcy Judge