IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS, LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. Nos. 153 & 235 |
| vs. | |
| GERALD R. FRY CO., INC., FIELD CLUB COMMONS ASSOCIATES, LLC, ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOODS, INC., VISION FINANCIAL GROUP, INC., PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION, THE OHIO DEPARTMENT OF TAXATION, AND THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

**CERTIFICATION OF COUNSEL FOR ORDER OF COURT MODIFYING ORDER OF COURT APPROVING SALE OF PERSONALTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF DEBTOR'S LAND LEASES WITH GERALD R. FRY CO., INC. AND FIELD CLUB COMMONS ASSOCIATES, LLC ENTERED ON SEPTEMBER 5, 2019 AT DOC. NO. 235**

The undersigned counsel hereby certifies that an Order of Court Modifying Order of Court (A) Approving Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances; and (B) Approving Assumption and Assignment of Debtor's Land Leases with Gerald R. Fry Co., Inc. and Field Club Commons Associates, LLC entered

on September 5, 2019 at Doc. No. 235 was agreed to by the Debtor, the Official Committee of Unsecured Creditors and the Purchaser, Paula Webster (or her assigns).

[X] No other order has been filed pertaining to the subject matter of this agreement.

Respectfully Submitted,

Date: January 3, 2020

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Counsel for the Debtor
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **5171 CAMPBELLS, LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor,** | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| **Movant,** | Related to Doc. Nos. 153 & 253 |
| vs. | |
| **GERALD R. FRY CO., INC., FIELD CLUB COMMONS ASSOCIATES, LLC, ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOODS, INC., VISION FINANCIAL GROUP, INC., PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION, THE OHIO DEPARTMENT OF TAXATION, AND THE INTERNAL REVENUE SERVICE,** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

I, Robert O Lampl, hereby certify, that on the 3rd day of January, 2020, a true and correct copy of the foregoing **CERTIFICATION OF COUNSEL FOR ORDER OF COURT MODIFYING ORDER OF COURT APPROVING SALE OF PERSONALTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (B) APPROVING ASSUMPTION AND ASSIGNMENT OF DEBTOR'S LAND LEASES**

**WITH GERALD R. FRY CO., INC. AND FIELD CLUB COMMONS ASSOCIATES, LLC**

**ENTERED ON SEPTEMBER 5, 2019 AT DOC. NO. 235**

was served upon the following *(via electronic service):*

Norma Hildenbrand
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

| | |
|---|---|
| Date:  <u>January 3, 2020</u> | <u>*/s/ Robert O Lampl*</u><br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>SY O. LAMPL<br>PA I.D. #324741<br>Counsel for the Debtor<br>223 Fourth Avenue, 4th Fl.<br>Pittsburgh, PA  15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email:  rlampl@lampllaw.com |