IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS, LAND CO., INC. | Bankruptcy No. 19-22715-CMB |
| Debtor, | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Related to Doc. Nos. 153 & 235, 365 |
| vs. | |
| GERALD R. FRY CO., INC., FIELD CLUB COMMONS ASSOCIATES, LLC, ASCENTIUM CAPITAL, LLC, IEMFS, Ltd. d/b/a GSG FINANCIAL, HITACHI CAPITAL AMERICA CORP., TRI STATE EQUIPMENT CO., INC., WESBANCO BANK, INC., STORE CAPITAL ACQUISITIIONS, LLC, STORE MASTER FUNDING XIII, LLC, US FOODS, INC., VISION FINANCIAL GROUP, INC., PENNSYLVANIA DEPARTMENT OF REVENUE, THE NEW YORK DEPARTMENT OF TAXATION, THE OHIO DEPARTMENT OF TAXATION, AND THE INTERNAL REVENUE SERVICE, | |
| Respondents. | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Order of Court (A) Approving Sale of Personalty Free and Clear of All Liens, Claims and Encumbrances; and (B) Approving Assumption and Assignment of Debtor's Land Leases with Gerald R. Fry Co., Inc. and Field Club Commons Associates, LLC entered on September 5, 2019 at Doc. No. 235 is modified as follows:

A. Paragraph 8 shall be replaced with the following:

8. The terms of the sale are fair and reasonable and in the best interest of this Estate. Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that pursuant to 11 U.S.C. Sections 363(b) and (f), the Sale Motion is Granted and the sale under the terms and conditions set forth in the August 22, 2019 email (attached to Motion as Exhibit A) as modified herein by and between 5171 Campbells Land Co., Inc. ("Seller") to Webster ("Buyer") be, and hereby is, **Approved**. The August 22, 2019 terms and conditions are specifically modified to reflect a total purchase price of $130,000.00 provided that payment is made in full by January 7, 2020. In the event that payment is not made in full by January 7, 2020, the total purchase price shall be $160,000.00 with payments to be made as set forth in the August 22, 2019 terms and conditions. The sale is free and clear of any and all liens, claims, and encumbrances, specifically those liens, charges, claims and/or encumbrances of the Respondents herein. William T. Kane in his capacity as the President of the Debtor has the power and authority to execute all closing documents and otherwise consummate and implement the Sale Transaction and irrevocably and forever bind the Debtor thereto.

Date: January 6, 2020

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/6/20 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA