**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO, INC.,** | **Bankruptcy No. 19-22715-CMB** |
| **Debtor.** | **Chapter 11** |
| | **Document No.** |
| | **Related to Doc. Nos. 308 & 352** |
| | **Hearing Date & Time:** <br> **February 20, 2020 at 2:30 pm** |

**BALLOT SUMMARY IN REGARD TO PLAN OF REORGANIZATION
DATED NOVEMBER 12, 2019**

     5171 Campbells Land Co., Inc., the Debtor in the above Chapter 11 Case, by and through its undersigned Counsel, files this Ballot Summary in Regard to the Plan of Reorganization Dated November 12, 2019 as follows:

1. Not all impaired classes have accepted the Plan in satisfaction of 11 U.S.C. §1129(a)(8) in light of the fact that the Debtor only received votes from class 6 (General Unsecured Claims) as set forth below.

2. As a result, a cramdown is requested.

3. Classes 1 and 2 are unimpaired.

4. Classes 3, 4, 5, 6, and 7 are impaired.

5. Class 6 has accepted the plan.

6. Below is a summary of the ballots by claim:

| NAME | CLASS | AMOUNT | VOTE |
|---|---|---|---|
| Perkins LLC | 6 | 9,999,816.37 | Accept |
| Grove City Borough | 6 | 3,573.63 | Accept |

| | | | |
|---|---|---|---|
| Yardmaster of Pennsylvania, LLC | 6 | 2,312.26 | Accept |
| Heppner-Pritt & Assoc., Inc. | 6 | 8,539.76 | Accept |
| Watkins General Contracting | 6 | 4,667.36 | Accept |
| Neshannock Township Sewer Department | 6 | 698.45 | Reject |
| Amtrust North America | 6 | $158,944.00 | Reject |

7.  The Debtor only received votes from class 6. In total 8 votes were received. 6 of the 8 votes were acceptances. The total dollar amount of the 8 votes received was $10,178,551 of which $10,018,907 voted to accept the Plan.

Respectfully Submitted,

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Ave, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 – Phone
(412) 392-0335 – Fax
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO, INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor.** | Chapter 11 |
| | Document No. |
| | Related to Doc. Nos. 308 & 352 |
| | Hearing Date & Time:<br>February 20, 2020 at 2:30 pm |

## **CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify, that on the 4th day of February, 2020, a true and correct copy of the foregoing **BALLOT SUMMARY** was served on the following *(via electronic service):*

Norma Hildenbrand
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222
Norma.L.Hildenbrand@usdoj.gov

Kirk B. Burkley
Bernstein-Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
kburkley@bernsteinlaw.com

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Ave, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 – Phone
(412) 392-0335 – Fax
Email: rlampl@lampllaw.com