N

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-22715-CMB |
| | ) | |
| **5171 Campbells Land Co., Inc.,** | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Related to Doc. No. 308 |

## ORDER

AND NOW, this **20th** day of February, 2020, after hearing held on February 20, 2020, on the confirmation of the Plan dated November 12, 2019 (Doc. No. 308), and the Debtor having requested a "cramdown" hearing pursuant to 11 U.S.C. §1129(b) as Debtor believes that confirmation of the Plan is in the best interest of Creditors and the Estate, regardless of the balloting of the Plan which failed to support plan acceptance permitting confirmation pursuant to 11 U.S.C. §1126(c),

It is hereby **ORDERED, ADJUDGED,** and **DECREED,** that:

1. On or before **March 13, 2020,** any Creditor or other Party in Interest shall file its Objection to plan confirmation pursuant to the "cramdown" provisions of 11 U.S.C. §1129(b).

2. A Cramdown Hearing is scheduled for **April 14, 2020,** at **2:30 P.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

3. On or before **April 3, 2020,** the Debtor shall provide to the Court and any Party in Interest objecting to the cramdown copies of all exhibits to be offered, including the necessary financial information in support of its claim for cramdown.

4. On or before **April 3, 2020,** the Debtor and any Creditor or other Party in Interest objecting to the cramdown shall file their respective memorandum of law in support of, or in opposition to, cramdown of the Plan.

1

5. In the event no Objection is timely filed, upon the filing of a Certification of No Objection by the Debtor, this Court will consider entering an Order by default allowing for cramdown approval of the proposed Plan pursuant to 11 U.S.C. §1129(b).

Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/21/20 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA