

Marc I. Simon, Esquire*
Michelle Skalsky-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire
Matthew J. Zamites, Esquire
Andrew Van Wagner, Esquire*
Brian F. George, Esquire+
Michael K. Simon, Esquire
Mary G. McCarthy, Esquire
Harry Gosnear, Esquire*
Joshua D. Baer, Esquire
James T. Stinsman, Esquire
Andrew Baron, Esquire
Raymond Tarnowski, Esquire
Bryan Arner, Esquire^
Alisha A. Nichols, Esquire*

Please send all correspondence to:
1515 Market Street | Suite 1600
Philadelphia, PA 19102
Tel: (215) 467-4666 | Fax: (267) 639-9006

Daria Koscielniak, Esquire*
William M. Rhodes, Esquire*
Michael Schlagnhaufer, Esquire*
Alexander C. Hyder, Esquire
Jessalyn Gillum, Esquire
Ashley Oakey, Esquire
Tara Hansen, Esquire
Grady Lowman, Esquire*
Jason Whalley, Esquire^
Ryan Flaherty, Esquire
Fabianna Pergolizzi, Esquire
Ashley Keefer, Esquire
Sam Reznik, Esquire
Katie Walsh, Esquire
Kevin Donovan, Esquire-

*Licensed to practice in Pennsylvania and New Jersey
+Licensed to practice in Pennsylvania and Massachusetts
^Licensed to practice in Pennsylvania, New Jersey, and New York
- Licensed to practice in Massachusetts

marcsimon@gosimon.com
www.gosimon.com

March 24, 2020

**Via Electronic Submission**
United States Bankruptcy Court for the Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Re:   Debtor:      5171 Campbell Land Co LLC
      Petition #:  19-22715-CMB

Dear Sir or Madam,

Enclosed please find the following:

1. *Motion For Relief From Automatic Stay*

Should you have any questions please do not hesitate to contact my office.

Very Truly Yours,

/s *Ryan M. Flahrety*

Ryan M. Flaherty, Esq.

Enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 5171 Campbell Land Co LLC, Debtor | Case No. 19-22715-CMB<br>Chapter 11 |

| | |
|---|---|
| Vicki Friedman, | ) |
| Movant, | ) |
| v. | ) |
| 5171 Campbell Land Co., | ) |
| Respondent. | ) |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes the Movant, Vicki Friedman, and hereby moves this Court pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay entered in this action per 11 U.S.C. § 362(a) to permit her to pursue her bodily injury claim in the Clarion County Court of Common Pleas arising out of a slip and fall incident which took place on or about June 12, 2019 <u>to the extent that the debtor, 5171 Campbell Land Co., or any insurance carrier, shall be financially responsible.</u>

In support thereof, creditor Vicki Friedman states as follows:

1. This is a proceeding for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001.
2. On July 8, 2019, Defendant 5171 Campbell Land Co., Inc. filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.
3. Prior to the Petition Date, on July 31, 2019, Vicki Friedman filed claims in the Court of Common Pleas of Lawrence County against 5171 Campbell Land Co. for personal injuries arising out of a June 12, 2019 slip and fall incident at Perkins Restaurant located at 3334 Wilmington Rd, New Castle, PA 16105.

4. On August 19, 2019, Vicki Friedman filed a Praecipe to Reinstate her Complaint against 5171 Campbell Land Co. for personal injuries arising out of the June 12, 2019 slip and fall incident at Perkins Restaurant located at 3334 Wilmington Rd, New Castle, PA 16105.

5. This relief is sought for the limited purpose of enabling Vicki Friedman to continue to pursue her bodily injury tort claims against 5171 Campbell Land Co.

6. Any judgment or settlement of the claims would be funded by the Argo Insurance policy held by the Debtor.

7. Creditor, Vicki Friedman, submits that relief from the automatic stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code on account of, without limitation, the following reasons: Debtor will not be prejudiced by an order from this court lifting the automatic stay to the extent of the insurance carried by the debtor at the time of the incident, because if Creditor, Vicki Friedman, were to obtain a judgment against the Debtor within the insurance policy limits, said monies would be paid by the Argo Insurance policy held by Debtor, not by the Debtor. Therefore, such a judgment would not affect the assets of the Debtor's estate.

WHEREFORE, creditor, Vicki Friedman, moves this court for relief from the automatic stay so that she may pursue the bodily injury tort claims and a possible civil action against the debtor, 5171 Campbell Land Co., <u>to the extent of any applicable liability insurance policy limits</u>. Furthermore, Creditor Vicki Friedman moves the court to deny Debtor from being discharged <u>to the extent their insurance company will be responsible for damages arising out of the June 12, 2019 incident at Perkins.</u>  A proposed order is attached hereto as <u>Exhibit A</u>.

