IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 19-22715-CMB |
| Vicki Friedman, | : |
|         Movant(s), | : |
| v. | : |
| | : |
| 5171 Campbell Land Co., | : |
| Respondent(s). | : |

### AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF VICKI FRIEDMAN FOR RELIEF FROM AUTOMATIC STAY <u>(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)</u>

TO THE RESPONDENT(S):

      You are hereby notified that the Movant seeks an order affecting your rights or property.

      You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 13, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at <u>www.pawb.uscourts.gov</u>. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

      A **<u>telephonic</u>** hearing will be held on April 30, 2020, at 1:30 pm. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **<u>telephonically</u>** and shall make arrangements as directed by Judge Bohm's <u>Modified Telephonic Procedures</u> at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: March 24, 2020

                                        Respectfully Submitted,

                                        Vicki Friedman, By her Attorney,

                                        <u>/s/Ryan M. Flaherty, Esquire       </u>

                                        Ryan M. Flaherty, PA ID# 314552
                                        Simon & Simon, PC
                                        707 Grant St. Suite 1200
                                        Pittsburgh, PA 15219
                                        724-471-8242
                                        Date: 3/24/2020
                                        RyanFlaherty@gosimon.com

**CERTIFICATE OF SERVICE**

I, Marc I. Simon, attorney for plaintiff, certify that the foregoing Plaintiff's Motion for Relief from Automatic Stay, and Notice of Hearing was served via electronic mail, and the ECF docket on March 24, 2020 upon the following:

John Deasy, Esquire
JFDeasy@MDWCG.com

Debtor  5171 Campbells Land Co., Inc.
Robert O Lampl, Esquire
Email: rol@lampllaw.com

U.S. Trustee
Office of the United States Trustee
Norma Hildenbrand, Esquire
On Behalf of the United States Trustee Office of the United States Trustee
Email: Norma.L.Hildenbrand@usdoj.gov

Creditor Committee
Official Committee Of Unsecured Creditors
c/o Kirk B. Burkley, Esq.
Robert S. Bernstein, Esq.
Email: rbernstein@bernsteinlaw.com

Respectfully Submitted,
Vicki Friedman, By her Attorney,

/s/Ryan M. Flaherty, Esquire
Ryan M. Flaherty, PA ID# 314552
Simon & Simon, PC
707 Grant St. Suite 1200
Pittsburgh, PA 15219
724-471-8242
Date: 3/24/2020                    RyanFlaherty@gosimon.com