# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | Bankruptcy No. 19-22715-CMB |
| **Debtor.** | Chapter 11 |
| | Document No. |
| | Related to Doc. Nos. 308 and 435 , 456 |

## ORDER OF COURT

Upon consideration of the foregoing Motion for Extension of Time to file Fee Application, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion is **GRANTED** and that Counsel for the Debtor shall file its fee application on or before July 15, 2020.

Date: __April 13, 2020__

Carlota M. Böhm  dmr
Chief United States Bankruptcy Court Judge

FILED
4/13/20 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA