## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**5171 CAMPBELLS LAND CO., INC.,**          **Bankruptcy No. 19-22715-CMB**

**Debtor,**                                 **Chapter 11**

**VICKI FRIEDMAN,**                         **Document No.**

**Movant,**                                 **Related to Doc. No. 445**

**vs.**

**5171 CAMPBELLS LAND CO., INC.,**          **Hearing Date and Time:**
                                            **April 30, 2020 at 1:30 PM**

**Respondent.**                             **ENTERED BY DEFAULT**

### ORDER OF COURT

And now, this ____28th____ day of _____April_____, 2020, upon motion of

personal injury claimant, Vicki Friedman for relief from the automatic stay under section

363 of the Bankruptcy Code, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that

the Automatic Stay is LIFTED with respect to the bodily injury claims to proceed to the

extent of any available bonds or insurance coverage including that afforded by Argo

Insurance.

FILED
4/28/20 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    dmr
Carlota M. Böhm
Chief United States Bankruptcy Judge