# PROCEEDING MEMO

**Date: 09/21/2020 02:00 pm**

**In re:   5171 Campbells Land Co., Inc.**

Bankruptcy No. 19-22715-CMB
Chapter: 11 (Not Small Business)
Doc. # 491

**Zoom Appearances:** Michael P. Oliverio; Keila Estevez; Ryan Cooney

**Nature of Proceeding:** #491 Application of Robert O Lampl Law Office for Final Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period of July 2, 2019 through March 17, 2020

**Additional Pleadings:** Certificate of Service; #499 Objection by L-Four, L.P.; #505 Reply to L-Four, L.P. Objection

**Judge's Notes:**
- Objection to the fee application is based on the alleged conflict of interest due to representation of Mr. Kane.
- Estevez: As of today, no funds available. Doubtful that will recover significant amounts.
- Oliverio: Objection based on requirement that Debtor's counsel must remain disinterested. Simultaneous representation is a conflict. Application and affidavit did not disclose continued representation of insiders of Debtor in prior or new actions.
OUTCOME:
- Do not see this as a case for disgorgement of fees; however, regarding fees requested that have not been approved, parties to have a 2 hour Zoom meeting to see if issues can be resolved.
- If cannot reach a resolution, may be ordered to mediation and/or may be required to file contested and uncontested facts.
- To the extent there is an argument regarding impact of Judge Conti's ruling on this dispute, may need a transcript of that hearing to determine what findings were made.
- Continued to 10/29 at 4pm by Zoom.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
9/21/20 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA