# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-22715-CMB |
| | ) | |
| **5171 Campbells Land Co., Inc.,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **5171 Campbells Land Co., Inc.,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Related to Doc. No. 491 |
| | ) | |
| **L-Four, L.P.,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**AND NOW**, this 16th day of October, 2020, after the hearing held on September 21, 2020, on the *Application of Robert O Lampl Law Office for Final Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period of July 2, 2019 through March 17, 2020* (Doc. No. 491), the Objection thereto (Doc. No. 499), and Debtor's Reply (Doc. No. 505), and whereas at the September 21st hearing, the parties were directed to meet and confer for two hours to attempt to resolve the dispute,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **October 22, 2020,** counsel for the Debtor shall file a **joint** status report, after consultation with counsel for L-Four, L.P., advising the Court of the outcome of their meeting.

2. In the event a settlement has not been reached, the parties shall **jointly** file a statement of uncontested facts *and* identification of facts in dispute on or before **October 22, 2020.**

3. If the parties require additional time to meet and confer and comply with the terms of this Order, then the parties shall request an extension of deadlines and the Court will consider continuing the hearing currently scheduled for October 29, 2020.

1

4. At the October 29th hearing, the Court intends to address the potential for mediation, further scheduling, whether an evidentiary hearing is necessary, and/or briefing deadlines.

FILED
10/16/20 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm                **dmr**
Chief United States Bankruptcy Judge