# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-22715-CMB |
| | : | |
| 5171 Campbells Land Co., Inc. | : | Chapter 11 |
| | : | |
| Debtor | : | Document No. |
| | : | |
| L-Four, L.P. and | : | Related to Document No. 506, 491, 521 |
| Ronald G. Linaburg, D.M.D., | : | |
| | : | |
| Claimants, | : | |
| v. | : | |
| | : | |
| 5171 Campbells Land Co., Inc. | : | |
| | : | |
| Respondent. | : | |

**ORDER**

AND NOW, this __23rd__ day of __October__, 2020, upon the Joint Status Report and Motion for Extension of Time of L-Four, L.P. and 5171 Campbells Land Co., Inc., it is hereby ORDERED, ADJUDGED and DECREED that

The deadline for submission of any stipulated facts and identification of contested facts shall be __November 4__, __2020__.

The hearing scheduled for October 29, 2020 shall be continued to __November 17__, __2020__ at 3:00 P.M. via the Zoom Video Conference Application ("Zoom").

To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

FILED
10/23/20 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge