# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>5171 CAMPBELLS LAND CO., INC.,<br><br>Debtor. | Bankruptcy Case No. 19-22715-CMB<br><br>Chapter 11 |
| ROBERT S. BERNSTEIN, ESQ., Plan Administrator,<br><br>Movant,<br><br>v.<br><br>No Respondents. | Related to Doc. No. 520 |

FILED
10/23/20 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT *

AND NOW, this __23rd__ day of __October__, 2020, upon the foregoing *Motion for Extension of Time to File Objections to Proofs of Claim and Other Proceedings* (the "Motion") filed by Robert S. Bernstein, Esq., as Plan Administrator (the "Plan Administrator") for the estate of 5171 Campbells Land Co., Inc. (the "Debtor"), and after notice and a hearing, it is hereby

**ORDERED**, that the Motion is GRANTED, and it is further

**ORDERED**, that the deadline to file any claim objections, pursuant to paragraph 2 of the Post-Confirmation Order, is extended to March 30, 2021, and it is further

**ORDERED**, that the deadline to file any other adversary proceeding, contested matter, motion or application, pursuant to paragraph 4 of the Post-Confirmation Order, is extended to March 30, 2021, and it is further

**ORDERED**, that the above extensions are without prejudice to the Plan Administrator to seek further extensions of time for cause.

_____
Chief Judge Carlota M. Böhm   **dmr**
United States Bankruptcy Court

*Movant shall serve a copy of this Order on All Parties and file a Certificate of Service.