**PROCEEDING MEMO**

**Date: 11/17/2020 3:00 PM**

 **In re:   5171 Campbells Land Co., Inc.**

**Bankruptcy No. 19-22715-CMB**
**Chapter: 11(Not Small Business)**
**Doc. # 491**

**Appearances:  Michael P. Oliverio, Ryan Cooney, Robert O Lampl; Brian Thompson**

**Nature of Proceeding: #491 Status Conference on Application of Robert O Lampl Law Office for Final Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period of July 2, 2019 through March 17, 2020**

**Additional Pleadings:  #499 Objection by L-Four, L.P.;  #505 Reply to L-Four, L.P. Objection (all filed previously);  #521 Joint Status Report and Motion for Extension of Time**

**Judge's Notes:**
 - Discovery is open.
 - Stipulated and contested facts to be filed and parties to proceed with discovery so that can be sent to mediation.
 OUTCOME:
 - Attorneys Cooney and Oliverio to meet for 2 hours. Stipulated and contested facts due 12/14.
 - Status conference continued to 12/18 at 10am via Zoom.

FILED
11/18/20 7:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**