# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| 5171 CAMPBELLS LAND CO., INC., ) | Bankruptcy Case No. 19-22715-CMB |
| ) | |
| Debtor ) | Chapter 11 |
| ROBERT S. BERNSTEIN, ESQ., Plan ) | |
| Administrator, ) | |
| ) | |
| Movant. ) | |
| ) | |

## NOTICE OF CHANGE IN COUNSEL AND CHANGE OF ADDRESS

Michael P. Oliverio, counsel for L-Four, L.P., hereby notifies the Court that he is now an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP and that he will continue to represent L-Four, L.P. in this matter. My new contact information is as follows:

Vorys, Sater, Seymour and Pease LLP
500 Grant Street, Suite 4900
Pittsburgh, PA 15219
(412) 904-7698
mpoliverio@vorys.com

I also represent that I have updated my firm affiliation and contact information in the Court's electronic case filing system (CM/ECF) accordingly.

-2-

Respectfully submitted,

*/s/       Michael P. Oliverio*
Michael P. Oliverio (209399)
Vorys, Sater, Seymour and Pease LLP
500 Grant Street, Suite 4900
Pittsburgh, PA 15219
(402) 904-7698 Telephone
(402) 904-7801 (Fax)
mpoliverio@vorys.com

*Attorneys for L-Four, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served on all parties via their counsel of record through the Court's ECF system this 18th day of February, 2021.

> /s/   Michael P. Oliverio
> Michael P. Oliverio