> Respectfully Submitted,
> Vicki Friedman, By her Attorney,
>
>         /s/Ryan M. Flaherty, Esquire
> Ryan M. Flaherty, PA ID# 314552
> Simon & Simon, PC
> 707 Grant St. Suite 1200
> Pittsburgh, PA 15219
> 724-471-8242

Date: 3/24/2020        RyanFlaherty@gosimon.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

5171 Campbell Land Co LLC, Debtor     Case No. 19-22715-CMB
    Chapter 11

| | |
|---|---|
| Vicki Friedman, | ) |
|        Movant, | ) |
| v. | ) |
| 5171 Campbell Land Co. | ) |
|        Respondent. | ) |

## **ORDER LIFTING AUTOMATIC STAY AS TO PERSONAL INJURY CLAIMS OF VICKI FRIEDMAN**

And now, this _____ day of _____, 2020, upon motion of personal injury claimant, Vicki Friedman for relief from the automatic stay under section 363 of the Bankruptcy code, it is hereby:

ORDERED that the Automatic Stay is LIFTED with respect to the bodily injury claims to proceed to the extent of any available bonds or insurance coverage including that afforded by Argo Insurance and that 5171 Campbell Land Co. is hereby denied discharge ability to the extent that Argo Insurance will be responsible for damages to Vicki Friedman arising out of the June 12, 2019 fall down incident at Perkins.

By the Court:

_____
The Honorable

## **CERTIFICATE OF SERVICE**

I, Marc I. Simon, attorney for plaintiff, certify that the foregoing Plaintiff's Motion for Relief from Automatic Stay was served via electronic mail on **March 24, 2020** upon the following:

*John Deasy, Esquire*
*JFDeasy@MDWCG.com*

*Debtor  5171 Campbells Land Co., Inc.*
***Robert O Lampl, Esquire***
*Email: rol@lampllaw.com*

*U.S. Trustee*
***Office of the United States Trustee***
Norma Hildenbrand, Esquire
On Behalf of the United States Trustee Office of the United States Trustee
Email: Norma.L.Hildenbrand@usdoj.gov

Creditor Committee
Official Committee Of Unsecured Creditors
c/o Kirk B. Burkley, Esq.
Robert S. Bernstein, Esq.
Email: rbernstein@bernsteinlaw.com


Respectfully Submitted,
Vicki Friedman, By her Attorney,


    /s/Ryan M. Flaherty, Esquire
Ryan M. Flaherty, PA ID# 314552
Simon & Simon, PC
707 Grant St. Suite 1200
Pittsburgh, PA 15219
724-471-8242
Date: 3/24/2020    RyanFlaherty@gosimon.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 19-22715-CMB |
| Vicki Friedman, | : Chapter 11 |
| | : |
| Debtor(s). | : |
| Vicki Friedman, | : |
|          Movant(s), | : |
| v. | : |
| | : |
| 5171 Campbell Land Co., | : |
| Respondent(s). | : |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF VICKI FRIEDMAN FOR RELIEF FROM AUTOMATIC STAY (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 13, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on April 23, 2020, at 2:00 pm. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: March 24, 2020

                                                      Respectfully Submitted,

                                                      Vicki Friedman, By her Attorney,

                                                      /s/Ryan M. Flaherty, Esquire

                                                      Ryan M. Flaherty, PA ID# 314552
                                                      Simon & Simon, PC
                                                      707 Grant St. Suite 1200
                                                      Pittsburgh, PA 15219
                                                      724-471-8242
                                                      Date: 3/24/2020

RyanFlaherty@gosimon.com

**CERTIFICATE OF SERVICE**

I, Marc I. Simon, attorney for plaintiff, certify that the foregoing Plaintiff's Motion for Relief from Automatic Stay, and Notice of Hearing was served via electronic mail, and the ECF docket on March 24, 2020 upon the following:

John Deasy, Esquire
JFDeasy@MDWCG.com

Debtor  5171 Campbells Land Co., Inc.
Robert O Lampl, Esquire
Email: rol@lampllaw.com

U.S. Trustee
Office of the United States Trustee
Norma Hildenbrand, Esquire
On Behalf of the United States Trustee Office of the United States Trustee
Email: Norma.L.Hildenbrand@usdoj.gov

Creditor Committee
Official Committee Of Unsecured Creditors
c/o Kirk B. Burkley, Esq.
Robert S. Bernstein, Esq.
Email: rbernstein@bernsteinlaw.com

Respectfully Submitted,
Vicki Friedman, By her Attorney,

/s/Ryan M. Flaherty, Esquire
Ryan M. Flaherty, PA ID# 314552
Simon & Simon, PC
707 Grant St. Suite 1200
Pittsburgh, PA 15219
724-471-8242
Date: 3/24/2020        RyanFlaherty@gosimon.com